## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| **EDDIE RAY BRADLEY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Case Number 15-CV-08489 |
| | ) | |
| **VILLAGE OF UNIVERSITY PARK,** | ) | Hon. Charles R. Norgle, Sr. |
| **ILLINOIS, an Illinois Home Rule** | ) | Judge Presiding. |
| **Municipality, and VIVIAN COVINGTON** | ) | |
| **Mayor of UNIVERSITY PARK,** | ) | **JURY TRIAL** |
| **ILLINOIS, both in her individual and** | ) | **DEMANDED** |
| **official capacity as Mayor,** | ) | |
| | ) | |
| **Defendants.** | ) | |

### NOTICE OF APPEAL

Notice is hereby given that Eddie Ray Bradley, Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the order finding qualified immunity for the Defendants and dismissing Bradley's complaint with prejudice, entered in the United District Court, Northern District of Illinois, on September 1, 2016 (docket 35).

Dated: September 16, 2016

John T. Moran, Jr.
Moran Law Group
309 West Washington
Suite 900
Chicago, IL 60606
312.620.0200
j.t.m.moran@gmail.com

## CERTIFICATE OF SERVICE

  The undersigned, an attorney, certifies that he served a copy of Plaintiff's NOTICE OF APPEAL by means of electronic filing in accordance with Fed. R. Civ. P. 5, Local Rule 5.5, and the General Order on Electronic Case Filing (ECF) XI (c), thereby causing a copy of the foregoing to be served upon all counsel of record, this September 16, 2016.

            By: /s/ John T. Moran, Jr.
            Plaintiff's Attorney

John T. Moran
Moran Law Group
309 West Washington
Suite 900
Chicago, IL 60606
312.620.0200
j.t.m.moran@gmail.com