IN THE UNITED STATES DISTRICT
COURT FOR THE NORTHERN DISTRICT
OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| EDDIE BRADLEY,<br><br>            Plaintiff,<br><br>v.<br><br>VILLAGE OF UNIVERSITY PARK, et al.,<br><br>            Defendants. | Case No. 1:15-cv-8489<br><br>Judge Charles R. Norgle |

## ORDER

The pending motion to withdraw [83] is granted. The motion for a protective order [86] is denied. If, as defense counsel represents, the requested deponent in fact has no relevant knowledge to this case, the requested deposition will certainly be brief and limited in scope and expense. In scheduling this deposition, counsel shall take into account issues relating to the ongoing COVID-19 pandemic. The motion for sanctions [76] remains under advisement.

    IT IS SO ORDERED.

ENTER:

_____
CHARLES RONALD NORGLE, Judge
United States District Court

DATE: June 29, 2020