# EXHIBIT J

1        UNITED STATES DISTRICT COURT
         NORTHERN DISTRICT OF ILLINOIS
2             EASTERN DIVISION        CERTIFIED COPY

3

EDDIE RAY BRADLEY,          )
4                           )
              Plaintiff,    )
5                           )
         vs.                )
6                           )
Village of University       )   No. 15 CV 08489
7   Park, ILLINOIS, an      )   Honorable Judge:
    Illinois Home Rule      )   Charles R. Norgle, Sr.
8   Municipality, and VIVIAN )
    COVINGTON, Mayor of     )
9   University Park,        )
    Illinois,              )
10                          )
              Defendants.   )
11

12          The deposition of EDDIE RAY BRADLEY, called as a

13   witness herein, for examination taken pursuant to the

14   provisions of the Code of Civil Procedure and the Rules

15   of the Supreme Court of the State of Illinois and all

16   Federal Rules pertaining to the taking of depositions for

17   the purpose of discovery, taken before LYNN MANGAN, a

18   Notary Public within and for the County of Lake, State of

19   Indiana, and a Certified Shorthand Reporter of the State

20   of Illinois at the Law offices of PETERSON, JOHNSON &

21   MURRAY on the 16th day of August, A.D., 2016.

22

23   REPORTED BY: Eunice Sachs & Associates;
     Lynn Mangan, Certified Shorthand Reporter
24   License No. 084-001449

EDDIE RAY BRADLEY vs. Village of University Park
Bradley, Eddie on 08/16/2016

Page 2

1   PRESENT:

2   THE KELEHER APPELLATE LAW GROUP, LLC, by
    MR. CHRISTOPHER KELEHER
3   Attorney at Law,
    115 S. LaSalle Street – Suite 2600
4   Chicago, Illinois  60603
          appeared on behalf of Plaintiff;
5
    THE LAW OFFICE OF PETERSON, JOHNSON & MURRAY, by
6   MR. PATRICK S. WALL
    Attorney at Law,
7   200 W. Adams Street – Suite 2125
    Chicago, Illinois  60606
8         appeared on behalf of Defendants.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

EDDIE RAY BRADLEY vs. Village of University Park
Bradley, Eddie on 08/16/2016

Page 3

1

2                          I N D E X

3

WITNESS:                                    PAGE:

4

EDDIE RAY BRADLEY,
5      Examination by Mr. Wall .............   4, 162
       Examination by Mr. Keleher..........   154

6

7

8            *************************

9                    E X H I B I T S:

10

Exhibit Number:                      Page/Line:
11    1 (Contract)....................... 17/18

12    2 (Answers to Interrogatories; identified for the
          record........................... 166/16
13    3 (Plaintiff's complaint; identified for the record)
          ................................. 166/16

14

15

16

17

18

19

20

21

22

23

24

Page 4

1                    (Time noted:  1:07 p.m.)

2                    (Witness sworn.)

3                    EDDIE RAY BRADLEY,

4   called as a witness, after having been first duly sworn,

5   was examined and testified as follows:

6                    EXAMINATION

7                    BY MR. WALL:

8       Q.   Sir, can you state your first and last name,

9   and spell your last name for the record, please?

10      A.   Eddie Bradley.  Last name B-r-a-d-l-e-y.

11      Q.   Let the record reflect this is the discovery

12  deposition of Edward Bradley taken pursuant to due notice

13  and pursuant to the applicable rules of the Federal Court

14  as well as the Federal Rules of Civil Procedure.

15           Mr. Bradley, have you ever given a deposition

16  before?

17      A.   Yes.

18      Q.   How many times approximately?

19      A.   A few.  Three.

20      Q.   What were they deps for?

21      A.   Lawsuits.

22      Q.   Were you sued personally?  Were you suing

23  people?  I'm just trying to figure out what the three

24  times were.

EDDIE RAY BRADLEY vs. Village of University Park
Bradley, Eddie on 08/16/2016

Page 5

1     A.   I was being sued.

2     Q.   Individually or as an employee of a

3  municipality or what?

4     A.   In my -- as a --

5     Q.   Let's start here.  What was the oldest

6  deposition you've given?  How long ago?  First one.

7     A.   The oldest?

8     Q.   Yeah.  When was the first time you gave a

9  deposition?

10    A.   Oh.  I don't know.  Approximately 15 years.

11    Q.   And what was that suit for?

12    A.   Inmate.  Inmate lawsuit.

13    Q.   Is that when you were an ERT?

14    A.   No, I wasn't an ERT at the time.

15    Q.   What municipality was it for?

16    A.   Will County.

17    Q.   You were working at the Adult Detention

18  Facility?

19    A.   Yes.

20    Q.   Were you a defendant or just a witness in this

21  case?

22    A.   Defendant.

23    Q.   How did that case resolve?

24    A.   We won.

EDDIE RAY BRADLEY vs. Village of University Park
Bradley, Eddie on 08/16/2016

Page 6

1      Q.    Always a good feeling.

2      A.    Yes.

3      Q.    What about the second one?

4      A.    As far as did we win or not?

5      Q.    Yeah.

6      A.    Yeah, we won.

7      Q.    Was that another Will County suit?

8      A.    Yes.  All of my suits were Will County suits.

9      Q.    Off the record.

10                  (Discussion off the record.)

11   BY MR. WALL:

12     Q.    So you are familiar with the ground rules of

13   I'm going to be asking you questions about your

14   employment with the Village of University Park.  Okay?

15     A.    Uh-huh.

16     Q.    I'm going to need you to let me get out my

17   question; I'll let you get out your answer so we're not

18   talking over one another.

19     A.    Okay.

20     Q.    If you give me an answer to a question today,

21   I'm going to assume you've understood it.  Fair?

22     A.    Uh-huh.

23     Q.    And you're going to anticipate a lot of my

24   questions.  I'm sure counsel went over them with you, so

EDDIE RAY BRADLEY vs. Village of University Park
Bradley, Eddie on 08/16/2016

1    make sure you let me finish, I'll let you finish, and

2    we'll have a clean record.

3         A.   Uh-huh.

4         Q.   Okay?

5         A.   Yes.

6         Q.   From time to time, I may prompt you for a yes

7    or no answer.  We may know what a "uh-huh" or "uh-uh" may

8    be today, but we won't know six months down the road.

9         A.   Yes.

10        Q.   If you need a break at any time, that's fine.

11   I'd just ask that you answer the question that's pending,

12   and we'll take a break.

13        A.   Okay.

14        Q.   Okay?  Have you ever been known by any other

15   names?

16        A.   No.

17        Q.   What's your date of birth?

18        A.   6-1-53.

19        Q.   And where do you currently reside?

20        A.   622 Hickock, H-i-c-k-o-c-k, University Park,

21   Illinois, 60484.

22        Q.   How long have you resided there?

23        A.   About approximately 17 years.

24        Q.   Off the record.

EDDIE RAY BRADLEY vs. Village of University Park
Bradley, Eddie on 08/16/2016

Page 8

1          (Discussion off the record.)

2  BY MR. WALL:

3      Q.   Have you ever been convicted of a felony?

4      A.   No.

5      Q.   Have you ever been convicted of a misdemeanor

6  involving false statements or dishonesty?

7      A.   No.

8      Q.   Are you married?

9      A.   No.

10     Q.   Were you married at the time of the allegations

11  in your complaint?

12     A.   No.

13     Q.   Have you ever been been married?

14     A.   Yes.

15     Q.   When did you get divorced?

16     A.   About 27 years ago.

17     Q.   Oh, okay.  That's fine.  Any kids?

18     A.   Yes.

19     Q.   How many?

20     A.   Two.

21     Q.   Are they grown?

22     A.   Yes.

23     Q.   Are they out of the house?  That's the better

24  question.

EDDIE RAY BRADLEY vs. Village of University Park
Bradley, Eddie on 08/16/2016

Page 9

1      A.   Yes.

2      Q.   What's your highest level of education?

3      A.   College.

4      Q.   Where was college at?

5      A.   I've attended four different colleges.  South

6  Suburban College, Governors State University, University

7  of Illinois, Champaign, and Northwestern in Evanston.

8      Q.   I think we have your CV, but can you just give

9  me a list of where you've worked as a police officer to

10 the best of your recollection?

11     A.   Will County Sheriff's Police, University Park

12 Police.

13     Q.   Anywhere else?

14     A.   It wasn't a police department, but I ran the

15 security for Job Corp in Joliet, Illinois.  That's while

16 I was working with the Will County Sheriff's Police.

17     Q.   What years was the Will County approximately?

18     A.   Will County was '89 to 2009.

19     Q.   And University Park?

20     A.   2013 to 2015.

21     Q.   What did you do in that four-year gap?

22     A.   I worked again at Job Corp in Joliet.  And I

23 think that's it.

24     Q.   Are you currently employed anywhere?

EDDIE RAY BRADLEY vs. Village of University Park
Bradley, Eddie on 08/16/2016

Page 10

```
 1        A.    No.

 2        Q.    Is the last employment you had with the Village

 3   of University Park?

 4        A.    Yes.

 5        Q.    Have you filed bankruptcy since you filed this

 6   lawsuit?

 7        A.    Never filed bankruptcy.

 8        Q.    Are you under the influence of any narcotics or

 9   medicine which would impact your ability to accurately

10   and truthfully testify today?

11        A.    No.

12        Q.    Other than the Will County lawsuits as a

13   Sheriff's deputy or whatever capacity you were in, have

14   you been sued in any other capacity?

15        A.    No.

16        Q.    Have you sued anyone in any other capacity

17   where you filed a lawsuit against them?

18        A.    My son was in an accident.

19        Q.    When he was a minor?

20        A.    I think he was an adult.

21        Q.    And that was a personal injury lawsuit for

22   injuries to your son?

23        A.    Yeah.

24        Q.    Any other lawsuits that you filed?
```

EDDIE RAY BRADLEY vs. Village of University Park
Bradley, Eddie on 08/16/2016

Page 11

1     A.   Not that I could recall.

2     Q.   You've served in the military?

3     A.   No.

4     Q.   How did you come to obtain employment with the

5   Village of University Park?

6     A.   Several trustees.  I live in the Village of

7   University Park.  So, I have occasion to run into

8   officials from the Village of University Park; and they

9   would talk to me about, you know, how bad the village was

10  doing as far as crime and other things.  The police

11  department was in bad shape.

12         And eventually they asked me to, you know, be

13  the chief out there and straighten some things out.

14    Q.   And this was in 2012 or 2013?

15    A.   I think -- was it October of 2012, I think?

16    Q.   Okay.

17    A.   Yeah.

18    Q.   And that was when the conversations first

19  started?

20    A.   No, they would happen over a length of time,

21  because like I say, I live out there.  So I was aware of

22  -- it was like just almost every week, armed robberies,

23  citizens walking down the street, getting robbed, gas

24  stations getting robbed.  Things happened at the police

EDDIE RAY BRADLEY vs. Village of University Park
Bradley, Eddie on 08/16/2016

Page 12

1    department, no leadership.  You know, we would talk about

2    these things; so eventually they asked me if I would -- I

3    had retired.

4         Q.   Okay.

5         A.   And they asked me to come up there.

6         Q.   Do you remember when the first date you started

7    was?

8         A.   Well, no, I don't because that was a Saturday

9    actually.

10        Q.   Month-wise?

11        A.   I think October.

12        Q.   Of '12?

13        A.   Yeah.

14        Q.   Did you have an employment contract at that

15   time?  Or did you just operate as an employee, and you

16   got paid every week at will?

17        A.   Are you talking about the day that I got

18   hired?

19        Q.   Yeah.

20        A.   No.

21        Q.   You were just a regular employee?

22        A.   No.  It was a Saturday.  They asked me to come

23   up there on a Saturday and be sworn in.

24        Q.   Okay.

EDDIE RAY BRADLEY vs. Village of University Park
Bradley, Eddie on 08/16/2016

Page 13

1      A.    Some of the trustees were there.  The clerk

2   was there, and a couple other people were there,

3   citizens.

4      Q.    Okay.

5      A.    I went up to the town -- our Village Town

6   Center we call it.  And we had a swearing in ceremony.

7   They wanted to get it done right away.

8      Q.    Of course.

9      A.    So that happened on that Saturday.  And I think

10  maybe the next week Mr. Linear, who was the village

11  manager wrote up an agreement and I signed it.  And as

12  far as a written official article, I think that's what

13  you're speaking of, that's when that was done.

14     Q.    And that first agreement, how long did it go

15  for?  Or was there an agreement?

16     A.    I don't recall a length of time on that

17  agreement.

18     Q.    And then at some point I think in 2013, you

19  entered into a contract?

20     A.    Yes.

21     Q.    Which essentially forms the basis of your

22  lawsuit?

23     A.    Yes.  I don't know if it was at the end of --

24  yeah, I think it was during '13.

EDDIE RAY BRADLEY vs. Village of University Park
Bradley, Eddie on 08/16/2016

Page 14

1      Q.   So, whatever you operated from '12 to '13 isn't

2  at issue.  It's the contract from October of '13 that's

3  at issue now?

4      A.   Yes.

5      Q.   Do you know why Mel Davis left?

6      A.   It's my understanding he was terminated.  I

7  don't know the specific reasons or anything like that.

8      Q.   And as I understand, that contract runs through

9  I think July 30th of '16?

10      A.   I believe it's December.

11      Q.   But that contract expires at the end of this

12  year.  Fair?

13      A.   Yes.

14      Q.   My assistant is getting it for me; if the dates

15  are wrong we'll come back to it.

16      A.   Sure.

17      Q.   So, you're aware that after this contract runs

18  out, the village would have no binding reason to

19  continue to have you stay on if you were still employed.

20  Correct?

21      MR. KELEHER:  Objection.  Calls for a legal

22  conclusion.  You can answer.

23  BY MR. WALL:

24      Q.   Let me ask this a different way.  After the

EDDIE RAY BRADLEY vs. Village of University Park
Bradley, Eddie on 08/16/2016

Page 15

1  contract expired, the village was not required to

2  continue using you as the chief of police.  Fair?

3       A.   Fair.

4       Q.   And as I understand it, you were terminated

5  from a letter from the Defendant Mayor to you on May 29,

6  2015?

7       A.   I'm not sure of the direct date, but I know it

8  was some time in May.  That could be the date.

9       Q.   As I understand it, the terms, at least from

10 Linear's deposition that four of the six trustees and the

11 mayor were up for reelection this year?

12      A.   This year?

13      Q.   Yes.

14      A.   I'm not sure.

15      Q.   You wouldn't have any reason to dispute that if

16 Lafayette Linear agreed that four of the six trustees

17 were up and the mayor were up for reelection?

18      A.   No.  Because I think it's three.

19      Q.   Three of the six?

20      A.   Yeah.

21      Q.   And the mayor as well?

22      A.   Uh-huh.

23      Q.   And those terms -- I believe as I understand it

24 -- ended at the end of April, and then they were sworn in

EDDIE RAY BRADLEY vs. Village of University Park
Bradley, Eddie on 08/16/2016

Page 16

1    for their new terms.  Correct?  Or that's how it would

2    work in the Village of University Park?

3        A.   Are you saying that are up right now as we sit

4    here today?

5        Q.   No.

6        A.   Or at the time?

7        Q.   Back in January of '15, Mayor Covington as well

8    as three trustees were running for reelection?

9        A.   I believe so.  That's my understanding.

10       Q.   And elections were held in April, I think

11   April 7th?

12       A.   Uh-huh.

13       Q.   And then the terms that they were currently on

14   were ending, and then they were coming in for new terms.

15   Correct?

16       A.   Uh-huh.  Uh-huh.  Yes.

17       Q.   So the new terms of at least three of the six

18   trustees and the mayor started again at some point

19   officially in May.  Fair?

20       A.   Yes.

21       Q.   It looks like reviewing the contracted it says

22   during 2015 and 2016?

23       A.   Yes.

24       Q.   So December 31st?

EDDIE RAY BRADLEY vs. Village of University Park
Bradley, Eddie on 08/16/2016

Page 17

1      A.   Uh-huh.

2      Q.   Okay.

3      A.   Yes.

4      Q.   And as I understand it, if you're terminated

5   without cause your contract pays you a termination fee

6   equal to four months salary?

7      A.   Yes.

8      Q.   And do you know what that number was

9   approximately?

10      A.   You mean dollar-wise?

11      Q.   Yeah.  Ballpark?

12      A.   Forty thousand, I think ballpark.

13      Q.   I'm sure there are payroll records that would

14   clarify what that number is.  Right?

15      A.   Absolutely.  I would hope so.

16      Q.   And you would agree that the village is

17   required to -- actually, let me do this.

18                     (Exhibit 1 is marked.)

19   BY MR. WALL:

20      Q.   This is your employment contract.  We'll mark

21   it as Defense 1.

22             As I understand the last page, if they

23   terminate you without cause all the village is required

24   to do is pay you the four months termination as well as

EDDIE RAY BRADLEY vs. Village of University Park
Bradley, Eddie on 08/16/2016

Page 18

1   notify you that you've been terminated.  Is that your

2   reading of that paragraph within the employment contract

3   that you signed?

4        MR. KELEHER:  I'm going to object.  Legal

5   conclusion.  But you can answer.

6        THE WITNESS:  Okay.  Yes.  That's what it says.

7   BY MR. WALL:

8        Q.   Okay, thank you.  And you received the letter

9   from the mayor terminating you.  Correct?

10       A.   Yes.

11       Q.   What was your response when you found out that

12   you had been terminated?

13       A.   I had attorneys contact the mayor, the village;

14   and they asked were the appropriate legal steps that

15   should be taken.

16       Q.   Were you referred to an attorney by anyone?

17       A.   No.

18       Q.   Nobody?  How did you find Mr. Moran and

19   Mr. Keleher?

20       A.   Mr. Linear -- we were looking together.

21       Q.   Okay.

22       A.   For an attorney.

23       Q.   And are you aware of how Mr. Linear found

24   Mr. Moran and Mr. Keleher?

EDDIE RAY BRADLEY vs. Village of University Park
Bradley, Eddie on 08/16/2016

1        A.    No.

2        Q.    Were you ever contacted by the village attorney

3   to file a lawsuit?

4        A.    No.

5        Q.    Okay.

6        A.    The village attorney?

7        Q.    Yes.

8        A.    No.

9        MR. KELEHER:  I'm sorry.  Which village attorney?

10       THE WITNESS:  Oh, yeah.

11            I don't understand that question.

12       MR. WALL:  Off the record.

13                 (Discussion off the record.)

14       THE WITNESS:  I had some conversations with the

15   village attorney at that time.

16   BY MR. WALL:

17       Q.    Who was that?

18       A.    Felicia Frazier.

19       Q.    And what did she say?

20       A.    It was a -- she never directly told me anything

21   like you know, "You need to sue them" or "get them" or

22   anything like that.  The conversation was kind of like,

23   "I think they're going to do the same thing to us.  This

24   is bad."  You know, how terrible things were as far as

EDDIE RAY BRADLEY vs. Village of University Park
Bradley, Eddie on 08/16/2016

Page 20

1    the village administration and the way it was being run

2    and everything.  References like that in reference to,

3    you know.  But there was no direct --

4         Q.   She never gave you a list of names?

5         A.   No.

6         Q.   And then I'm assuming you and Linear talked

7    about possibly using the same attorney?

8         A.   Not possibly.  We went and saw some attorneys

9    together up in -- I don't know -- up in the north suburbs

10   somewhere.

11        Q.   And I think at some point, you guys got to the

12   Moran Law Group?

13        A.   Absolutely.

14        Q.   As I understand your lawsuit, you would agree

15   that as a village employee and as someone operating with

16   a Municipal Employment Contract, that you are subject to

17   Illinois law.  Fair?

18        A.   Yes.

19        Q.   You are as a police officer, and you are as a

20   village employee.  Correct?

21        A.   Correct.

22        Q.   And as I understand the facts in your complaint

23   that you performed all of the duties of your position as

24   Chief of Police satisfactorily?

EDDIE RAY BRADLEY vs. Village of University Park
Bradley, Eddie on 08/16/2016

Page 21

 1        A.    Absolutely.

 2        Q.    Were you ever told -- were you ever reprimanded

 3   at any time?

 4        A.    Yes.

 5        Q.    What were you reprimanded for?

 6        A.    Taking a picture with Joe Roudez in my office.

 7   Yes.

 8        Q.    That was a political mailer, I assume?

 9        A.    That's what he used it for.  Yes.

10        Q.    Were you in uniform?

11        A.    I believe so.

12        Q.    Were you on the clock at the time that the

13   picture was taken?

14        A.    Yes.

15        Q.    How were you notified of what was wrong, and

16   what was the outcome of the reprimand or the proceedings

17   if there was one?

18        A.    I had a conversation with Mr. Linear.

19        Q.    What did you say, and what did he say?

20        A.    He said that they were upset and talking about

21   it and, you know, the election.  It was election

22   conversation and all that.  "Don't do it again."

23             That was pretty much it.  I didn't really have

24   an answer for him.

Page 22

1      Q.   Who is "they"?

2      A.   The mayor, Payton, Larry Brown.  Basically the

3   mayor's part of the board.

4      Q.   Mayor's faction, if you will.

5      A.   Yes.

6      Q.   As I understand it from Linear's testimony,

7   there's essentially kind of a 3/3 split along those lines

8   usually?

9      A.   Right.

10     Q.   Do you know, for lack of a better term, who is

11  in your faction?  I'm assuming Joseph Roudez.

12     A.   Well, I don't know who was in my faction.  I

13  can tell you who liked me, who didn't like me to cut

14  straight through to the chase.

15     Q.   Yes.  Maybe that's a better way.

16     A.   Joe Roudez, Keith Griffin, Oscar Brown.  And

17  the mayor was not a fan of mine.  Larry Brown was not.

18  Payton was not.  I just keep saying Payton because I

19  forget his first name.  I'm not trying to --

20     Q.   That's fine.

21     A.   Oh, I forgot another person that didn't have a

22  problem with me either.  Her name was Liz.  She was on

23  the Board.  I forget her last name.  But Payton, Larry

24  Brown, the Mayor.  I can't remember.  I know there was

EDDIE RAY BRADLEY vs. Village of University Park
Bradley, Eddie on 08/16/2016

Page 23

1   somebody else, but I can't remember who it was.

2       Q.   I think as I understand -- and correct me if

3   I'm wrong -- one of the trustees was kind of a back and

4   forth with the mayor -- with factions on some issues and

5   with factions on the other issues.

6       A.   They all kind of do that depending on who can

7   get what from who at any given time.

8       Q.   Is it fair to admit that the letter that Mayor

9   Covington sent to you on May 29th listed the reasons for

10  your removal and discharge, whether or not you agree with

11  them?

12      A.   No.

13      Q.   Okay.  You did receive a letter from her.

14  Correct?

15      A.   Uh-huh.

16      Q.   And it had some citations in it, and it said

17  this is what her decision is or this is what the

18  village's decision is; and you're being terminated?

19      A.   You talking about the 1892 quote or the law or

20  whatever?

21      Q.   Sure.

22      A.   I don't know what that law is in the case, so I

23  couldn't comment on that.

24      Q.   No, I understand that; but in that letter you

EDDIE RAY BRADLEY vs. Village of University Park
Bradley, Eddie on 08/16/2016

Page 24

1   may not have understood it, but it did list the village's

2   reasons for terminating you.  You would agree with that.

3   Fair?

4        A.   It said that my contract was void.

5        Q.   Sure.

6        A.   Do I agree with that?  No.

7        Q.   No, I'm just saying that the letter did say

8   that to you.  Correct?

9        A.   Yes, yes.

10       Q.   It said the reasons for removal that the

11  village was taking when they sent it to you?

12       A.   Okay, yes.

13       Q.   Correct?

14       A.   Yes.

15       Q.   But obviously as we're here now, you don't

16  agree with those positions.  Fair?

17       A.   Right.

18       Q.   But you don't deny that you received that

19  notice by Mayor Covington?

20       A.   Yes.  I mean, I don't deny that.

21       Q.   You did receive it.

22       A.   Yes, I did receive it.

23       Q.   Thank you.  What is your understanding in terms

24  of how you were procedurally terminated?

EDDIE RAY BRADLEY vs. Village of University Park
Bradley, Eddie on 08/16/2016

Page 25

1    A.    Of how --

2    Q.    Not the letter.

3    A.    Of how I was terminated?

4    Q.    Yeah, obviously your first notice as you've

5  alleged is that you got the letter telling you that you

6  were terminated?

7    A.    Uh-huh.

8    Q.    Had you been sent home before?  Had you been

9  placed on administrative duty?  What were the steps?

10    A.    No.

11    Q.    So you came into -- was there --

12    A.    I was at home, and two officers came by and

13  brought me the letter.

14    Q.    And what did the officers say?  Were they just

15  kind of process serving you for lack of a better term?

16    A.    No, it wasn't that type of atmosphere at all.

17  It was, "Hey, we don't want to do this, but we got to do

18  this."  "The mayor."  "The mayor."  "The mayor."

19        They told me a little bit about what happened

20  to Linear, that you know she had been over there and

21  telling them to get him out of his office, blah, blah,

22  blah blah and all this right now.  And you know, he

23  handed me the letter.  I read it.  "Hey, you guys are

24  just doing your job."

EDDIE RAY BRADLEY vs. Village of University Park
Bradley, Eddie on 08/16/2016

Page 26

1      Q.   Okay.

2      A.   And kind of, that was it.

3      Q.   Okay.

4      A.   Yeah.

5      Q.   Did you call anyone at the village?

6      A.   No.

7      Q.   I assume at that point you went out and talked

8  to legal counsel?

9      A.   Uh-huh.

10     Q.   I don't want to know what you said.  I'm just

11 trying to figure out between the time you found out you

12 were terminated and when you filed your lawsuit in

13 September, did you have any other conversations with

14 village officials about your termination?

15     A.   Yeah.  You know, like I said I live in the

16 village.  And you know, I live on the same block as, you

17 know, right there some of the officials, the trustees and

18 whatever.  And we run into each other sometimes five

19 times a week, sometimes no time during the week.  But

20 they be like, "Wow."  We talked about it.  Yeah.

21     Q.   Who is the person you've had the most

22 conversations with?

23     A.   Probably Keith Griffin and Joe Roudez.

24     Q.   And what were those -- With Trustee Griffin,

EDDIE RAY BRADLEY vs. Village of University Park
Bradley, Eddie on 08/16/2016

Page 27

1   what were your conversations about?

2       A.   You know, several times they've asked me to

3   come back as Village Chief.  They told me, you know, that

4   the department has gone in a very negative spin.  They've

5   asked me to drop the lawsuit and come back as chief.  And

6   sometimes they just ask me, you know, "When you coming

7   back?"  You know, "This is messed up."

8           I live in the village, so you know we talk

9   about rumors and some stuff that's not rumors.  You know,

10  I'm a taxpayer and everything so I'll ask some questions,

11  too.

12      Q.   Okay.  What else did you discuss with Griffin

13  about the actions taken against you and your lawsuit

14  other than what you've said?

15      A.   That's pretty much it.

16      Q.   Did he tell you what the vote was?  Did he tell

17  you what happened?  Anything along those lines?

18      A.   No.  No.  I pretty much knew what the vote was,

19  and I mean I knew what was going to happen and

20  everything.  That's no secret.

21      Q.   Did you know or was it your assumption that

22  after Linear was terminated that you were going to be

23  terminated?  Or how did you know this was coming?

24      A.   I assumed it.

EDDIE RAY BRADLEY vs. Village of University Park
Bradley, Eddie on 08/16/2016

Page 28

1      Q.   Why did you assume it?

2      A.   Because the mayor never wanted me there as the

3    chief.  And when she gained control of the Board, she

4    said in the board meeting, "I'm in charge now.  We're

5    going to kick some butt."

6      Q.   When was this?

7      A.   In a board meeting.  I don't know the exact

8    date.

9      Q.   In 2013, 2014, 2015?

10     A.   Some time soon after the election that we

11   talked about earlier.

12     Q.   The '15 election?

13     A.   Yeah, when she regained the power of the Board.

14     Q.   Okay.  Did you hear her say these words?

15     A.   She said it at a meeting that was being taped.

16     Q.   And I understand that.  And a lot of these

17   questions, they may be technical ones.

18     A.   Yeah, I understand that.  I'm sitting right

19   there.

20     Q.   Did you have --

21     A.   Yeah, I'm --

22     Q.   Were you listening?  Were you listening?

23     A.   Yeah.  I'm at the meeting.  I have to be at the

24   meetings.  I'm sorry.

EDDIE RAY BRADLEY vs. Village of University Park
Bradley, Eddie on 08/16/2016

Page 29

1        We were at a board meeting.  I'm sitting there

2   in my seat.  We all have seats.  And the mayor is

3   talking, and she said -- not verbatim or you know -- but

4   like I have control of the Board now.  But the part I do

5   remember her saying verbatim was, "We're going to kick

6   some butt around here."

7        I knew then that I was going to be one of the

8   butts that she was going to kick.

9        Q.   And I understand that, but you're assuming that

10  that was meant towards you.

11       A.   Not toward me, toward several people as several

12  people were terminated.

13       Q.   Fair.  Off the record.

14                (Discussion off the record.)

15  BY MR. WALL:

16       Q.   Back on the record.

17       But you don't know if she was meaning kicking

18  some butt for the morale of the village if those were her

19  words.  I understand you're taking that leap, but we

20  don't know that's what she meant.  Fair?

21       A.   I know what that meant.

22       Q.   I understand that that's how you've taken it,

23  but she didn't say, we're going to kick some butt and

24  terminate Linear, Bradley and so and so and so.

EDDIE RAY BRADLEY vs. Village of University Park
Bradley, Eddie on 08/16/2016

Page 30

1    Correct?

2        A.    She did not say that.

3        Q.    She just said we're going to kick some butt,

4    and her implication to that, we don't know.  Fair?

5        A.    You don't know.

6        Q.    You don't know either.

7        A.    That's a matter of opinion.  I'm not going to

8    change that.

9        Q.    Okay.  And I guess just so we're agreeing,

10   we're both assuming -- I'm assuming that's a good

11   statement; you're assuming a bad one.  Neither one of us

12   knows.  Fair?

13       A.    I knew.

14       Q.    But nothing that was said that day objectively

15   confirmed that belief of yours.  Fair?

16       A.    I think my termination confirmed it.

17       Q.    I'm not trying to ask --

18       A.    No, I'm good.

19       Q.    I'm just saying if her words were "kick some

20   butt", that's all she said.  Correct?

21       A.    That's what she said.  Yes.

22       Q.    That's fine.

23             Do you know when this meeting occurred?

24       A.    Not exactly.

EDDIE RAY BRADLEY vs. Village of University Park
Bradley, Eddie on 08/16/2016

1     Q.   First part of May?

2     A.   It could have been.  I don't know exactly.  It

3  was not long after the election.

4     Q.   Was she against -- was the mayor against your

5  employment contract in 2013, too?

6     A.   Yes.

7     Q.   How do you know that?

8     A.   She voted against it.

9     Q.   As did Trustees Payton and Brown?

10     A.   Yes, sir.

11     Q.   Did you participate in Executive Session?

12     A.   One I believe I did.  One or two.

13     Q.   Prior to this incident?

14     A.   Yes, sir.

15     Q.   So when the village would go into Executive

16  Session, you weren't there?

17     A.   Not unless they asked me to be there.

18     Q.   And you haven't been involved in any Executive

19  Session meetings in 2015?  Is that fair?

20     A.   Yes.

21     Q.   And it's your understanding that the mayor then

22  gathered her votes, and they voted to terminate you?

23     A.   Yes.

24     Q.   Have you been told that?

Page 32

1        A.    I assumed that because it happened.

2        Q.    Okay.  Did Trustee --

3        A.    Told me this person or that person or this is

4    what happened or exactly what happened at the meeting?

5    No.

6        Q.    Did Trustee Griffin or Trustee Roudez in any

7    way imply to you that the vote was 4/3, or it was 5/1, or

8    it was 4/2, or anything along those lines?

9        A.    No.

10        Q.    Did either of those guys say I'm here to defend

11    you, or I tried to defend you?  Or what did they say

12    about them not being on board with your termination in

13    your conversations with them?

14        A.    I don't know if they were there.  I mean, I

15    don't even know.

16        Q.    Is it your understanding that you were

17    terminated at the same time Linear was?

18        A.    That's my understanding.

19        Q.    Again, in Paragraph 22 of your Facts Common to

20    All Claims, you state:  "Though required by law in his

21    contract, Plaintiff has never received any required

22    notifications or statements of reasons for dismissal or

23    termination."

24             We agreed earlier that you did; you just don't

Page 33

1   agree with them.  Fair?

2       MR. KELEHER:  I'm going to object.  Calls for legal

3   conclusion.

4   BY MR. WALL:

5       Q.   It's in your Facts Common section.  Fair?

6       A.   I don't even understand -- whatever I said

7   before.  What I said before when we were going through

8   that.

9       Q.   Yeah.  For sure.  You got that letter that

10  listed the statements of reasons why the village was

11  doing it.  Correct?

12      A.   Why they were doing it.

13      Q.   Why they were terminating you.

14      A.   Yeah, 1892 law.

15      Q.   You don't agree with that?

16      A.   No.

17      Q.   But you received that notice?

18      A.   Uh-huh.  Whatever 18 -- whatever that was.

19  1892 or not.  But --

20      Q.   Following your termination, did you seek any

21  relief in State Court through a fire commission, police

22  commission, anything along those lines?

23      A.   As far as any relief I tried to get from the

24  state was my unemployment, which they denied.  The

EDDIE RAY BRADLEY vs. Village of University Park
Bradley, Eddie on 08/16/2016

Page 34

1  village denied it.

2       Q.   Do you know why they denied it?

3       A.   I saw on one of the articles that they gave me

4  was that my work was unsatisfactory.

5       Q.   Did you produce that document?  I looked at

6  these this morning.  I didn't think I saw that.  It could

7  be.  There's 300 pages.  It could be.

8       A.   There was something from the IDES.

9       MR. KELEHER:  I don't know the answer.  I'll check

10  with John on that.  I haven't seen it.

11  BY MR. WALL:

12       Q.   Hold on a second.

13            Is there a board of police commissioners or

14  something within the state of Illinois where police

15  chiefs or other police officers can go to appeal

16  decisions that have been made or anything along those

17  lines?

18       A.   I'm not sure.

19       Q.   You understand my question; you're just not

20  sure if it exists?

21       A.   Right.  There was a police and fire commission

22  in place in University Park that --

23       Q.   Did you seek any relief through that commission

24  prior to filing the lawsuit?

EDDIE RAY BRADLEY vs. Village of University Park
Bradley, Eddie on 08/16/2016

Page 35

1      A.    No.

2      Q.    Why not?

3      A.    Because I had had conversations with trustees

4   and Mr. Linear, several conversations, advising them that

5   the board was corrupt and certain people on that board

6   shouldn't be on that board.  And it was dysfunctional.

7      Q.    They weren't corruptly elected; they just acted

8   corruptly when they were in there.  Or no?

9      A.    They were appointed, I believe.  They weren't

10  elected.

11     Q.    So the appointments were proper, but you didn't

12  care for the people because you didn't think they were

13  operating with the right reasons.

14     A.    I know they weren't.

15     Q.    How do you know that?

16     A.    From having conversations with them.

17     Q.    Such as?

18     A.    The guy who was the chairman, I forget his

19  name.  He had a conversation in my office, and his father

20  or stepfather or something like that -- some kind of

21  father to him -- had been arrested for murder in

22  University Park.

23          A man had his dog; the dog stepped on his lawn,

24  and he killed him.  And they appointed him as the

EDDIE RAY BRADLEY vs. Village of University Park
Bradley, Eddie on 08/16/2016

Page 36

1    Chairman of the Fire and Police Commission.

2            I explained to them that he should not be the

3    Chairman of the Fire and Police Commission because he

4    held a lot of grudges and bitterness because of that

5    arrest which he told me out of his mouth sitting in my

6    office.  I remember every one of them.  I remember who

7    did what.  I remember who came to the house and who

8    arrested him.  Who helped me and who didn't.  And I told

9    him, this guy should not be the chairman of the board.

10   So different conversations like that.

11       Q.   So you didn't grieve it through the Police

12   Board because you didn't have any faith in the Police

13   Board.  Fair?

14       A.   Okay.  Yes.

15       Q.   Okay.  I'm looking at Count 1 of your complaint

16   which alleges essentially a 42 USC 1983 allegation.

17   Correct?

18       A.   I don't know what all it was that you just

19   said.

20       Q.   Okay.  You're familiar with the Civil Rights

21   Act --

22       A.   Okay.

23       Q.   -- as a police officer?

24       A.   Uh-huh.

EDDIE RAY BRADLEY vs. Village of University Park
Bradley, Eddie on 08/16/2016

Page 37

1      Q.   And as a defendant in Will County, you are

2  aware that there's a Statute which protects people's

3  civil rights?

4      A.   Uh-huh.

5      Q.   Correct?

6      A.   Yes.

7      Q.   And your argument here is that you did not

8  receive a pre-termination hearing at first.  Correct?

9      A.   Never.

10      Q.   As I understand it, your essential argument is

11  that the village has the right to do this, but you

12  should have a hearing afterwards to ensure that your due

13  process rights are followed.  Is that fair?

14      MR. KELEHER:  Well, I'm going to object to the legal

15  conclusion.

16  BY MR. WALL:

17      Q.   Right?  I mean, the village Board can make a

18  decision.  Correct?

19      A.   Yes.

20      Q.   Your allegation here is that you should have

21  been given a name-clearing hearing and an opportunity

22  after the fact to appeal it if you will.  Correct?

23      MR. KELEHER:  Same objection.  If you understand the

24  question --

EDDIE RAY BRADLEY vs. Village of University Park
Bradley, Eddie on 08/16/2016

Page 38

1      THE WITNESS:  I think I should have been given a

2   hearing before and after.

3   BY MR. WALL:

4      Q.   Why do you think you're entitled to a

5   pre-termination hearing?

6      A.   Because that's how I operate.  I would -- if I

7   was going to discipline someone, I would give them a

8   pre-disciplinary hearing and let them explain, you know,

9   why they took the actions that they took or, you know,

10  explain themselves.

11     Q.   And the post was because you believe you're

12  entitled to a name-clearing hearing afterwards

13  effectively.  Right?

14     A.   Yes.

15     Q.   And you would agree as you stated earlier that

16  as a police officer and as an employee of the

17  municipality, you are bound by federal law and Illinois

18  law.  Fair?

19     A.   Yes.

20     Q.   And those specific -- the case law, anything

21  along those lines will direct how and whether or not

22  actions were proper.  Fair?

23     A.   Yes.

24     Q.   So, if federal or state law does not provide

EDDIE RAY BRADLEY vs. Village of University Park
Bradley, Eddie on 08/16/2016

Page 39

1   you a federal civil rights action, you'd have no reason

2   to dispute that.  Fair?

3       A.   Yes.

4                   (Recess in the proceedings.)

5   BY MR. WALL:

6       Q.   In your Prayer For Relief under your federal

7   civil rights claim, you claim that all wages and benefits

8   plaintiff would have received but for the due process

9   violations.  Fair?

10      A.   Yes.

11      Q.   So as I understand it, there's two paths here.

12  You're either terminated without cause, and you're

13  entitled to the four months.  Fair?  If it was done

14  properly.  Fair?

15      A.   Yes.

16      Q.   If it wasn't, you're entitled to run through

17  the contract which would be about a year and a half's

18  worth of wages.  Fair?

19      A.   Yeah, I'm entitled to that.

20      Q.   Yeah.  Either way, that contractual number is

21  spelled out.

22      A.   Uh-huh.  Yes.

23      Q.   It's either the four months?

24      A.   Yes.

EDDIE RAY BRADLEY vs. Village of University Park
Bradley, Eddie on 08/16/2016

Page 40

1      Q.   Strike that.

2           Either the village can do what they did.  If

3    they terminate you with cause it's for four months -- or

4    without cause, it's four months.  Correct?

5      A.   Yes.

6      Q.   And then if not, the contract would run from

7    May 29, '15 to December 31st, '16.

8      A.   Yes.

9      Q.   And that's it?

10     A.   Yes.

11     Q.   You would agree that on January 1st, 2017 the

12   village would have no further liability to you.  Fair?

13     A.   No.

14     Q.   Your contract would be over?

15     A.   Yes, but because of what they did I think they

16   hurt my employability.  So I'm not going to agree to

17   that.

18     Q.   And we're going to get to that later.  But

19   technically, all wages and benefits is that contractual

20   number that's in your employment contract.

21     A.   Yes.

22     Q.   Correct?

23     A.   Yes.

24     Q.   You may have other allegations, but --

EDDIE RAY BRADLEY vs. Village of University Park
Bradley, Eddie on 08/16/2016

Page 41

1      A.    Uh-huh.

2      Q.    Yes?

3      A.    Yes.

4      Q.    But as far as wages and benefits, that's a

5  defined number?

6      A.    Yes.

7      Q.    And the back pay would be that number through

8  the end of the contract if that's what this case ends up

9  deciding, if you will.  Fair?

10     A.    Yes.

11     Q.    Front pay.  I don't know what that means.  What

12  do you mean by front pay?

13          You can talk to your attorney if you want.  I

14  don't know what front pay is.

15     MR. KELEHER:  You know, I honestly didn't draft

16  this.  John drafted this.

17     THE WITNESS:  I don't know if that's attorney fees

18  or -- because I don't know what those are.

19     MR. KELEHER:  I'm not sure what John was referencing

20  to be honest.

21  BY MR. WALL:

22     Q.    In terms of your Count 1, that's a defined

23  number.  Any other damages for defamation, false light,

24  all of those other claims, that's separate.  Would you

EDDIE RAY BRADLEY vs. Village of University Park
Bradley, Eddie on 08/16/2016

Page 42

1    agree with that?

2         A.   No.

3         Q.   Did you ever receive front pay from the

4    village?  I mean, you get paid every two weeks when you

5    were an employee.  Right?

6         A.   I don't know what that is either.

7         Q.   Okay.  And you want reinstatement to your

8    position?

9         A.   No.

10        Q.   You're done with the village in terms of

11   elected office there?

12        A.   I wouldn't say that.  I might run for president

13   one day.

14        Q.   You could run for mayor of University Park.

15        A.   Yeah.

16        Q.   Off the record.

17                  (Discussion off the record.)

18   BY MR. WALL:

19        Q.   Back on the record.

20             It says:  "Compensatory damages in an amount to

21   be determined at trial to compensate plaintiff for the

22   humiliation, anguish, and emotional distress."  What

23   humiliation did you suffer?

24        A.   Various.  My children live in that village.  My

EDDIE RAY BRADLEY vs. Village of University Park
Bradley, Eddie on 08/16/2016

Page 43

1   grandchildren live in that village.  Every day I can't go

2   to the gas station or the dollar store or running into

3   people.  They want to talk about it.  You know, it's when

4   you don't have a reason to tell them, you know, why this

5   happened or why that happened.

6           I mean, all the police chiefs that I know in

7   various villages around the south suburbs, communities in

8   Chicago, you know, did he get fired because he's a

9   criminal or he did something wrong?  I mean, I did things

10  for the village I didn't even have to do and went far

11  beyond just my job.  I took needy families out for

12  Christmas and spent $2,000 both of the Christmases I was

13  there on their kids out of my pocket.  I got the village

14  vehicles -- over $100,000 worth of vehicles -- without

15  one penny of cost to the village.  One was an armored

16  humvee, and the other one was a humvee also.

17          But you know, all the things that I did, it's

18  humiliating the way that I was terminated, the reasons

19  that I was terminated, all of that.  It's humiliating.

20      Q.   I understand.  And please don't -- we each have

21  a job to do.  What I'm trying to figure out is you state

22  "for humiliation caused by the defendant's conduct".

23      A.   Right.

24      Q.   So their conduct was simply the termination.

EDDIE RAY BRADLEY vs. Village of University Park
Bradley, Eddie on 08/16/2016

Page 44

1  Fair?

2      A.   No, it wasn't simply the termination.  It's

3  what they did to me.

4      Q.   I understand that.  You felt humiliated by the

5  actions that the Village took.  Fair?

6      A.   Yes.

7      Q.   And their actions that they took were to

8  terminate you.

9      A.   Yes.

10     Q.   Correct?

11     A.   Yes.

12     Q.   Okay.  They didn't write anywhere on a

13  billboard in University Park that you're a thief and a

14  cheat.  Right?

15     A.   No, I don't think that's right.

16     Q.   They did.  Okay.

17          What I'm trying to figure out is, I understand

18  you're upset by your termination.

19     A.   Uh-huh.

20     Q.   And you allege that the defendant's conduct did

21  it?

22     A.   Uh-huh.

23     Q.   And that would be -- well, you sued Mayor

24  Covington and the Village of University Park?

Page 45

1      A.    Uh-huh.

2      Q.    What did they do that caused you humiliation

3  other than to send you that letter?

4      A.    The way they terminated me, again it leaves an

5  open -- you know, it leaves everybody to assume and

6  guess and rumors to run amok why I was terminated.

7      Q.    But you never had a conversation with someone

8  from the Village of University Park or Mayor Covington

9  other than that letter.  Correct?

10     A.    In reference to what?

11     Q.    Okay.  As I understand your document response,

12  your allegations regarding defamation and those like, is

13  that the one that the Village sent you?  The May 29th

14  letter, correct?

15     A.    Yes.

16     Q.    And that secondly, they published that there

17  was a new police chief in the newsletter.  Correct?

18     A.    Yes.  Yes.

19     Q.    Other than that, you never received any other

20  publication that had any other statements about you in

21  it.  Fair?

22     A.    No.  The "City News" in Kankakee, they wrote

23  some articles.

24     Q.    In --

Page 46

1      A.   Kankakee, Illinois.

2      Q.   Do you have those articles?

3      A.   No.

4      Q.   Okay.  What did they write?

5      A.   About the corruption in University Park, the

6   gross mismanagement.  It referred to me in the article.

7   I forget exactly how, but it referred to me in the

8   article also.  They wrote several -- several articles in

9   that paper.

10      Q.   Who was quoted from the village in those

11   articles?

12      A.   There was one guy who used to be a trustee that

13   was quoted.  And I don't remember all the people that

14   were quoted.

15      Q.   Was Mayor Covington quoted?

16      A.   She was in there.  She was mentioned.  I don't

17   remember if she was quoted or not.

18      Q.   Hold on one second.  Kankakee News?

19      A.   "Kankakee City News".

20      Q.   Okay.

21      A.   That's the name of it.

22                    (Recess in the proceedings.)

23      THE WITNESS:  It may be just the "City News", but I

24   know it's printed in Kankakee.

EDDIE RAY BRADLEY vs. Village of University Park
Bradley, Eddie on 08/16/2016

Page 47

1   BY MR. WALL:

2       Q.   We'll see what he finds.  He's going to look it

3   up.

4            Other than that, those quotes in the newspaper,

5   nothing else that the village or Mayor Covington did was

6   published anywhere.  Fair?

7       A.   It was announced at the Village Board meeting.

8       Q.   That you had been terminated?

9       A.   I wasn't there.  This is the new chief, blah,

10  blah, blah.  I mean, if he's the new chief --

11      Q.   And I understand that.  And I'm not trying to

12  be difficult here, but you've made a claim of defamation.

13      A.   Right.

14      Q.   And what I'm trying to figure out is what were

15  the documents that were published other than the

16  newsletter and the letter terminating you?

17      A.   You talking about the village newsletter when

18  you say "the newsletter"?

19      Q.   Right.  Your answers to discovery --

20      A.   Right.  Was the village Newsletter.

21      Q.   Yeah.

22      A.   It goes in everybody's mailbox, every mailbox

23  in the village.

24      Q.   Sure.

EDDIE RAY BRADLEY vs. Village of University Park
Bradley, Eddie on 08/16/2016

Page 48

1       A.    The "City News" from Kankakee, I believe it was

2  mentioned in there a few times.  It was announced at the

3  Village Board meeting.  Exactly what words were said or

4  whatever, I don't know.

5       Q.    Who has knowledge of that?

6       A.    The people that were at the board meeting.

7       Q.    Okay.

8       A.    The board and the citizens or -- it's an open

9  meeting.

10      Q.    I understand that, but it's not your

11  understanding from these people that these statements,

12  that they said Chief Bradley is a crook and a thief.

13  Here's John Pate.  They just said here's John Pate.

14  Correct?

15      A.    I don't know.  I wasn't there.

16      Q.    But in your several conversations of having

17  lived in the Village of University Park for 16 years, are

18  you aware of any public statement to that effect that

19  anyone has ever told you?

20      A.    No.

21      Q.    Okay.  It's fair to say if somebody had

22  stepped up on the day to the lectern and said you're a

23  thief and a cheat, that would have made its way back to

24  you.  Fair?

EDDIE RAY BRADLEY vs. Village of University Park
Bradley, Eddie on 08/16/2016

Page 49

1      A.   At certain board meetings, certain issues would

2  come up.  Some of the issues that are documented there,

3  and Payton for instance, a trustee, would say, "You know,

4  why are you doing this?  Something smells here.

5  Something is wrong with this.  Something stinks.

6  Something smells.  Why are you doing this?"

7      Q.   And that was during a board meeting?

8      A.   Yes.

9      Q.   While they were acting as a legislative body?

10      A.   Yes.

11      Q.   And they were asking you questions as Chief of

12  Police?  Or they were talking to you in your position as

13  Chief of Police?

14      A.   Yes.

15      Q.   We'll come back to that question.

16           So as to Count 2, breach of contract, failure

17  to give notice and provide an opportunity to be heard,

18  your contract doesn't require a hearing if they terminate

19  you with four months severance.  Correct?

20      A.   For cause or without?

21      Q.   Without cause.  Sorry if I said that wrong.

22           They can fire you without cause and just give

23  you the four months, and they're not required to give you

24  a hearing.  They can just say here's your check for four

EDDIE RAY BRADLEY vs. Village of University Park
Bradley, Eddie on 08/16/2016

Page 50

1   months.

2       A.   Yes.

3       Q.   If they're going to do with cause, according to

4   your employment contract that's when you ask for the pre-

5   and post-termination.  Correct?

6       A.   Yes.

7       Q.   And you believe there's nothing in your file

8   and you've seen nothing that would allow for a for cause

9   discharge?

10      A.   Yes.

11      Q.   Other than your verbal reprimand from Village

12  Manager Linear?

13      A.   Yes.

14      Q.   Were sexual harassment charges leveled against

15  you in 2013?

16      A.   2013?

17      Q.   Yeah.

18      A.   While I worked for the Village of University

19  Park?

20      Q.   Yeah.

21      A.   No.

22      Q.   At any time?

23      A.   No.

24      Q.   At any time.

EDDIE RAY BRADLEY vs. Village of University Park
Bradley, Eddie on 08/16/2016

Page 51

1      A.    No.

2      Q.    Defamation.  Do you know what defamation is?

3      A.    Yeah.

4      Q.    What's your definition of it?

5      A.    Somebody took a poop on your character.

6      Q.    And you allege that they took a poop on your

7   character.  Fair?

8      A.    Yes.  Yes.

9      Q.    What did Mayor Covington do to take a poop on

10   your character other than send you the termination

11   letter?

12      A.    There was no reason or rhyme why she did it,

13   which left it open to -- in my opinion; you're asking for

14   my opinion -- the world to wonder and assume why a police

15   chief, you know, would be fired.

16          Usually if that's done -- the deputy chief in

17   Chicago just resigned yesterday, and the reasons were

18   given because of the Laquan McDonald -- he signed off on

19   all the reports.  There's a reason given.

20          In my case there was no rhyme or reason given,

21   again leaving me open to speculation that I committed

22   some crime or did something wrong or something like that.

23   Usually people don't get fired for doing a good job.

24      Q.    But you don't have any evidence that Mayor

EDDIE RAY BRADLEY vs. Village of University Park
Bradley, Eddie on 08/16/2016

Page 52

1  Covington at any time said that.  Fair?

2       A.   Said what?

3       Q.   That you committed a crime or that you -- what

4  I'm trying to figure out is defamation requires specific

5  examples of taking a poop on your character that are not

6  true.  And as I understand your testimony, all the

7  interaction you had with Mayor Covington was that she

8  sent you that letter which you don't agree with.  Fair?

9       A.   No, I don't agree with the letter.

10      Q.   But that you got the letter?

11      A.   I got the letter, yes.

12      Q.   And it says in there this is why the village

13  and Mayor Covington are taking these steps.  Fair?

14      A.   Yes.

15      Q.   And nothing in that statement -- nothing in

16  that letter is false.  It's just the village's position.

17  Fair?

18      A.   Yes.

19      Q.   The newsletter, nothing in the newsletter is

20  false regarding having a new police chief.  Again, you

21  just don't think it was done right.  Fair?

22      A.   I don't agree with what you saying.

23      Q.   Why not?

24      A.   Because if you, as an attorney, got fired the

EDDIE RAY BRADLEY vs. Village of University Park
Bradley, Eddie on 08/16/2016

Page 53

1   whole lawyer family, entity, would be wondering why did

2   he get fired.  What did he do?  There was no reason

3   given.  People would assume and that would stain your

4   character.  That's my belief.  I'm not going to change.

5        Q.   So as I understand it, you have no evidence

6   other than the letter and the newsletter that you were

7   unable to perform your profession.  It's just your

8   assumption from what those things said.  Fair?

9        A.   I have nothing from the village, no.

10       Q.   Nothing that's actually untrue.  Fair?

11       MR. KELEHER:  I'm going to object.  It calls for a

12  legal conclusion.  You can answer.

13       THE WITNESS:  No, nothing in the letter.  I don't

14  know if that law -- like I said, I don't know anything

15  about that.  So, I don't know.  I don't know what to tell

16  you about that.

17  BY MR. WALL:

18       Q.   And I understand that, and this is why your

19  case is different than --

20       A.   Yeah, if the law has been changed or taken out,

21  I don't know.  But you keep referring to that.  I don't

22  know anything about that.

23       Q.   What I'm trying to say is that defamation

24  requires, as you said, to take a poop on your character.

EDDIE RAY BRADLEY vs. Village of University Park
Bradley, Eddie on 08/16/2016

Page 54

1      A.   Yes.

2      Q.   And true statements aren't a poop.

3      A.   Uh-huh.

4      Q.   How's that?

5      A.   I understand what you're saying in that

6   respect.

7      Q.   Okay.

8      A.   But I think there are other ways of taking a

9   poop on a person's character without getting on a

10  mountaintop and screaming out something.  A statement.

11     Q.   Fair.  And I can see your point.  So you would

12  agree that neither Mayor Covington nor the village

13  shouted it from the rooftops.  Correct?

14     A.   Yes.

15     Q.   It's just your belief and assumption based upon

16  the actual events that occurred in 2015.

17     A.   Not only based upon those, but like I said,

18  every time I go in the grocery store or drive my car down

19  the street, citizens, people talking to me, you know,

20  statements and things that they say.

21     Q.   But they don't work for the village.

22     A.   They don't work for the village; they are

23  Village employers.  They pay the village bills.

24     Q.   Of course.  I don't dispute that.  But

EDDIE RAY BRADLEY vs. Village of University Park
Bradley, Eddie on 08/16/2016

Page 55

1    defamation requires a false statement made with a

2    reckless disregard.  I'm trying to figure out what false

3    statements made with a reckless disregard you have from

4    the village and the mayor; and it doesn't sound like you

5    do.  Is that a fair statement?

6         A.   No, because I think their behavior was reckless

7    in that it ruined my employment capacity.

8         Q.   But you don't have any specific evidence --

9         A.   I don't have a statement.

10        Q.   You've got to let me finish my question.

11        A.   Okay.

12        Q.   You don't have any statements from the village

13   or Mayor Covington.  Correct?

14        A.   Correct.  Yes.

15        Q.   Just your belief that it was reckless to

16   terminate you.

17        A.   Yes.

18        Q.   So, Chris, can I talk for a second?

19        MR. KELEHER:  Sure.

20                    (Recess in the proceedings.)

21   BY MR. WALL:

22        Q.   Back on the record.

23             So outside of that article, we can close the

24   loop on all written statements from the village.  Right?

EDDIE RAY BRADLEY vs. Village of University Park
Bradley, Eddie on 08/16/2016

Page 56

1    Regarding your termination?

2         A.    Which article?

3         Q.    The "City News" or the Kankakee news that we're

4    researching right now.

5         A.    Uh-huh.  And the things put in everybody's

6    mailboxes.

7         Q.    But there was nothing bad about you in there.

8    It was just a factual statement that you were no longer

9    the police chief, and that John Pate was the new police

10   chief.  Right?

11        A.    Said some things to that nature, yes.

12        Q.    But it was all factually true statements.

13        A.    Yes.

14        Q.    Whether or not you agree with them, I think

15   we've clarified that for the record.

16        A.    Yes.

17        Q.    So your whole defamation claim essentially kind

18   of balances on the assumption and the implied-ness of

19   what they did.  Fair?

20        A.    Yes.

21        Q.    Okay.  How did they damage your reputation

22   throughout the entire United States law enforcement

23   community?  Other than what we've discussed, I guess.

24        A.    I heard from as far as law enforcement officers

EDDIE RAY BRADLEY vs. Village of University Park
Bradley, Eddie on 08/16/2016

Page 57

1    in Florida when that happened.

2         Q.    What did they say to you?

3              It's a confidential transcript.

4         A.    There's a lady in the room.

5         Q.    Oh, trust me.  Lynn has heard worse.

6         A.    I don't curse either, but they would just --

7    you know the, the village is corrupt.  It's always been

8    corrupt.  It always will be.  You know, you did too much

9    for them.  You shouldn't have been doing that.  They

10   fire.  Sue them.  Do this.  Do that.  I mean, it was --

11   that's really toning it down.

12        Q.    Statements to kind of buck you up, if you will?

13        A.    No.  These guys worked in the area.  They were

14   ex-deputies and officers that have worked around there.

15   They are well-aware of that village.

16        Q.    Okay.  So, as I understand this, and there are

17   two ways that you can construct what the village said.

18   A, innocently; that they've decided to move on and go in

19   another direction.  Or B, you believe the construction

20   is, and the implication and assumption was that you were

21   terminated because you couldn't do your job.  Fair?

22        A.    Those are not the only -- I think that as the

23   record reflects, the mayor didn't want me there as the

24   chief in the first place.  It was her desire that as soon

EDDIE RAY BRADLEY vs. Village of University Park
Bradley, Eddie on 08/16/2016

Page 58

1   as possible "I'm going to fire you.  You will not be the

2   chief."

3        Q.   And I understand that.  But she never said

4   those words to you other than "kick some butt".  Right?

5        A.   Right.  Yes.

6        Q.   So, if I was a resident of University Park and

7   I got the newsletter, I could just say oh, it looks like

8   the village has decided to go in a different direction.

9   Fair?

10       A.   No.

11       Q.   I understand.  Mr. Bradley, I understand your

12  reasons for what you're saying.

13       A.   No, I didn't say no because of that.  I said no

14  because the village has been in this mode for so long,

15  all of the citizens there -- you ask a person in the

16  village how they would feel.  No.  And it was all over

17  the village.  It was not like that.  That's how it was.

18  And they all knew from board meetings and from so many

19  crazy statements that the mayor would make in board

20  meetings.

21       Q.   Not about you.  Correct?

22       A.   Yes.  Some of them, yes.

23       Q.   What did --

24       A.   At one meeting she was talking to myself and

EDDIE RAY BRADLEY vs. Village of University Park
Bradley, Eddie on 08/16/2016

Page 59

1    some of the other males at the board meeting, and she

2    told us, "You guys are lower than a snake's nuts" at the

3    board meeting.  Again, that's taped.  I mean --

4         Q.   That's her opinion.  Fair?

5         A.   Well, she said it to me.  You asked.

6         Q.   No, I'm --

7         A.   I'm just saying.

8         Q.   Lower than a snake's nuts.  That's Mayor

9    Covington's opinion of you, right or wrong.

10        A.   Yes.

11        Q.   But hypothetically, let's say I moved into the

12   Village of University Park from Valencia, Spain the day

13   before I got that newsletter.  I could read that

14   newsletter and say, "Oh.  It looks like there's a new

15   police chief."  Fair?

16        A.   Yes.

17        Q.   So there could be an innocent construction to

18   those words.  Fair?

19        A.   To the article?

20        Q.   To the statement that there's a new police

21   chief.

22        A.   Yes.

23        Q.   Where do you come up with the $900,000 in

24   punitive damages?  Your complaint asks for $900,000 in

EDDIE RAY BRADLEY vs. Village of University Park
Bradley, Eddie on 08/16/2016

Page 60

1   punitive damages.  I'm just trying to figure out how you

2   arrived at that.

3        A.   I think my damages are a lot more than that,

4   for the record.

5        Q.   Okay.

6        A.   And -- the mayor was 500,000 because of her

7   reckless conduct and what she did to my integrity, my

8   employability, all those things.  Approximately 200,000

9   was money that I would have made had I worked, you know,

10  all the way to the end of the contract.

11       Q.   About 150, I think?  Right?

12       A.   Yeah, something like that.  But, also that was

13  vacation pay, holiday pay, things like that that were

14  amassed.

15       Q.   And you got some of the vacation pay, I think?

16       A.   I don't know what that was for, the check they

17  sent me.

18       Q.   You cashed it?

19       A.   $1,700 or something.  Yeah, but I don't know

20  what that was for.

21       Q.   Whatever it was for, it needs to be deducted

22  from whatever you're owed theoretically?

23       A.   Yes.  Yes.

24       Q.   And all the conversations about that from the

EDDIE RAY BRADLEY vs. Village of University Park
Bradley, Eddie on 08/16/2016

Page 61

1    mayor were at the board meetings?

2        A.   Pardon me?

3        Q.   All of the actions that the mayor took were in

4    her official capacity as mayor.  Correct?

5        A.   Yes.

6        Q.   You don't have --

7        A.   As far as the termination letter and things

8    like that?

9        Q.   Sure.

10       A.   Yes.

11       Q.   It's all in her official capacity as mayor of

12   University Park.

13            MR. KELEHER:  I'm going to object.  It calls for a

14   legal conclusion, but you can answer if you know.

15            THE WITNESS:  Yes.

16   BY MR. WALL:

17       Q.   All of your interaction with her was while she

18   was mayor.  Correct?

19       A.   No.

20       Q.   Other than social interactions.

21       A.   Yes.

22       Q.   So the rest of them were at Village Hall when

23   she was the mayor or at a board meeting or something

24   along those lines?

EDDIE RAY BRADLEY vs. Village of University Park
Bradley, Eddie on 08/16/2016

Page 62

1      A.   Yes.

2      Q.   And all of her actions taken against you were

3  as mayor, not Vivian Covington herself.  Fair?

4      MR. KELEHER:  Same objection.  You can answer.

5      THE WITNESS:  No, I don't think that's fair.

6  BY MR. WALL:

7      Q.   Why isn't it fair?

8      A.   Because I think her actions again, were -- I'm

9  trying to think of the word for it.  She had preconceived

10  her actions.  Should I run for mayor and win again, I'm

11  going to get rid of him.

12      Q.   She didn't say that to you.  Correct?

13      A.   I'm just answering the question.  That's what I

14  believe.

15      Q.   Sure, but she never said that to you.

16      A.   No.

17      Q.   And when she did this, she signed the letter as

18  Mayor Covington.  Right?

19      A.   Yes.

20      Q.   The newsletter, anything that may have been

21  mentioned in there is as Mayor Covington?

22      A.   I believe so.

23      Q.   The damages that you're seeking -- strike that.

24          Where does the other 700,000 or more of damages

EDDIE RAY BRADLEY vs. Village of University Park
Bradley, Eddie on 08/16/2016

Page 63

1   come in?

2        A.   It was my intention to work, whether I was with

3   University Park or another police department, five or six

4   more years.  And as I've stated before, I think my

5   employability and my integrity and character was hurt so

6   badly, you know, nobody was going to hire me as a chief

7   again with a big cloud hanging over my head and things

8   like that.  I was constantly having to explain it.  It

9   wasn't going to happen.

10       Q.   But, as of December 31st of this year, you

11  might have had to leave anyway?

12       A.   Yeah, but I could have gotten a job somewhere

13  else as a chief.

14       Q.   But nothing stopped you in 2016 from applying

15  for jobs.  Right?  As we sit here today.

16       A.   No.

17       Q.   Have you applied to other police departments?

18       A.   I talked to a couple mayors.

19       Q.   Have you filled out an application to any other

20  police departments?

21       A.   No.

22       Q.   Why not?

23       A.   Because after talking to a few mayors and

24  testing the waters and seeing how hot they were, I did

Page 64

1  not do that.  I retired, and I filed for social security.

2  And that's where I'm at now.

3      Q.   Okay.  Have you attempted -- who were the

4  mayors?

5      A.   One was the mayor in Sauk Village.  One was the

6  mayor of Dolton.  I don't remember their names.

7      Q.   Any other villages?  Because we're going to

8  have to subpoena them.

9      A.   I don't remember.

10     Q.   Okay.  What did the mayor of Sauk Village tell

11 you?

12     A.   He said, "The application is on the Internet.

13 Fill out an application."  I went to the Internet; there

14 was no application on there.

15     Q.   Did you follow back up with him?

16     A.   No.

17     Q.   What else did he say to you about the waters

18 being too hot?

19     A.   He didn't say that.  That's what I said.

20     Q.   So he told you the application is on the

21 Internet.  You couldn't find it on the Internet.  Did you

22 call the village?

23     A.   I went up to the village.

24     Q.   Sauk Village?

EDDIE RAY BRADLEY vs. Village of University Park
Bradley, Eddie on 08/16/2016

Page 65

1        A.    Sauk Village.

2        Q.    And what did you say to him?

3        A.    I didn't talk to him.  I talked to a guy at the

4    window.  He was just a very disgruntled employee, so I

5    kind of just ended that conversation.

6        Q.    What other interactions did you have with Sauk

7    Village?

8        A.    Just I know some of the police officers, but

9    other than that in reference to my case, nothing.

10       Q.    What I'm trying to figure out is your Answers

11   to Interrogatories state that you talked to the village

12   mayors, and they told you you effectively weren't

13   employable?  Hold on one second.  Strike the question.

14            It says -- Answer Number 4 about expenses or

15   losses; and it says:  "Spoke with several mayors with

16   open positions, but the response was negative."

17       A.    Okay.

18       Q.    At Sauk Village, they told you to apply on the

19   Internet.  Right?

20       A.    That was part of the conversation, yeah.

21       Q.    I'm just trying to understand who at Sauk

22   Village gave you the negative response?

23       A.    The mayor.  We had a conversation, and he

24   wasn't talking positive.  "Yeah, come on over; I'll hire

EDDIE RAY BRADLEY vs. Village of University Park
Bradley, Eddie on 08/16/2016

Page 66

1   you right away."  It was heehawing.  I could tell from

2   his responses he had heard that I had gotten fired over

3   there.  I told him who I was, my name and everything.

4            And, "Well, you know what?  Go to the Internet

5   and fill out an application."

6            That's not -- that's generally not how things

7   are done or -- you know, you put out a feeler or call one

8   of them and talk to them.  They have mayor's meetings and

9   conferences just like we do.  I know the mayor goes

10  there.  I assumed there was conversations about me, just

11  like when I go to chief's conferences, we talk about this

12  guy in that department or an officer in that department

13  and have conversations about them.

14       Q.   So the mayor of Sauk Village never said that

15  there's not a snowball's chance in hell you're going to

16  be hired.

17       A.   No.

18       Q.   You just assumed that because he said

19  applications are on the Internet?  That was his way of

20  giving you the --

21       A.   And the rest of the conversation.

22       Q.   What was the rest of the conversation?

23       A.   I don't remember it verbatim, but it wasn't

24  negative like we were arguing or anything.  It was just

EDDIE RAY BRADLEY vs. Village of University Park
Bradley, Eddie on 08/16/2016

Page 67

1    negative as far as him hiring me as the chief of police

2    for that village.

3          Q.   But what words did he use?

4          A.   "Yeah, there's a position."  You know, "We're

5    looking at it."  "Yeah, we are looking for somebody."

6    This and this and that.  That's -- you know, like I said

7    he didn't tell me, "Come on in; we're going to hire you

8    today."  Or "Come on in; let's have a -- let's talk.

9    I'll meet you over here for lunch.  We can have a

10   conversation.  Let me see your resume."  None of those

11   things.

12         Q.   So he didn't say you wouldn't get hired, but --

13         A.   Nope.

14         Q.   -- it didn't go the informal way you had been

15   hired in the past.  Fair?

16         A.   Or that I -- no, that's fair.  That I've known

17   other chiefs to be hired or other people from other

18   departments to be hiring.

19         Q.   But he never said, "I'm not going to hire you."

20         A.   No.

21         Q.   You just, given your experience in the law

22   field, you felt that he was giving you the brushoff for

23   lack of a better term?

24         A.   Yes.

EDDIE RAY BRADLEY vs. Village of University Park
Bradley, Eddie on 08/16/2016

Page 68

1     Q.    What about -- was that all the conversations

2  you had with the mayor of Sauk Village?

3     A.    I've seen him around a function here and there

4  and talked to him.

5     Q.    Is that the only other conversation you've had

6  with the mayor of Sauk Village about your inability to

7  find employment?

8     A.    Yes.

9     Q.    What about the mayor of Dolton?

10    A.    I talked to him on the phone.  Pretty much the

11 same results.

12    Q.    He didn't say anything negative to you, but you

13 felt like he was just -- you were being invited to apply;

14 but you weren't going to get hired?

15    A.    Correct.

16    Q.    Again, you never had any specific conversation

17 where the mayor of Dolton said, "You're radioactive.

18 We're not hiring you."  Fair?

19    A.    Fair.

20    Q.    You just believe that because they heard you

21 were terminated that they didn't want to touch you, and

22 they were trying to be nice?

23    A.    Not only that, but they were being -- I don't

24 want to have to deal with this mayor.  She fired

EDDIE RAY BRADLEY vs. Village of University Park
Bradley, Eddie on 08/16/2016

Page 69

1   somebody.  I hired him.  Now she's angry at me, or you

2   know their little --

3        Q.   Cabal.

4        A.   Yes.

5        Q.   Are those all the mayors that you can recall?

6        A.   That I can recall, yes.

7        Q.   Did you go -- did you actually fill out an

8   application in Dolton?

9        A.   No.

10       Q.   Why not?

11       A.   Couldn't find that one either.

12       Q.   Did you go up to the village as well there?

13       A.   No.

14       Q.   And those are the only two mayors in response

15   to Question Number 4.  Fair?  That you can recall.

16       A.   That I can recall.  Yes.

17       Q.   Have you applied anywhere else since you were

18   terminated from the village for any job at any time?

19       A.   No.

20       Q.   Why not?

21       A.   For several reasons.  It's embarrassing to try

22   to explain why you were fired.  You don't know the reason

23   why.  You explain what you did and how you did it and

24   different things like that.  But, you know, people are

EDDIE RAY BRADLEY vs. Village of University Park
Bradley, Eddie on 08/16/2016

Page 70

1  not going to believe you.  You know?  It's unbelievable.

2  It's unbelievable.

3      Q.   So that's why you haven't applied for any

4  jobs?

5      A.   That's part of the reason.  That's part of the

6  reasons, yeah.  That's a big part of it.

7      Q.   What's the rest of it?

8      A.   Well, it's kind of hard to explain emotionally.

9  I mean, when you go in there and you go through those

10 things or you talk to people, it's very emotional.  And

11 when you get that kind of a negative response or that

12 like, "Hey, you're a good guy, and we all know you're a

13 good guy and everything but I can't go there with you

14 because I don't want to get involved in that mess over

15 there at University Park".  Or you know, "When I see that

16 mayor at the mayor's meeting, you know, I don't want to

17 have this conversation."

18          And the whole thing is just emotionally

19 draining and everything.  And I'm just explaining to you

20 why I haven't.  As you just -- you know, you feel like

21 it's again your whole ability to gain that employment

22 and to do what you know you can do, and everything has

23 been taken from you.  That's my answer to your question.

24     Q.   So why not go back to the private security firm

EDDIE RAY BRADLEY vs. Village of University Park
Bradley, Eddie on 08/16/2016

Page 71

1  or apply to Motorola or somewhere that needs a private

2  security, and say "I've got 25 years of law enforcement

3  experience"?  Why not do that?

4       A.   As I said, when you go in there and you have to

5  explain what happened at your last job, for those reasons

6  I just explained.

7       Q.   And I understand that, but it sounds like

8  everyone that responds back to you has said "I've got

9  your back.  This was a political move."  Right?  I mean,

10 everyone that comes up to you seems to be saying that it

11 was wrong.  They shouldn't have done it, et cetera, that

12 they still know you're a good man.

13      A.   Uh-huh.

14      Q.   It's politics, for lack of a better term.  Is

15 that a fair statement?

16      A.   It's politics and a person with very low

17 integrity.

18      Q.   That notwithstanding, what I'm trying to say is

19 that everyone it seems like that you talked about today

20 is coming up and saying, "Keep your chin up.  You're

21 going to find a gig."  Along those lines, right?

22      A.   Some people were saying that, but a lot of

23 those people you're talking about are not people I'm

24 trying to get a job from, or I would try to get a job

EDDIE RAY BRADLEY vs. Village of University Park
Bradley, Eddie on 08/16/2016

Page 72

1   from.  Some of those are citizens and everything.  But

2   like I already explained, when you go in and sit down

3   with a person that you would like to get a job from or

4   call them on the phone, they don't want to be involved in

5   the University Park mess.

6        Q.   Even a private company?  Not another

7   municipality?

8        A.   And I'm not going to go and be a security

9   guard, if that's what's part of the question.

10       Q.   Well, you had in the past when you left your

11   prior position.  Right?

12       A.   Right.

13       Q.   Why not go back there again?  You went there

14   from 2009 to 2013?

15       A.   Okay.  Yeah.  And if you're speaking of Job

16  Corp, I left there because of unethical things that were

17  happening with the staff there.  So, that's why I didn't

18  go back there.

19       Q.   So the reason you haven't applied for jobs is

20  because it's an emotional thing, and you don't like

21  interacting with those that try to assume why you were

22  fired?

23       A.   No.

24       Q.   Correct?

EDDIE RAY BRADLEY vs. Village of University Park
Bradley, Eddie on 08/16/2016

Page 73

1    A.   No.

2    Q.   Okay.  You said the reason you hadn't filed any

3    applications is that it's embarrassing and emotionally

4    draining.  And you didn't know -- the third part was that

5    you didn't know why you hadn't.  Is that what you said to

6    me?

7    A.   I don't think I said I didn't know why I

8    haven't.

9    Q.   Okay.  So it was embarrassing and emotional for

10   you to have to do this, to have to explain why you were

11   terminated.

12   A.   It's embarrassing every day.  Every time I meet

13   somebody at the store or the gas station.  Every time I

14   come out of my door to cut my grass, people stop me.

15   Q.   And it sounds like to try to cheer you up.

16   A.   No.

17   Q.   Has anyone come to you and said, "I think

18   you're" -- to use a phrase -- lower than a snakes nuts?

19   I don't know if I'm using that right.

20   A.   Other than the mayor?

21   Q.   Yes.

22   A.   No.

23   Q.   So you haven't had citizenry come up to you and

24   say, "We should put you in jail."

EDDIE RAY BRADLEY vs. Village of University Park
Bradley, Eddie on 08/16/2016

Page 74

1      A.   No.

2      Q.   Okay.  And it sounds like most of the Village

3   of University Park residents support you still?

4      A.   Right.

5      Q.   They do.

6      A.   But it's draining emotionally and everything

7   over and over and over talking to them about it -- my

8   family and children and everybody being exposed to this

9   whole thing.  I don't know what other ways I can explain

10  it to you.

11     Q.   I understand that.  But, if everybody knew --

12  and I'm not admitting this, but if everybody knew the

13  game, how did they not -- how would you believe they

14  didn't think it was anything other than political

15  retribution?  Do you know what I'm saying?

16     A.   Yes.

17     Q.   If that's the way University Park has been for

18  so long, how did you assume that it was anything other

19  than political --

20     A.   Well, number one, it's not an assumption; but

21  everybody knows because they know it's more than

22  politics.  I'm pretty much what they call a straight

23  arrow police officer.  Okay?  There is a gray area in law

24  enforcement.  Common sense.  Okay?  Even though you have

EDDIE RAY BRADLEY vs. Village of University Park
Bradley, Eddie on 08/16/2016

Page 75

1  to apply the laws of the state of Illinois and the United

2  States of America.

3          I'm not crossing the line for nobody.  I work

4  all the way up to that line.  I put my toes up against

5  the line.  I'm not crossing the line for nobody.  Okay?

6  They knew this when they hired me, but because of all the

7  corruption and gross mismanagement out there, and all the

8  cases that I was looking into and opening up and

9  everything, a lot of people didn't like that. Some people

10 did like it, and they wanted to see the right thing

11 happen, too.

12          So it wasn't just what you said.  It was a lot

13 of things combined, those things included.

14     Q.   So you're saying you were terminated as a

15 result of the investigations?

16     A.   That's some of the reason, also.

17     Q.   Everyone knows you're a straight arrow.  Right?

18     A.   Yep.

19     Q.   They know that.  Right?

20     A.   Absolutely.

21     Q.   They probably think you're even more of a

22 straight arrow now.  Fair?

23     A.   Fair.

24     Q.   Have you had people come up to you and say,

EDDIE RAY BRADLEY vs. Village of University Park
Bradley, Eddie on 08/16/2016

Page 76

1    "You know what?  I admire you for handling this and

2    taking it like a man" for lack of a better term, giving

3    you compliments?

4        A.   Yeah, conversations like that take place.

5        Q.   And when you see people at the gas station and

6    explain you were terminated, they say, "You know what,

7    Chief Bradley?  I know you're a good man; you remain a

8    good man to me."  Fair?

9        A.   Fair.

10       Q.   As it relates to your false light claim, if

11   you'll assume for purposes -- strike that.

12            False light is another claim that you made

13   which is very closely connected to defamation.  All of

14   the conversations and publications and everything that

15   we've discussed with defamation would also apply to your

16   false light claim.  Fair?

17       MR. KELEHER:  Objection.

18       MR. WALL:  Chris, maybe I can ask this.  You know

19   obviously defamation and false light, closely related.

20       MR. KELEHER:  Right.  Similar.

21   BY MR. WALL:

22       Q.   What I'm trying to say is there is no fact that

23   is present in the defamation allegations that we've

24   already discussed that isn't present with the false

EDDIE RAY BRADLEY vs. Village of University Park
Bradley, Eddie on 08/16/2016

Page 77

1   light.  Fair?

2        A.   I don't even know where you're at.  Really,

3   man.

4        Q.   Defamation is taking a poop on your character.

5        A.   Okay.

6        Q.   Have we discussed all the poops on your

7   character that we know from the village and the mayor?

8        A.   We've discussed examples and things of that

9   nature, yeah.

10       Q.   Are there any other poops on your character

11  that Mayor Covington and the village have done that we

12  haven't discussed in their official capacity other than

13  the letter and the newsletter?

14       A.   Again, there's been things said in board

15  meetings and all that.  You know, I don't recall all of

16  them.  I can't recall all of them sitting right here.

17            You have documents.  I got rid of the tow truck

18  guy because he was connected to one of the corruption

19  scams that was going on in the village at the board

20  meeting.  Mayor Covington, Trustee Payton attacked me.

21  This thing, why are you doing this?  Why is this going

22  on?  This guy doesn't get up there and cry and whine and

23  go through all this stuff, all of them attacking me.

24            Those are the types of things that were going

EDDIE RAY BRADLEY vs. Village of University Park
Bradley, Eddie on 08/16/2016

Page 78

1   on.

2       Q.   But that was prior to your termination.

3   Correct?

4       A.   Yes.

5       Q.   I'm talking about after your termination.

6       A.   Okay.

7       Q.   Because your sole suit, this count, is about

8   false light and terminating you.

9       A.   Uh-huh.

10      Q.   So what I'm saying is the only thing we have

11  about your termination is the letter from Mayor Covington

12  and the newsletter.  Correct?

13      A.   Yes.  And the things in the mailboxes.

14      Q.   Have we been talking across each other?  I

15  assumed the things in the mailboxes were village

16  newsletters.

17      A.   I know.  That's your opinion; and my opinion, I

18  think that's included.  You don't.

19      Q.   Okay.  We're going to be here a while.

20      A.   Because there was conversations about that.

21  When they would do that -- again, when I would go to gas

22  stations and stores and stuff, people would talk about

23  that.  It would generate that and everything.  Okay?

24           So, it might be small to you or non-eventful.

EDDIE RAY BRADLEY vs. Village of University Park
Bradley, Eddie on 08/16/2016

Page 79

1   To me it was.

2       Q.   And I don't dispute that.  But what I'm trying

3   to figure out is your defamation claim requires

4   publication by the village board and by Mayor Covington.

5       A.   Okay.

6       Q.   And we've got the letter that went out -- or

7   went to you.  Correct?

8       A.   Yes.

9       Q.   Do you know if it was sent to any third party?

10      A.   No.

11      Q.   It wasn't?  It was just sent to you?

12      A.   I don't know if it was sent to a third party.

13      Q.   They didn't publish that letter in the

14  newspaper.  Fair?

15      A.   I don't know.

16      Q.   You don't have any knowledge in the year and a

17  half since that --

18      A.   I have no knowledge.

19      Q.   -- that anyone has said that to you?

20      A.   Nobody said that to me.

21      Q.   The second thing that I thought we were talking

22  about the same page was a village newsletter that comes

23  in the mail.  It says here's your garbage pickup.  Here's

24  the Christmas stuff.  Right?

EDDIE RAY BRADLEY vs. Village of University Park
Bradley, Eddie on 08/16/2016

Page 80

1      A.   Yes.

2      Q.   And that's where it said you've been

3   terminated.  Did it say you've been terminated, or did it

4   just said John Pate is the new police chief?

5      A.   I never read where it said "you've been

6   terminated".

7      Q.   What did that newsletter say?

8      A.   It introduced the new chief and went on and on

9   and on.

10      Q.   Did it even mention you?  Or are you not sure?

11      A.   I'm not sure.

12      Q.   Is it possible it didn't mention you?  It just

13   said here's John Pate with a picture of John and his bio?

14      A.   It's possible it did.  It's possible it didn't.

15      Q.   Okay.  And that's the thing in the mailbox.

16   Right?

17      A.   Yes.

18      Q.   There are no other publications or press

19   releases or anything that you're aware of other than the

20   letter from Mayor Covington to you and the newsletter.

21   Right?

22      A.   There was an opinion written by a trustee who

23   was a practicing attorney in the state of Illinois,

24   mostly out of the Will County courthouse.  And he wrote

EDDIE RAY BRADLEY vs. Village of University Park
Bradley, Eddie on 08/16/2016

Page 81

1   an opinion and an article and handed it out to every

2   trustee, the mayor, people of the board at a meeting, a

3   board meeting.

4        Q.   That was while in his legislative capacity?

5        A.   No.  This was a trustee who was a practicing

6   attorney.

7        Q.   At the board meeting?

8        A.   Who was at the board meeting.

9        Q.   As a trustee?

10       A.   Oscar Brown.  Yes.

11       Q.   But at this time he talked about this letter.

12  It's one, his opinion.  Correct?

13       A.   He quotes State Statute and so forth.

14       Q.   It's his legal opinion.

15       A.   Okay.  Yes.

16       Q.   And he did that while acting as a trustee for

17  the Village of University Park during a legislative

18  session of a board.  Correct?

19       A.   I believe so.

20       Q.   What other statements -- just a second.

21                        (Recess in the proceedings.)

22  BY MR. WALL:

23       Q.   So just to circle back on the false light, all

24  of the actions in terminating you are the same for

EDDIE RAY BRADLEY vs. Village of University Park
Bradley, Eddie on 08/16/2016

Page 82

1   defamation and false light.  There's no allegation -- all

2   of your facts are the same.  Is that fair to say?  Do you

3   understand my question?

4        A.   You said a false light?

5        Q.   You made two separate claims under Illinois

6   law.  Let's just say that.

7        A.   Yeah, I'm just making sure I've got -- those

8   are the two words you're using.

9        Q.   Defamation and false light?

10        A.   Yeah.  Yes.  The answer to your question is

11   yes.

12        Q.   Okay.  We've covered all that.  Correct?  When

13   we're talking about defamation, there's no new fact that

14   you haven't told me that would also apply to false light?

15        A.   Not that I can remember right now.

16        Q.   Okay.  Thank you.

17        A.   It may be.  I just can't remember right now.

18        Q.   Okay.

19        A.   A lot has happened.

20        Q.   As to your Whistle Blower Act violations in

21   Count 5 of your complaint, 62, plaintiff disclosed to the

22   village manager.  Was that Lafayette Linear?

23        A.   Yes.

24        Q.   The details of an investigation you were

EDDIE RAY BRADLEY vs. Village of University Park
Bradley, Eddie on 08/16/2016

Page 83

1   conducting into an account discovered at Seaway Bank?

2       A.   Yes.

3       Q.   After disclosing the investigation, the person

4   in the account resigned from village employment in or

5   about June of 2015?

6       A.   Yes.

7       Q.   Did you complete that investigation before you

8   left?

9       A.   No.  The mayor was also made aware of that.

10      Q.   Who was the person on the account?

11      A.   University Park, care of Darryl Stroud.

12      Q.   How did the mayor and the village -- strike

13  that.

14           When you saw this, did you report -- did you

15  discover any wrongdoing?

16      A.   Yes.

17      Q.   What did you discover in the wrongdoing as it

18  relates to the Seaway Bank allegation?

19      A.   He had no permission to have those funds at

20  that bank or them coming to him care of his care.  There

21  had been -- I didn't see it, but it was my understanding

22  during the investigation that there had been a prior

23  village manager that had -- several people had accounts.

24  And he said, "Hey, we shouldn't be doing this.  Everybody

EDDIE RAY BRADLEY vs. Village of University Park
Bradley, Eddie on 08/16/2016

Page 84

1   needs to close their accounts and turn this money over to

2   the financial office."

3       Q.   Did Lafayette Linear have an account?

4       A.   Not that I'm aware of.  Everybody, it's my

5   understanding, turned their -- closed their accounts and

6   turned them over to the village except this individual.

7       Q.   Where was the investigation left?  Had you

8   completed the investigation?

9       A.   No.

10      Q.   What did you tell the mayor and to the village

11  about it prior to your termination?

12      A.   I made Mr. Linear, the Village Manager, aware

13  of it.  I showed him some of the documents that I

14  recovered and also about -- I don't know -- a month and a

15  half or so before the termination, I sent that package to

16  the mayor, Mayor Covington.  She had asked me to look

17  into the range funds.

18      Q.   So you were doing what she asked?

19      A.   Yes.

20      Q.   How do you know that this investigation led to

21  your termination?  This specific allegation in

22  Paragraph 62.

23      A.   Let me see what it says.

24           That investigation along with all the others --

EDDIE RAY BRADLEY vs. Village of University Park
Bradley, Eddie on 08/16/2016

Page 85

1  a lot of these people were lifelong, literally,

2  associates and friends.  And I was getting too close to a

3  lot of things.  And a lot of people were close, and they

4  just circled the wagons.  He started there when he was a

5  juvenile.

6      Q.   Stroud?

7      A.   Yes.  Wiping the floors and the tables or

8  whatever as a little kid.  His mother worked there.  He

9  was a cadet there.  Then he became a police officer

10 there, and all through these years he worked his way all

11 the way up to Acting Chief.

12           There was always rumors that things were going

13 on with the range funds, the monies were not being turned

14 in; and Mr. Linear confirmed that when I was chief.

15     Q.   Okay.

16     A.   I told him that I was going to be looking into

17 that also.

18     Q.   Okay.  But as it relates to this Paragraph 62,

19 what evidence do you have that the mayor terminated you

20 on behalf of the village as a result of your

21 investigation which you followed upon her direction to

22 the Seaway Bank matter?

23     A.   That I was fired because I was looking into it.

24 The fact that I was fired when I started looking into all

EDDIE RAY BRADLEY vs. Village of University Park
Bradley, Eddie on 08/16/2016

Page 86

1    this mismanagement and this corruption and everything.

2    That fact that I was fired when I was looking into it.

3    That is my answer.

4         Q.   So, it's an in-sum answer.  You can't specify

5    how each of these investigations caused you to be

6    terminated.  It was the group of all of them.  Fair?

7         A.   No.  As I stated earlier, the tow truck driver

8    who helped them steal numerous vehicles from the village

9    when I was at the board meeting, the trustee said, "This

10   stinks.  Why are you doing this" and brought these people

11   and all that.

12           Again, my answer to you is I was fired for

13   bringing all this to light.

14        Q.   Understand.  That's Paragraph 64 where we

15   talked about the stolen vehicles.  And we'll get to that.

16   We're talking about the Seaway Bank issue.  How do you

17   know that led to your firing?

18        A.   Because of the fact that I was fired.  That's

19   how I know.

20        Q.   Okay.

21        A.   That's my answer.

22        Q.   So there's no specific evidence that you have

23   that ties the Seaway Bank to your termination other than

24   Seaway Bank, stolen vehicles, pistol whipping, et cetera?

EDDIE RAY BRADLEY vs. Village of University Park
Bradley, Eddie on 08/16/2016

Page 87

1     A.   People on the board who were arrested for

2  domestic violence, who should not have been police

3  officers carrying a gun and a badge.  And I was looking

4  into that and telling them that this person should not be

5  a police officer.  Yes, all of those things.

6     Q.   And that was Brown's 1996 domestic violence?

7     A.   No, that was Box.

8     Q.   So again, you have no specific evidence linking

9  Seaway Bank to your termination other than the entirety

10 of the situation?

11    A.   The entirety of the situation and my evidence

12 is the fact that I was fired.

13    Q.   That's your only evidence you have.  Fair?

14    A.   Fair.

15    Q.   "Plaintiff was conducting an investigation into

16 the handling of stolen vehicles placed into storage by

17 the village."

18         This investigation was reported to the

19 Defendant Mayor.  Did the mayor ask you to conduct this

20 investigation?

21    A.   Yes.

22    Q.   She thought that there was impropriety with the

23 handling of stolen vehicles?

24    A.   Okay, I thought you said Seaway Bank.

EDDIE RAY BRADLEY vs. Village of University Park
Bradley, Eddie on 08/16/2016

Page 88

1      Q.   No, I'm moving on.  I'm sorry.

2      A.   Read that again for me?

3      Q.   Yes.  I'm going back to Paragraph 64.

4  "Plaintiff was conducting an investigation into the

5  handling of stolen vehicles placed into storage by the

6  village."

7      A.   She didn't ask me to investigate that.  She

8  asked me to investigate the range fund.

9      Q.   Who asked you to investigate 64?

10     A.   No one.

11     Q.   You just did on your own?

12     A.   Absolutely.

13     Q.   Okay.  Did you --

14     A.   The fact of that was the prior secretary to the

15  -- administrative assistant to the village manager -- the

16  plate -- the license plates, you know, everything to do

17  with the vehicles.  It was just a quagmire.  That was all

18  part of this corruptness.

19     Q.   When did that happen?  The stolen vehicles?

20     A.   Oh, that happened some years ago.  I don't know

21  the exact year.

22     Q.   Prior to '13?

23     A.   Yes.

24     Q.   Prior to '12?

Page 89

1    A.   Yes.

2    Q.   Prior to 2009?

3    A.   I couldn't say.  But, I went over to the

4 secretary to get some license plates or something to do

5 with some license plates.  And she explained to me that

6 there was vehicles missing.  She didn't have a clue what

7 to do with this or that.  All these things were going on.

8 Nobody would tell her anything.  She's been asking for

9 years.  Everybody has been stonewalling her and

10 everything.  I said I would look into it.  That's how it

11 started.

12    Q.   And it says this investigation was reported to

13 the Defendant Mayor?

14    A.   Yes.

15    Q.   What did she say about it?

16    A.   Nothing.

17    Q.   Did she tell you to stop?

18    A.   No.

19    Q.   Did she ask you to let her know what you found?

20    A.   She had somebody tell me that she wanted to

21 have a meeting and talk about it.

22    Q.   Did you have the meeting?

23    A.   No.

24    Q.   Why not?

EDDIE RAY BRADLEY vs. Village of University Park
Bradley, Eddie on 08/16/2016

Page 90

1      A.   I told them, "Tell her I'm at the office.  Meet

2   me any time over here.  I'll be more than happy to sit

3   down and talk with her about it.  No problem."

4      Q.   Okay.  What else did the mayor say to you that

5   you believed caused her to retaliate against you for

6   conducting and reporting investigations regarding the

7   stolen vehicles?

8      A.   I was fired.

9      Q.   Okay.  So again, no specific evidence with the

10  stolen vehicles and the mayor and the village; just the

11  entirety.

12     A.   No.  Again, one of her lifelong buddies who was

13  the village manager at the time, there's an affidavit in

14  there naming him as one of the persons who actually sold

15  some of the vehicles for cash and put it right in his

16  pocket.  I didn't get it and send it, but there's a

17  videotaped statement from one of the witnesses who was

18  standing there for that and saw that happen.  I think now

19  he's the finance manager for Richton Park.

20          But in any case, like I said, they circled the

21  wagons.  They were all friends and buddies and so forth;

22  and I was fired.

23     Q.   And again, I think we're circling back so we

24  have a clear record.

EDDIE RAY BRADLEY vs. Village of University Park
Bradley, Eddie on 08/16/2016

Page 91

1      A.   That's my reason.

2      Q.   Again -- and I think we're saying the same

3   thing?

4      A.   Sure.

5      Q.   It's the entirety.  The sum of it?

6      A.   Yes, sir.

7      Q.   You don't have any specific evidence that says

8   that Covington terminated you as a result of Seaway Bank.

9   Correct?

10      A.   Correct.

11      Q.   You don't have evidence that says Mayor

12   Covington terminated you as a result of the stolen

13   vehicles.  Correct?

14      A.   Correct.

15      Q.   You don't have any evidence that Mayor

16   Covington terminated you as a result of the investigation

17   of pistol whipping.  Correct?

18      A.   Correct.

19      Q.   So the stolen vehicle thing, when was that

20   done?

21      A.   I don't know the specific date.

22      Q.   Prior to your employment as chief?

23      A.   Yes.

24      Q.   You weren't even there.  Right?

EDDIE RAY BRADLEY vs. Village of University Park
Bradley, Eddie on 08/16/2016

Page 92

1        A.   I wasn't the chief.

2        Q.   You weren't?

3        A.   When it happened.  I was not the chief when it

4   happened.

5        Q.   That was Mel Davis?

6        A.   No, I'm not sure who the chief was at that

7   time.  They've gone through -- just like over the last

8   four years, they've gone through like seven or eight

9   chiefs.  So, right.  I don't know who the chief was at

10   that time.

11        Q.   Paragraph 65 about the pistol whipping, can you

12   go into more detail on that?

13        A.   Again, it was just something.  You know, we had

14   a trustee who had committed this pistol whipping on his

15   son, broke his jaw.  The officers at the police

16   department handled it.  Usually something like that would

17   have been handled by -- they would call the County and

18   the County would have came in and handled that for them.

19             They handled that in-house.  He's one of the

20   trustees.

21        Q.   What's his name?

22        A.   Larry Brown.

23        Q.   Thank you.

24        A.   There was rumors starting around the village

EDDIE RAY BRADLEY vs. Village of University Park
Bradley, Eddie on 08/16/2016

Page 93

1   that he was going to be bringing his gun to village board

2   meetings.  That became a concern of mine.

3       Q.   But that's not in your allegations of the

4   whistle blower?

5       A.   Right.  I'm just telling you to answer your

6   question or trying to.

7            So because that became a concern of mine, I

8   started looking into the fact of whether he should even

9   have a FOID card and so forth.  And I knew about that.  I

10  knew about that prior to starting the investigation and

11  everything.  But now hearing these -- because the village

12  board meetings were so contentious, and he was saying

13  these things so I started looking to the fact, well I

14  don't want something to happen there unfortunately.

15           So, I started looking into the fact of should

16  he have a gun card and be able to carry a gun and

17  everything.  And that was another investigation that was

18  ongoing that I had.

19      Q.   Who asked you to do this investigation?

20      A.   No one.

21      Q.   As the chief, you decided to do it?

22      A.   Correct.

23      Q.   "Plaintiff was told to forget about the

24  incident because the trustee was a friend of the mayor."

EDDIE RAY BRADLEY vs. Village of University Park
Bradley, Eddie on 08/16/2016

Page 94

1    Who said that?

2        A.    That's a misquote.  She didn't -- does it say

3    it right there?  Let me see that.

4        Q.    The last sentence of Paragraph 65.  We'll mark

5    Plaintiff's complaint as Exhibit 2.

6            Do you want to stipulate, or do you want --

7        MR. KELEHER:  We can stipulate to it.  The last part

8    of it -- the last sentence.

9        MR. WALL:  "Plaintiff was told to forget about the

10   incident because the trustee was a friend of the mayor."

11       MR. KELEHER:  "Because the trustee was a friend of

12   the mayor" is incorrect.

13   BY MR. WALL:

14       Q.    Who told you to forget about the incident?

15       A.    Dee Jones, the clerk, the village clerk.

16       Q.    No evidence that Mayor Covington told you to in

17   any way?

18       A.    No, Dee Jones told me.

19       Q.    Okay.  But Mayor Covington didn't, by

20   definition?

21       A.    No, she did not.

22       Q.    And none of the trustees did?

23       A.    No.

24       Q.    And you have no idea if the clerk told the

EDDIE RAY BRADLEY vs. Village of University Park
Bradley, Eddie on 08/16/2016

Page 95

1   trustees or the mayors about this.  You have no evidence?

2        A.   No evidence, no.

3        Q.   It says -- Number 66:  "On complaint to the

4   village manager and the mayor, plaintiff stated his

5   concerns."  Which were what?

6        A.   Could you read that again, please?

7        Q.   Why don't you read Paragraph 66 and tell me

8   when we can go forward.

9        A.   Okay.  I told the village manager and the mayor

10  about the investigations that were going on and that they

11  were violations of state law.

12       Q.   When were the conversations with the village

13  manager?  Was it Mr. Linear?

14       A.   Yes.

15       Q.   When were those specific conversations?

16       A.   I don't have the specific dates as to these

17  investigations.  As I would open up an investigation, I

18  would go over there.  I would sit down with him.  I would

19  tell him about the investigation, show him what documents

20  I had at the time and so forth.

21       Q.   And what about -- but you're not sure what

22  Lafayette did with that, because he was terminated.

23  Right?

24       A.   At the time, what he did and what he said was

EDDIE RAY BRADLEY vs. Village of University Park
Bradley, Eddie on 08/16/2016

Page 96

1  okay, continue with the investigation.  And you know, I

2  told him I would keep him informed, which I did.

3      Q.   And that continued up until termination?

4      A.   Yes.

5      Q.   And then you were both terminated within a --

6      A.   Yes.

7      Q.   -- a couple of weeks or -- both in May of last

8  year?

9      A.   Yes.

10     Q.   When did you complain to the Mayor

11  specifically?

12     A.   I don't know specific.  I can't give you a

13  specific time or day.

14     Q.   And can you narrow it down to a month?

15     A.   Yeah, it was a couple of months before the

16  termination happened.

17     Q.   What did you say to her?  These are my

18  investigations?

19     A.   No.  Officer Ustad Jaco, I had a conversation

20  with him, and I wanted to see if he knew about -- because

21  he had worked there for a while.  And he told me -- he

22  said, "I've heard about all of these things, but I wasn't

23  a part of them.  I didn't see anything.  No eyes on or

24  anything like that or whatever."

EDDIE RAY BRADLEY vs. Village of University Park
Bradley, Eddie on 08/16/2016

Page 97

1      He is close with the mayor.  The mayor was a

2   special guest at his wedding.  That's how close.  She was

3   his special guest at the wedding.  So, I told him, I

4   said, "Well, let the mayor know about this.  You know,

5   you talk to her and everything about all these things

6   that we've talked about and everything, and that this is

7   going on, and specifically the one that along with it,

8   the range fund that she asked me to look into."

9      He came back the next day and told me, "I

10   talked to the mayor.  She's very interested in that."

11   And that's when I was told "She said she wants to meet

12   with you and discuss this."

13      Q.   So she didn't shut you down in any way.  She

14   actually wanted to know what was going on.

15      A.   "She said she wants to meet with you and

16   discuss this."  I told him, "Let her know any time she

17   wants to sit down and talk about this, I'm here.  I'm at

18   the office.  Come on in.  We'll sit down and we'll talk

19   about it."  I must have told him that two or three times.

20   It never happened.

21      Q.   So you and the mayor never discussed this

22   directly, Mayor Covington to you?

23      A.   No.  She never met with me.  I gave him a copy

24   of the files.  I gave him a copy of like the bank files,

EDDIE RAY BRADLEY vs. Village of University Park
Bradley, Eddie on 08/16/2016

Page 98

1   affidavits from witnesses, you know, all of that stuff.

2   He told me, "I gave that to the mayor.  The mayor has

3   it."  He said, "I read it, and then I gave it to the

4   mayor.  She has it and she read it."

5           He told me again, "She wants to sit down and

6   talk with you about it."  I told him, "Tell the mayor

7   give me a call any time.  Come over to the office.  Let's

8   sit down and talk about it."  She never called.

9       Q.   So the statement "On complaining to the mayor,

10  plaintiff stated his concerns of what he believed to be a

11  violation of federal, state law as well as village

12  policy" that never happened.  It only happened through an

13  intermediary?

14      A.   Yes.

15      Q.   "Complained to the village manager."  You had

16  the conversation with Lafayette.  Correct?

17      A.   Yes.

18      Q.   And he told you to continue?

19      A.   Yes.

20      Q.   When did the Defendant Mayor warn you to cease

21  these investigations as stated in Paragraph 67?

22      A.   Let me see.  I think what he's referring to

23  there is being told to drop the investigation of the

24  pistol whipping.  I think that's what that's referring

EDDIE RAY BRADLEY vs. Village of University Park
Bradley, Eddie on 08/16/2016

Page 99

1   to.

2       Q.   So 67 is, as I understand the assumption, the

3   clerk told you to forget about the incident.  And you're

4   imputing that to the mayor, right?  Because you never had

5   a conversation with her.

6       A.   No, I think that's the way he's actually

7   writing that there.  To me, that's the way I'm reading

8   it.

9       Q.   "Defendant Mayor retaliated against plaintiff

10  for conducting and reporting his investigations."  Not

11  all of them were done, and some of them were old.  Right?

12      A.   Uh-huh.

13      Q.   When you were terminated?

14      A.   Uh-huh.  Yes.

15      Q.   "And continuing then after being warned to

16  cease."  The only one we have of a warning to cease is

17  the clerk?

18      A.   And I think that's what he's referring to

19  there.

20      Q.   So, you don't have any evidence that the mayor

21  told you to stop.  Correct?

22      A.   Correct.

23      Q.   And you, in fact, didn't report any of these

24  investigations because none of them were completed.

EDDIE RAY BRADLEY vs. Village of University Park
Bradley, Eddie on 08/16/2016

Page 100

1   Correct?  You might have had interim reports, but none of

2   the investigations were completed.  Right?

3       A.   Correct.

4       Q.   Okay.

5       A.   I think again, what he's referring to there is

6   the one that I mentioned and also, you know, I had been

7   to other entities like the State's Attorney's office and

8   places like that also.

9       Q.   You did?

10      A.   Absolutely.

11      Q.   Where did you file reports with them or make --

12  you talked to the State's Attorney about the whistle

13  blower actions?

14      A.   Absolutely.

15      Q.   When?  And whom?

16      A.   I don't know the exact dates, specific dates.

17  I talked to Assistant State's Attorney John Long; and I

18  explained to him, you know, what was going on and what

19  was happening through the years.  The cars, the bank.

20  You know, all these things, the investigations I was

21  looking into.  And, you know, I told him I needed some

22  help with it, and he said he would look into it.  That

23  was before the termination.

24      Q.   How much before?  A day?  A month?  A week?

EDDIE RAY BRADLEY vs. Village of University Park
Bradley, Eddie on 08/16/2016

Page 101

1      A.   Long before.

2      Q.   2013?

3      A.   It could have been the end of '13 or early '14.

4      Q.   But no later than the end of '14?

5      A.   I couldn't say that.  Also --

6      Q.   So, to the best of your recollection, when was

7  it in 2014 that you had the conversation with the State's

8  Attorney?

9      A.   I couldn't say.

10      Q.   Did you send him anything in writing?

11      A.   No.  I went into his office and sat down and

12  talked to him.

13      Q.   Did he send you anything in writing at any

14  time?

15      A.   No.

16      Q.   Did you go to him and say, "I believe that the

17  mayor of Village of University Park is violating federal

18  and state law"?

19      A.   No.

20      Q.   Okay.  Did you say that you believed anyone on

21  the village board or the Village of University Park was

22  violating federal and state law to John Long?

23      A.   Not in those words.

24      Q.   At that point, other than Dee's statement to

EDDIE RAY BRADLEY vs. Village of University Park
Bradley, Eddie on 08/16/2016

Page 102

1    you, you had no evidence that any of the trustees were

2    violating state and federal law.  Correct?

3        A.    Yeah, I think they had crossed the line.

4        Q.    Which specific trustees?

5        A.    Again, when I was taking this tow truck driver

6    who was involved in towing all the cars away to Acme

7    Towing -- at least that's what he said in his

8    affidavit -- the mayor and Trustee Payton, they did

9    everything in their power to keep this guy on as the tow

10   truck driver.  And I was trying to see where it's going

11   to lead me to.  I didn't know if they were involved or

12   not.  Or why are they defending this guy so powerfully?

13       Q.    That happened before you started your

14   employment though.  Right?

15       A.    No.  This is while I was the chief.

16       Q.    The tow truck driver?

17       A.    Oh, you mean when he took -- the cars were,

18   yes.  This conversation happened while I was the chief,

19   while they were defending him at a board meeting.

20       Q.    And the mayor, Trustee Payton, what did they

21   say that --

22       A.    That's when Payton was saying, "Why are you

23   getting rid of this guy and getting this guy over here?

24   Something stinks."  And she had the guy come to the

EDDIE RAY BRADLEY vs. Village of University Park
Bradley, Eddie on 08/16/2016

Page 103

1   board, the mayor, and get up and plead his case.  And we

2   went through all that rigamarole at the board meeting.

3           They wanted to keep that tow truck driver.  And

4   I was obstinate.  I didn't tell them about my

5   investigation and everything.  Like I said, I wanted to

6   know, to see where it was leading to.  Why are they

7   defending him?  Are they possibly involved or not?  I

8   didn't know.

9       Q.  So at this point, we don't even know if there's

10   been a violation of federal or state law, because you're

11   in the middle of the investigation.

12      A.  Okay.  Correct.

13      Q.  Correct?

14      A.  Yes.

15      Q.  I guess my understanding is you thought she had

16   it out for you from the start.  Right?  She never liked

17   you.  She voted against your appointment.

18      A.  Yes.

19      Q.  What makes you think it was the whistle blowing

20   as opposed to just not liking you?

21      A.  Again, all these people had worked together.

22   And some of them from childhood and growing up together,

23   they were very cohesive.  And even though they would have

24   these outbreaks and turn on each other, they would always

EDDIE RAY BRADLEY vs. Village of University Park
Bradley, Eddie on 08/16/2016

Page 104

1  turn back to each other for political reasons.  I want

2  this.  I want that.  You know?

3          So, those are some of the reasons why some of

4  those things would happen.  Myself, I'm neighbors with

5  some of them.  One of those trustees worked under me when

6  I was a sergeant, when I was a lieutenant, when I was a

7  watch commander and all of that.  But it never got to

8  that point.  I never let them get that close to me where

9  I can't do my job, or I'm going to cross the line for

10  them or anything like that.

11      Q.   So you didn't feel that there was an era of

12  chilling?  You always felt like you could speak up, and

13  you were going to speak up because you are a principled

14  man?

15      A.   I felt I could and would, but I knew that there

16  were definitely repercussions.  They wanted a chief that

17  was a glove on their hand and they could do whatever they

18  wanted with him.

19      Q.   Sure.  And I think that's your allegation in

20  Count 1.  But I'm talking as it relates to the Whistle

21  Blower.  You don't have any specific evidence of

22  violations of the law.  Correct?

23      A.   I think they crossed the line, like I said

24  before.  They were trying to cover for their minions who

EDDIE RAY BRADLEY vs. Village of University Park
Bradley, Eddie on 08/16/2016

Page 105

1   were violating the law.   So they're a part of it.

2       Q.   But you don't have evidence that their minions

3   even violated the law.

4       A.   Absolutely.

5       Q.   Correct?

6       A.   Absolutely I do.

7       Q.   Under which -- okay.

8       A.   The cars are no longer there.   Those vehicles

9   are missing.   They didn't disappear.   I have an affidavit

10  from the tow truck driver that under their orders, with

11  witnesses that have affidavits also and videotaped

12  statements, that he took those cars.   He took them down

13  to Acme Towing in Kankakee; and whatever was done with

14  them was done with them.

15          On some of the vehicles, money exchanged hands.

16  The acting village manager or treasurer or something at

17  the time -- whatever his title was -- saw him selling one

18  of the vehicles and putting the money in his pocket.

19          So those are some of the things that, you know,

20  after speaking with the secretary --

21      Q.   Is this Bob Bowers?

22      A.   Bob Bowers, yes.

23      Q.   It looks like they are talking about Zach, the

24  public works mechanic, and Sean --

EDDIE RAY BRADLEY vs. Village of University Park
Bradley, Eddie on 08/16/2016

Page 106

1    A.   Zach is the man that gave us the videotaped

2   statement, and he was the witness that saw the acting

3   village manager sell the motorcycle and put the money in

4   his pocket.

5    Q.   Who was the acting village manager at the time?

6    A.   Oh, what's his name?  It's like a French name.

7    Q.   Had to have been before Lafayette.

8    A.   I believe he was the one before Lafayette.

9    Q.   Oh, so we're going back like six or seven years

10   on this?

11   A.   I don't know exact date.  It might be.

12   Q.   But what law does this violate?

13   A.   Felony theft, auto -- there's a lot of laws

14   that that violates.

15   Q.   In October of 2009, four years prior to your

16   involvement.  Correct?

17   A.   Yes.

18   Q.   And it's your belief that part of the reason

19   you were terminated was this investigation?

20   A.   That's part of it.

21   Q.   How would you break it down?  A third, your

22   whistle blower claims; a third she didn't like you; a

23   third to just get rid of you?  In your mind, what's the

24   driving force behind your termination?  Her not liking

EDDIE RAY BRADLEY vs. Village of University Park
Bradley, Eddie on 08/16/2016

Page 107

1    you or the connection to these alleged crimes?

2         A.   For many, many years through their working

3    together on occasions, they've always -- most of the time

4    had a chief there that they could control.

5              Again, Payton mentioned in one meeting, "I

6    can't even call the chief up and get a ticket taken care

7    of."  And he's right.

8         Q.   Okay.

9         A.   That's the kind of things that they wanted to

10   do.  This guy that they put over the fire and police

11   commission, he wants to call up police officers.  "Hey,

12   go over there and check out the Town Center and make sure

13   the lights are turned off over there."

14             No, you're not going to be doing that.  And I'm

15   answering your question.  They wanted a chief that was

16   under their thumb, and I wasn't going to do that.  So the

17   bottom line was all of these issues that you're talking

18   about, the investigations, and all of these other things,

19   no.  They did not want -- the mayor, Larry Brown, Payton,

20   no, they did not want me for chief.  When I came there,

21   the chief prior to me, half the officers told me she

22   would call over there and the chief would go over and

23   shuffle her around.  That was not going to happen with

24   me.

EDDIE RAY BRADLEY vs. Village of University Park
Bradley, Eddie on 08/16/2016

Page 108

1      Q.   Who was the previous chief?

2      A.   Mel Davis.  Yeah.

3      Q.   Okay.

4      A.   So no, they did not want me there.  And for

5   various reasons they did not want Ed Bradley there as the

6   chief.  They couldn't do these types of things that they

7   were used to doing.

8      Q.   Okay.

9      A.   People had keys to the evidence room that

10   should not have had keys to the evidence room.

11      Q.   That's a policy and practice.  That's not a

12   violation of the law.  Correct?  That's not acting in

13   best practices.

14      A.   Again, I think they're walking the line;

15   because evidence -- there's a lot of evidence in there

16   from homicides to who knows what.  And you're giving keys

17   to any John Doe that wants one.

18      Q.   But if I came to the evidence room at the

19   Village of University Park and I opened that up, I

20   haven't committed a crime if someone gave me the key

21   lawfully.  Right?

22      A.   Somebody else might be, whoever gave it to you.

23      Q.   Sure.  But I'm not.  I'm just entering into a

24   room that I have access to.  That's not a crime.  It may

EDDIE RAY BRADLEY vs. Village of University Park
Bradley, Eddie on 08/16/2016

Page 109

1   be a moral crime, but it's not a felony.  Fair?

2       A.   No.  Because if I ever caught somebody in the

3   room that shouldn't have been there, they might have been

4   in handcuffs.  I don't care who gave them the key.

5       Q.   Okay.  But you have no evidence that the heat

6   was getting so close to the mayor that that's why she

7   terminated you.

8       A.   No.

9       Q.   Okay.  You have no evidence that the heat was

10  getting so close to the board that that's why they

11  terminated you.

12      A.   No.

13      Q.   Correct?  Or no.  Sorry.

14      A.   Read me the question again.

15      Q.   All right.

16                      (Record read.)

17      THE WITNESS:  Okay.  I believe again, all of the

18  things that -- like I said before -- that I've discussed

19  with you is why they terminated me.

20  BY MR. WALL:

21      Q.   Okay.  But you can't delineate them any better

22  than that.  You can't say it's a 50% this, 50% this?

23      A.   No.  Sum total.

24      Q.   And if you had to choose one in your gut, which

EDDIE RAY BRADLEY vs. Village of University Park
Bradley, Eddie on 08/16/2016

Page 110

1   one would you say it is?  They just didn't like you, or

2   the Whistle Blower Act?

3       A.   All of the above.

4       Q.   Okay.  But in your gut of guts, it seemed like

5   earlier you thought that from day one she didn't like

6   you, and she was waiting for her new term to start to

7   terminate you.

8       A.   On day one, the Saturday that I was sworn in,

9   Mayor Covington, Trustee Larry Brown and Trustee Payton

10  did not show up.

11      Q.   Okay.  Understood.  But as we stated, we have

12  no direct evidence linking your termination to mayor --

13  strike that.

14          We have no evidence connecting Defendant

15  Mayor's termination of you to the Whistle Blower other

16  than your belief.  Fair?

17      A.   No physical evidence.  No.

18      Q.   The Illinois Wage, Payment and Collection Act,

19  I don't think we need to go into that.  That's a claim

20  where you believe you're entitled to a Statutory amount.

21  Right?

22      A.   Yes.

23      Q.   And that would be based upon either the $25,000

24  or the $100,000.  Strike that.

EDDIE RAY BRADLEY vs. Village of University Park
Bradley, Eddie on 08/16/2016

Page 111

1        You would be entitled to that number, assuming

2   that the Act applies, of that 25K or whatever is

3   remaining on your contract.  Right?

4        A.   Withstanding my ability to gain employment

5   because of the termination.  That's my answer.

6        Q.   I understand, but that law doesn't allow that.

7   It's simply a mechanism to get you back wages.  So under

8   that, you're owed the vacation pay, holiday pay either

9   through 2016 or that four-month severance.  Fair?

10       A.   Yes.

11       Q.   And if called to testify, John Long will

12  testify that you told him that you believed there were

13  violations of state and federal law occurring at the

14  Village of University Park?

15       A.   Yes.

16       Q.   What State's Attorney's office?  Is that Cook?

17       A.   Will County State's Attorney.  As I mentioned,

18  or I might not have mentioned, I went there twice.  The

19  second time I went, Trustee Joe Roudez and Trustee Keith

20  Griffin were with me.

21       Q.   Okay.  And they'll confirm that you told John

22  Long on the second visit when they were with you that you

23  believed there were violations of state and federal law

24  occurring in the Village of University Park?

EDDIE RAY BRADLEY vs. Village of University Park
Bradley, Eddie on 08/16/2016

Page 112

1          A.    That had occurred or are occurring.

2          Q.    And Trustee Roudez and Griffin will back up

3      those statements?

4          A.    They were there.

5          Q.    Okay.  I need a break.

6                        (Recess in the proceedings.)

7      BY MR. WALL:

8          Q.    Back on the record.

9                As to your Interrogatories, looking at

10     Interrogatories regarding your injuries, "Plaintiff has

11     lost income and reputation as a consequence of the

12     Defendant's wholesale avoidance of his due process and

13     contract rights."  We discussed all of that.  Correct?

14         A.    Yes.

15         Q.    There's no other income you've lost other than

16     what you're owed under the agreement and any possible

17     opportunities.  Right?

18         A.    Again, I feel like income that was lost was my

19     ability to go out, get a job as a police chief at another

20     department.

21         Q.    But as we sit here right now, we don't know

22     whether the mayor of Dolton and Sauk Village will testify

23     that they didn't hire you as a result of your being

24     terminated at the Village of University Park.  Correct?

EDDIE RAY BRADLEY vs. Village of University Park
Bradley, Eddie on 08/16/2016

Page 113

1      A.   Correct.

2      Q.   And wouldn't your record, your stellar record,

3  belie or -- you've got a clean record.  Correct?

4      A.   Yes.

5      Q.   If you're going to interview for someone and

6  they say they see 20 years of well-maintained law

7  enforcement positions and then a termination by a

8  political subdivision, don't you think the hiring manager

9  is going to say something isn't right here about

10 plaintiff or about his termination, and he's probably a

11 pretty good police officer?

12     A.   The police chief in Missouri might have had a

13 stellar record; and he no longer works there.  And he's

14 been replaced after what happened there.

15     Q.   True.  But I think he got another job.

16     A.   I don't know.

17     Q.   I thought he became a village manager.  But

18 regardless --

19     A.   Of University Park?  No.

20     Q.   No, of Ferguson.  I think it's referring to

21 Ferguson.

22     A.   Are you serious?

23     Q.   He got another job, but I'd have to check that.

24     A.   Okay.  Well --

EDDIE RAY BRADLEY vs. Village of University Park
Bradley, Eddie on 08/16/2016

Page 114

1      Q.   But we've discussed the loss of income and

2   reputation?

3      A.   Yes.

4      Q.   And the loss of reputation has resulted and is

5   not being considered, for example, for various open

6   positions as Chief of Police.  We've covered those two

7   that you are aware of, Sauk Village and Dolton.

8      A.   Yes.

9      Q.   None other that you can recall as we sit here

10  today?

11     A.   Correct.

12     Q.   You state to the answer to Number 3 that:  "I

13  have not been able to obtain a comparable position

14  although I have inquired into several."

15     A.   Uh-huh.

16     Q.   Those are the two we discussed earlier.

17  Correct?

18     A.   Yes.

19     Q.   None additional?

20     A.   That I can recall right now, no.

21     Q.   And none of the private positions have even

22  been applied for.  Correct?

23     A.   Correct.

24     Q.   Number 4, "spoke with several mayors".  We've

EDDIE RAY BRADLEY vs. Village of University Park
Bradley, Eddie on 08/16/2016

Page 115

1    covered that.

2       A.   Yes.

3       Q.   Mental and physical anguish.  What was your

4    physical anguish?

5       A.   I think that --

6       Q.   You weren't hurt anywhere in your body, were

7    you?  It was all in your heart and your mind?

8       A.   Right.

9       Q.   Fair?

10      A.   Fair.

11      Q.   That's what would be termed mental anguish.

12   Right?  Your pain and suffering?

13      A.   Pain and suffering?

14      Q.   Is that what you're referring to?

15      A.   Yes.

16      Q.   You didn't blow out a disc in your back as a

17   result of your termination?

18      A.   No, I didn't lose a leg or an eye.

19      Q.   I'm just trying to box it out.

20      A.   Sure.  No problem.

21      Q.   And the mental is, you haven't been suicidal.

22   Correct?

23      A.   No.

24      Q.   You haven't seen a psychologist or a

EDDIE RAY BRADLEY vs. Village of University Park
Bradley, Eddie on 08/16/2016

Page 116

1   psychiatrist?

2       A.   No.

3       Q.   You're not treating with anyone for depression?

4       A.   No.

5       Q.   You're not on any medications as a result of

6   this?

7       A.   No.

8       Q.   You're just humiliated as you discussed

9   earlier?

10      A.   No, it's not just that.

11      Q.   I know.  I'm trying to identify what other

12  mental anguish you've experienced as a result of your

13  termination.

14      A.   I have a lot of sleepless nights.  You go over

15  things in your mind over and over and over.  And like you

16  were just saying, did I ask this?  Did I ask that?  Some

17  of it is you almost think sometimes you made a fool out

18  of yourself because you did your job so well, and the

19  result you got was what happened to me.  You know, you

20  feel very much violated.

21      Q.   But don't you feel proud, too?  You can look at

22  yourself in the mirror.

23      A.   Absolutely.  Absolutely no doubt about that.

24  But when you go up to the dollar store on the 4th of

EDDIE RAY BRADLEY vs. Village of University Park
Bradley, Eddie on 08/16/2016

Page 117

1  July, and you get with the manager and you give out hot

2  dogs and free toys to the kids and everything because

3  there's a lot of families out there that can't afford to

4  barbecue like you or me on the 4th of July.

5      Q.  Yes.

6      A.  And you pay for it out of your pocket along

7  with that.  Like I said, you do things like get them

8  armored humvees and take 20 or 30 families up to Toys R

9  Us at Christmas time, you know.  Like I said, that's a

10  two way mirror.  You're proud of it and everything.

11  That's where I come from.  But at the same time, you feel

12  let down.  This is not a community -- a lot of chiefs

13  work in the community where they don't live.  I live

14  there.  I have a stake in that community, and I care

15  about it.

16          And that's what I got.  That's what I got from

17  Vivian Covington and her cohorts.

18      Q.  Okay.  Other than the sleepless nights and the

19  humiliation you felt and what you've explained in the

20  record, are there other symptoms of mental anguish?

21      A.  You know, like I said, it doesn't go away.  You

22  think about it all through the day.  You know?  And it's

23  -- it hurts.

24      Q.  How does it hurt?

EDDIE RAY BRADLEY vs. Village of University Park
Bradley, Eddie on 08/16/2016

Page 118

1      A.   I think I explained that.

2      Q.   All I'm trying to say is that when we go to the

3  trial of this matter, I'm just trying to figure out --

4  your attorney is going to ask you about mental anguish.

5  I just want to make sure we've covered all of it.  Have

6  we?

7      A.   I think so.

8      Q.   You can't think of any other examples other

9  than what we've already discussed of how the incident has

10 caused you mental anguish?

11     A.   It hurts because a lot of mental anguish -- I

12 go to the gym.  I work out four or five times a week, and

13 I believe, and I have strong hope in my faith.  Okay?  I

14 have, for the greater part of my life, fought for other

15 people's justice and righteousness, and now this happens

16 to me.  So here I am looking for it.

17     Q.   I understand that, and I appreciate that.  Any

18 other symptoms of mental anguish?

19     A.   No.  No.

20     Q.   Okay.  If it says "assumption" in your Answers

21 to Interrogatories, is it fair that -- we can agree that

22 you don't have any direct evidence.  It's just your

23 belief, right?

24          "I am told that Mayor Covington presided over a

EDDIE RAY BRADLEY vs. Village of University Park
Bradley, Eddie on 08/16/2016

Page 119

1  closed door meeting which resulted in my termination,

2  though I've never received notice of same.  Plaintiff

3  assumes the mayor introduced the motion to terminate at

4  some kind of hearing."

5       A.   Yes.

6       Q.   You don't have any evidence of that?

7       A.   No.

8       Q.   "With respect to plaintiff's allegations of

9  actual malice, state with specificity how Defendants

10  acted with actual malice.

11            The individual Defendant has acted vindictively

12  not only to myself but to others, several of whom are

13  litigating against her."

14            Those litigation suits were after everyone was

15  terminated.  Correct?

16       A.   I believe so.

17       Q.   The only evidence of the vindictiveness is the

18  letter of termination, the newsletter, and her saying

19  "We're going to kick some butt."  Right?

20       A.   No.  Her actions.  Firing me.

21       Q.   But that's a result, not a cause.  I'm saying,

22  what were the vindictive malice -- acts of malice that

23  she had before terminating you?

24            I understand you believe the termination is

EDDIE RAY BRADLEY vs. Village of University Park
Bradley, Eddie on 08/16/2016

Page 120

1   with malice, but what facts do we have to back that up

2   other than what we've discussed today?

3        A.   I don't have any physical evidence that

4   would --

5        Q.   Okay.  And that's because you think she doesn't

6   like you and because of the whistle blowing stuff we

7   discussed.  Right?  That's the only evidence you have of

8   malice is the whistle blowing claims and her saying "I

9   don't like you" from the beginning.  Right?

10       A.   And firing me.

11       Q.   Again, sure.  Yes.  Those three.  Correct?

12       A.   Yes.

13       Q.   "Proof of malice includes without limitation

14  Defendant's willful ignoring of legal advice and legal

15  letters and advice from village trustees contesting

16  Defendant's actions and their failure to do that."

17            If Miss Covington is proven to be right, you

18  have no malice.  Correct?  If her actions are found to be

19  legally correct and supported, there's no evidence of

20  proof of malice there.  Right?

21       A.   To me there is, yes.

22       Q.   Okay.  But the judge could decide that Mayor

23  Covington was fully and legally entitled to do what she

24  did.  Fair?

EDDIE RAY BRADLEY vs. Village of University Park
Bradley, Eddie on 08/16/2016

1      A.   Yes.  Yes.

2      Q.   Did you ever use profanity towards Mayor

3    Covington at any time?

4      A.   Not Mayor Covington or any other resident or

5    employee of University Park.

6      Q.   Did you ever at any time call her a bitch?

7      A.   Never.

8      Q.   Never once?

9      A.   Never.

10     Q.   Paragraph Number 23, it says:  "Informed

11   Village Manager Linear of a tire scam investigated by

12   Daniel Murphy."  Did we discuss that already?

13     A.   Yes.

14     Q.   What's the tire scam?  Is that the stolen

15   vehicle one?

16     A.   No.

17     Q.   What's the tire scam?

18     A.   One of the commanders came in and told me they

19   needed some tires for the cars, that the cars were bald.

20   After I got through my conversation with that individual,

21   I went out, looked at all the cars.  There was

22   approximately only eight cars, squad cars at the time.

23   They were all bald.  And I went over and told the village

24   manager, had a conversation with him the next day, and I

EDDIE RAY BRADLEY vs. Village of University Park
Bradley, Eddie on 08/16/2016

Page 122

1  told him about what was said, the conversation.  And I

2  also advised him that this was a safety issue, and that

3  we could get jammed up if somebody has an accident or

4  whatever.  And seeing as how everybody sues the village,

5  you know, we need to be on top of this.

6          He said, "Okay.  I just bought tires for those

7  cars just before you were hired."  I said, "Okay, let me

8  look into it."  I went back over.  I started asking

9  around.  I found out that the acting chief before me had

10  purchased some tires.

11          I called in the person who was in control of

12  the tires and equipment and everything; and I said,

13  "Where are my tires?  Where are these new tires at?  I

14  want you to find my tires."  Not only that, but I went

15  and started -- I told the clerk, secretary, or whatever,

16  "I want to see all of the tires that were bought over the

17  last few years.  I want you to bring that to me."

18          And when she brought it to me, I saw where they

19  had bought like for instance $30,000 worth of tires in a

20  year and a half.  And I got all these cars with bald

21  tires on them.  So I started checking around.  I went

22  over to the place where they were getting all these tires

23  from.  There was a rumor that a guy that I was in the

24  process of firing at that time, these were his relatives

Page 123

1    at the place.

2            I let them know you will not be doing business

3    with University Park any more.  I started looking around

4    for these tires; and every day I would ask, "Hey, you

5    found my tires?"  And finally I was told they were in the

6    junk yard or somewhere on raggedy cars.

7        Q.    Do you know when this happened?

8        A.    This investigation?

9        Q.    The tire scam.

10       A.    I think you have that.  It happened over a

11   several year period.  People at the golf course were

12   going to this place getting tires.  Everybody was going

13   over there getting tires.

14       Q.    Did any of this occur when you were chief?

15       A.    Absolutely not.

16       Q.    So, had Daniel Murphy completed his

17   investigation when you became police chief?  When did the

18   tire scam end?

19       A.    This started when I was the chief, this

20   investigation.

21       Q.    No, but you ended it when you were chief,

22   right?  You stopped this tire scam?

23       A.    I stopped it from happening, but the

24   investigation was not ended.

EDDIE RAY BRADLEY vs. Village of University Park
Bradley, Eddie on 08/16/2016

Page 124

1        Q.   Sure.  But there was no more of this buying of

2   the tires?

3        A.   We bought tires.

4        Q.   Properly.

5        A.   Yes.

6        Q.   Was Daniel Murphy's investigation proper?  Did

7   he do anything wrong?

8        A.   No.

9        Q.   What do you think of Dan Murphy?

10       MR. KELEHER:  I'm going to object.

11  BY MR. WALL:

12       Q.   You were chief of police.  He was your

13  underling, right?

14       A.   Yeah.

15       Q.   Do you think he was a good cop?

16       A.   He's all right.

17       Q.   Okay.  Do you think he was well-qualified?

18       A.   Some things.

19       Q.   Some things he wasn't?

20       A.   Yes.

21       Q.   The tire scam never surrounded the mayor.

22  Correct?  She didn't buy the tires.  Right?

23       A.   Right.

24       Q.   None of the trustees bought these tires.

EDDIE RAY BRADLEY vs. Village of University Park
Bradley, Eddie on 08/16/2016

Page 125

1   Right?

2        A.   I'm not sure.  There was a lot of names on that

3   list.  You should have it.

4        Q.   We talked about the Seaway Bank account?

5        A.   Uh-huh.  Yes.

6        Q.   We talked about the stolen vehicle scam.

7   Correct?

8        A.   Yes.

9        Q.   Talked about the tow truck driver?

10       A.   Yes.

11       Q.   "Murphy informed plaintiff of the pistol

12   whipping."  We've discussed all of that.  Right?

13       A.   Yes.

14       Q.   Did you ever have any involvement with the

15   University Park TIF account?

16       A.   I don't even know how that TIF stuff works.

17       Q.   Is that a no?

18       A.   Yes, that is a no.

19       Q.   Okay, thank you.  Did you ever lock Mayor

20   Covington out of any of the facilities of the Village of

21   University Park?

22       A.   No.

23       Q.   Never at any time?

24       A.   No.

EDDIE RAY BRADLEY vs. Village of University Park
Bradley, Eddie on 08/16/2016

Page 126

1      Q.   Have you talked to Mayor Covington since the

2    termination?

3      A.   I don't think so.

4      Q.   I mean, you haven't even talked in passing?

5      A.   I don't think I've even passed her.

6      Q.   Okay.  We're going to stipulate for purposes of

7    the record that the complaint filed 9-25-15 is Exhibit 2

8    to Eddie Bradley's deposition.

9             What information does Bola Delano have

10   regarding this lawsuit?

11     A.   She was -- the rumor was that she was there.

12   She was hired after Mr. Linear, and she was there at the

13   board meeting.  I'm not --

14     Q.   Okay.

15     A.   I'm not exactly sure.

16     Q.   You're not sure that other than that, she was

17   present?

18     A.   She was present.  Yeah.

19     Q.   What was this Thomas Fish (phonetic spelling)

20   thing with this email.  Is this a resident or --

21     A.   I don't know.  Cook County -- I forgot to

22   mention Cook County.  I talked to them about the

23   corruption, investigation cases also, the full gamut of

24   them.  But that email, that was the email that was sent

EDDIE RAY BRADLEY vs. Village of University Park
Bradley, Eddie on 08/16/2016

Page 127

1    to me after I started these investigations.

2        Q.    Okay.

3        A.    And Cook County kind of looked into it a little

4    bit.

5        Q.    Anything ever come of it?

6        A.    No.

7        Q.    MR. KELEHER:  Just for the record, was that ASA

8    Plasbat?

9        THE WITNESS:  No, no.  That's the attorney general.

10   I called him, and I had talked to him.

11       MR. KELEHER:  Okay.

12   BY MR. WALL:

13       Q.    Is Oscar Brown a licensed attorney in the state

14   of Illinois?

15       A.    Yes.

16       Q.    Are you sure?

17       A.    Yes.

18       Q.    Has he always been licensed in the state of

19   Illinois?

20       A.    As far as I know, yes.

21       Q.    Did he ever tell you that his license was

22   suspended or he was disbarred?

23       A.    I -- no, he never told me that.

24       Q.    Did you ever hear that?

Page 128

1      A.   Never heard that.

2      Q.   Most of this is the check stubs for the Seaway

3  Bank issue?

4      A.   That's the tires.

5      Q.   Okay.  So these are all the people that were in

6  2009 getting these tires.  Right?

7      A.   I think it's '09 and a few other years, too,

8  isn't it?

9      Q.   It looks like the majority of it is 2009.  And

10 it just says -- who is Chuck Golf (phonetic spelling) or

11 Golf Chuck?

12     A.   Some of those were people who were working at

13 the golf course, employees that went over there and got

14 some tires.

15     Q.   Okay.  Larry Brown's domestic violence in 1996,

16 did we discuss that already?

17     A.   Yes.

18     Q.   That was the pistol whipping?

19     A.   Yes.

20     Q.   There's a sworn affidavit of a citizen

21 complaint by Stephanie Johnson, it looks like?

22     A.   Yes.  Let me see which one that is.

23     Q.   Bates 110/111.  This was about -- I don't think

24 it's relevant to the suit, right?  It's a complaint

EDDIE RAY BRADLEY vs. Village of University Park
Bradley, Eddie on 08/16/2016

Page 129

1    against one of the officers for not doing something

2    correctly?

3        A.    Yeah, this was Greg Box again.

4        Q.    Okay.

5        A.    I was looking at the -- he's in their circle.

6    He was the one that was arrested for domestic violence.

7        Q.    Okay.

8        A.    He shouldn't have been a police officer, and I

9    wanted to get rid of him.  And they were circling the

10   wagons for him.  And he was actually made a sergeant and

11   then the acting chief or deputy chief after that

12   incident.  He shouldn't even have been there.

13       Q.    What's his name again?

14       A.    Greg Box.

15       Q.    That was before you.  Right?

16       A.    Yes.

17       Q.    So he had already been terminated?

18       A.    No, he was working there when I was there.

19       Q.    Okay.  When did he leave the employment of the

20   village?

21       A.    He left while I was there, probably towards the

22   end of '14, early '15.  When you asked me was I ever at

23   any of the meetings, those special meetings they have --

24       Q.    Yeah.

EDDIE RAY BRADLEY vs. Village of University Park
Bradley, Eddie on 08/16/2016

Page 130

1    A.    That was one of them.  They asked me to stay

2  behind because they were going to discuss that.  The

3  attorney that was handling it asked me to.  So I stayed

4  after because he had a lawsuit against the village, and

5  it was coming up.  And they asked me about keeping him or

6  letting him go.  I recommended that we offer him -- or to

7  pay him the smallest amount we could.

8          You know, he was asking for hundreds of

9  thousands of dollars or whatever, and I told him he was a

10  liability.  And you know, as he retired on the job and

11  everything and he shouldn't be there, I wanted to get rid

12  of him.  The guy has been arrested for domestic violence.

13  And if something happens -- so they offered him $42,000.

14  He had to pay his attorney like a third or whatever, and

15  we got rid of him that way.

16    Q.    Okay.  So there's no allegation -- there's no

17  whistle blowing allegations as it relates to Box?

18    A.    Yes, there is.  Like I said, they circled the

19  wagons.  Everybody didn't want him gone.

20          But what the attorney did is he brought out

21  evidence that when he had been going to the mayor and

22  saying she had been showing Box, and Box would show her

23  stuff that she was saying, and telling each other,

24  showing e-mails and all this.  So like I said, it all

EDDIE RAY BRADLEY vs. Village of University Park
Bradley, Eddie on 08/16/2016

Page 131

1    shook out to where he --

2         Q.   But your complaint, nowhere in here does it

3    state Greg Box.  Correct?  We discussed all of your

4    whistle blower allegations?

5         A.   It's part of the gross mismanagement and

6    conflict and corruption in that department.  He should

7    not have been working there, and they knew it.

8         Q.   Were you ever aware that he was violating

9    federal and state law?  I mean, if he was, wouldn't they

10   have terminated him for cause?

11        A.   No, they would not.

12        Q.   You don't have any evidence that he was.

13        A.   They knew that he had been arrested for

14   domestic violence and he was still working there.  And to

15   me, they're all violating the law --

16        Q.   Okay.

17        A.   -- allowing him to work there.

18        Q.   The domestic battery notwithstanding, you don't

19   have any evidence that Box was violating any federal or

20   state law, correct?  While you were Chief of Police?

21        A.   I don't think he was supposed to have a badge

22   and a gun.  If he's been arrested for domestic violence,

23   that is against the law.

24        Q.   Other than that.

EDDIE RAY BRADLEY vs. Village of University Park
Bradley, Eddie on 08/16/2016

Page 132

1      A.   Oh, okay.  Other than that?  No.

2      Q.   How do you know that these conversations

3   occurred between Greg Box and Mayor Covington?

4      A.   What conversations?

5      Q.   You said that they were sharing info back and

6   forth?

7      A.   The attorney said it right there in the

8   meeting.  The village attorney.

9      Q.   What did he or she say?

10     A.   Greg Box was not there.  The village attorney

11  -- the whole board was there.  And he told them we are

12  going to have a problem when we go to court.  He kind of

13  softened it right up.  "Don't get mad at me and

14  everything, because I'm getting ready to throw this on

15  you."

16          The mayor has been sharing this stuff that she

17  shouldn't have been sharing and everything, and even a

18  couple other people were doing on the board.  "You guys

19  shouldn't have been doing this, and we got a big problem

20  when we go to court and everything."

21          That's how it all shook out.  And she's acting

22  all surprised.  "Me?"  You know, all of this.  But Greg

23  Box was not there.

24     Q.   Was that Felicia that said that?

EDDIE RAY BRADLEY vs. Village of University Park
Bradley, Eddie on 08/16/2016

Page 133

1     A.   No, that was an attorney from IPMG, the

2  insurance firm.  I believe he was from the insurance

3  firm.  I think he was handling that.  Maybe it was

4  because he was suing the county.  I don't know -- I mean

5  the village.  I don't know.

6     Q.   It looks like a fair amount of this is you

7  didn't get along with Commander Wilson.  Is that probably

8  a fair statement?

9     A.   I got along with her.

10    Q.   Did you guys have conflict?

11    A.   Well, you might call it conflict.  I mean, to

12  me I got along with her and everything.  This, you know,

13  just do your job.

14    Q.   So, these documents regarding Box and Apps, you

15  felt like they were in cahoots together.  Right?

16    A.   Yes.

17    Q.   And they were --

18    A.   Good choice of words.

19    Q.   They were aligned with the mayor.

20    A.   Wilson and Box, yes.  They were friends of

21  hers.  Like I said, everyone in that village on the board

22  and everybody, one day they're all buddies and laughing.

23  And the next day, they could have an issue where you

24  know --

EDDIE RAY BRADLEY vs. Village of University Park
Bradley, Eddie on 08/16/2016

Page 134

1      Q.   Yeah.  Your allegations here in this complaint,

2  none of this is as a result of your investigation into

3  Commander Wilson.  Is that correct?  You don't think you

4  were terminated for your investigation into Commander

5  Wilson.  Fair?

6      A.   Yeah, I think that was a part of my

7  termination.

8      Q.   So when I asked you these questions earlier,

9  did you not remember or are you remembering now or --

10     A.   I don't think you brought up Wilson earlier.

11     Q.   Well, I asked you if there were any other

12  allegations, and you said "no".  So I just want to make

13  sure when we get to trial we're not like, "Oh, I forgot

14  this."

15     A.   Right.

16     Q.   What part of your investigation of Deborah

17  Wilson do you think caused you to be fired?

18     A.   Again.  She was a longstanding member of their

19  circle, and they did not want her to be fired.  And

20  obviously, that's obvious because of the fact that she

21  was not fired, and she should have been.

22     Q.   She was suspended.

23     A.   By me.

24     Q.   Okay.

EDDIE RAY BRADLEY vs. Village of University Park
Bradley, Eddie on 08/16/2016

1      A.   She should have been fired.

2      Q.   When did you suspend her?

3      A.   I don't know the specific date.

4      Q.   2013?  '14?

5      A.   I don't know.

6      Q.   Well, you filed charges against her on January

7   of '15, so based upon the pleadings that's probably fair?

8      A.   Yes.

9      Q.   Okay.  Had you come to a resolution on your

10   complaint against her prior to your termination?

11      A.   No.

12      Q.   There wasn't a decision by the Board of Civil

13   Services Commissioners.  Right?

14      A.   I don't think so.

15      Q.   So you think you were fired for just

16   instituting the charges.  Correct?

17      A.   Not just instituting them; for not backing

18   down, not giving in.  You know?

19      Q.   For beginning and continuing the investigation

20   and not sweeping it under the rug.

21      A.   Right.

22      Q.   But there never was an adjudication made.

23   Right?  There was never a finding, "Well you were there."

24      A.   Not while I was there.  No.

EDDIE RAY BRADLEY vs. Village of University Park
Bradley, Eddie on 08/16/2016

Page 136

1    Q.    And John Pate as I understand it, suspended

2   her.  They came to an agreement on a suspension time for

3   some part of 2015.

4    A.    I don't have a clue about John Pate, what he

5   did and didn't do.

6    Q.    Have you heard now that she was suspended in

7   2015?

8    A.    No.

9    Q.    From the community?

10   A.    In 2015?

11   Q.    Yes.

12   A.    Last year?

13   Q.    Uh-huh.

14   A.    I don't understand.

15   Q.    You said she was suspended as a result of your

16  allegations that you made?

17   A.    I put her on administrative leave.

18   Q.    Sure.  Do you know if that was continued or

19  upheld by Chief Pate?

20   A.    I can't say with certainty.  I believe it was.

21   Q.    Okay.

22   A.    I don't think it was, you know, by him.  I

23  think it was just going through their motions.

24   Q.    And again, no direct evidence to tie your

EDDIE RAY BRADLEY vs. Village of University Park
Bradley, Eddie on 08/16/2016

Page 137

1    termination to Deborah Wilson's investigation; just your

2    assumption and the in sum as we discussed prior.  Right?

3         A.   No physical investigation.  I mean, no physical

4    evidence.  I'm sorry.

5         Q.   Got it.  Thank you.  What about Officer Apps?

6    Did you discipline him?

7         A.   Yes.

8         Q.   Do you believe that was a reason you were

9    fired?

10        A.   He was also a member of their circle.

11        Q.   Okay.  Again, no evidence; just your belief?

12        A.   Correct.  He wasn't fired; he was given the

13   opportunity to resign, and he resigned.

14        Q.   Okay.  Why do you think he resigned?

15        A.   Because there was a choice of either resign

16   or --

17        Q.   Do you think he was guilty?

18        A.   Absolutely.  Of many things.

19        Q.   When did he resign?

20        A.   I'm not sure.

21        Q.   In 2015?

22        A.   I believe so.  I'm not sure.

23        Q.   You don't have any further knowledge?

24        A.   Of --

EDDIE RAY BRADLEY vs. Village of University Park
Bradley, Eddie on 08/16/2016

Page 138

1      Q.   When he was fired or when he resigned?

2      A.   No.

3      Q.   To the best of your knowledge, have we

4   discussed all the conversations you have regarding the

5   allegations in your complaint with the trustees?

6      A.   No.  When you say "all", like I said there's

7   conversations every day.  I mean, no.

8      Q.   Okay.  Let me do this.  Have we discussed all

9   the conversations that you've had about why you were

10  terminated from village officials and Mayor Covington?

11     A.   We have discussed all those conversations.

12  Yes.

13     Q.   All of them?

14     A.   Not all of them.

15     Q.   Okay.

16     A.   Like I said, I see these guys every day in

17  stores everywhere.  No, we have not discussed all of

18  them.  That's impossible.

19     Q.   Okay.  Do you want to take a break and figure

20  out how many -- I mean, I've got seven hours.

21                        (Recess in the proceedings.)

22  BY MR. WALL:

23     Q.   Back on the record.  Have we discussed all the

24  conversations you've had with Mayor Covington?

EDDIE RAY BRADLEY vs. Village of University Park
Bradley, Eddie on 08/16/2016

Page 139

1       A.    No.

2       Q.    What other conversations do you have relevant

3   to your termination and your --

4       A.    The only real conversation that I ever had with

5   the mayor, I received a phone call.  They told me, "The

6   mayor wants to talk to you."  This is shortly after I was

7   hired.  "Where at?"  "At the Village Hall."

8            I go to the Village Hall.  I walk back by

9   Mr. Linear's office.  There's a break room, conference

10  room there.  She's sitting there with a cast on.  "Close

11  the door", she says.  "Come on in."  I close the door.  I

12  come in.

13           She starts off by pointing the finger at me and

14  telling me, "I will turn you in if you do anything.  You

15  do anything wrong", you this, you that.  She starts

16  ranting and raving.

17           "Do you know who I am?  I am the village mayor.

18  When I go to Washington D.C., when I walk in that

19  building everything stops and they stand up and clap

20  their hands and cheer.  And they say Vivian Covington is

21  in the building."

22           She went on and on and on like this.  "I helped

23  Barack Obama get elected."  I'm this.  I'm that.  I work

24  for the government.  This went on for a couple hours.

EDDIE RAY BRADLEY vs. Village of University Park
Bradley, Eddie on 08/16/2016

Page 140

1   That is the only real conversation.

2       Q.   You don't think she was alleging that she was

3   going to turn you in if you --

4       A.   I'm just telling you what she said.

5       Q.   What did you take that to mean?

6       A.   That something is wrong somewhere.

7       Q.   And that's your assumption.  No direct

8   evidence.  Right?

9       A.   Yeah.

10      Q.   Was that the entire conversation from Mayor

11  Covington?

12      A.   That's how the conversation went.

13      Q.   Have you had any other conversations other than

14  what we've discussed about the village trustees telling

15  you exactly about your termination?

16      A.   Conversations in board meetings.  She asked me

17  a question; I'll try to answer.

18      Q.   About your suit.

19      A.   Oh, no.  Not that I can remember at this time.

20      Q.   As it relates to your whistle blower claims,

21  have we discussed all the conversations you've had with

22  the trustees and the mayor?

23      A.   All that I can remember at this time.

24      Q.   Okay.  Defamation.  We've discussed all the

EDDIE RAY BRADLEY vs. Village of University Park
Bradley, Eddie on 08/16/2016

Page 141

1   communications from the village and Mayor Covington to

2   you.  Right?

3        A.   All that I can remember at this time.

4        Q.   Got it.  Same with false light as we discussed

5   earlier.

6        A.   Yes.

7        Q.   And I might have asked this.  The Whistle

8   Blower Act, we discussed all of those conversations with

9   the mayor and the trustees.  Right?

10       A.   That I can remember at this time, yes.

11       Q.   So the remaining conversations are not about

12  the procedures of you being terminated or about legal

13  advice.  They're just, damn; that sucks.  All of that

14  kind of stuff.  Right?

15            After your termination, right?  Or do you not

16  understand my question?

17       A.   No, I don't.

18       Q.   Can you read it back?

19                 (Record read.)

20       THE WITNESS:  No, there's been other conversations.

21  I think I may have mentioned earlier where they asked me

22  to come back several times.

23  BY MR. WALL:

24       Q.   Okay.

EDDIE RAY BRADLEY vs. Village of University Park
Bradley, Eddie on 08/16/2016

Page 142

1      A.   There's been conversations.

2      Q.   I think we've covered all those.

3      A.   Okay.

4      Q.   Right?

5      A.   We have not covered every conversation I've had

6 with them. Okay? And I can't sit here verbatim and do

7 that with you. I don't think that's possible.

8      Q.   Is there any other conversation we haven't

9 discussed about what the board did that night to

10 terminate you?

11      A.   I cannot recall at this time.

12      Q.   Is there any other conversation about you

13 filing a lawsuit other than various people saying if you

14 drop it we'll offer you your job back?

15      A.   That's not what they said.

16      Q.   What did they say?

17      A.   "Hey, why don't you come back? When you coming

18 back? Come back, man. This department is messed up."

19      Q.   And that's when you say --

20      A.   Actually, we had a formal meeting at a

21 restaurant. Johnna (phonetic spelling), the person who

22 is the village manager, Joe Roudez, Keith Griffin, they

23 asked me to drop the lawsuit and come back as police

24 chief.

EDDIE RAY BRADLEY vs. Village of University Park
Bradley, Eddie on 08/16/2016

Page 143

1        Q.    When was this?

2        A.    I don't know.  I don't have a specific date.

3        Q.    Was it fall?

4        A.    It was in the winter.  I told them to talk to

5    my attorneys, and that I was going to hold people

6    accountable for what they did to me.

7        Q.    So that was a "no"?

8        A.    Absolutely.

9              No, it wasn't really a "no".  It's what I told

10   them.  I was going to hold people accountable for what

11   they did to me; and I was not going to drop the lawsuit.

12   That was my answer.

13       Q.    Okay.

14       A.    I mean, I'm still under contract with them, I

15   would think.  I'm not a lawyer or anything.  And if

16   things happen and I have to go back, then it is what it

17   is.

18       Q.    You mean go back to work?

19       A.    Yeah, because the contract is not up until the

20   end of the year, December 31st.

21       Q.    Unless it couldn't have been terminated?

22       A.    Pardon me?

23       Q.    Your whole case rises and falls on her ability

24   to properly terminate you.

EDDIE RAY BRADLEY vs. Village of University Park
Bradley, Eddie on 08/16/2016

Page 144

1     A.   I guess.  I don't know.

2     Q.   That's why you hired Chris?

3     A.   Yes.

4     Q.   As it relates to your Whistle Blower Act

5  claims, we've discussed each one, I think.  Correct?

6     A.   Yes.

7     Q.   Okay.  Other than Dee involved with a pistol

8  whip, did you have any conversations with anyone other

9  than the village manager at the village about these

10 Whistle Blower Act claims?

11     A.   Trustees.

12     Q.   Okay.  But it would be more just updating them?

13     A.   Yes.

14     Q.   None of them at any time asked you to stop

15 investigating him?

16     A.   No.

17     Q.   They just said, "What's going on, Chief?"

18     A.   No, they didn't say that.  We'd just stop and

19 be talking, and it would come up.

20     Q.   And it's impossible for you to recall all of

21 those conversations?

22     A.   Sure.  I mean, they would say we want something

23 done.  Follow it.  You know, keep up the good work.  The

24 trustees.

EDDIE RAY BRADLEY vs. Village of University Park
Bradley, Eddie on 08/16/2016

Page 145

1     Q.   So in fact --

2     A.   The ones that I talked to.

3     Q.   Sure.  So when they did talk to you, they told

4  you to keep up the good work?

5     A.   The trustees that I talked to.

6     Q.   They didn't obfuscate or ask you to stop it?

7     A.   Absolutely not.

8     Q.   The only person that ever asked you to stop is

9  Dee?

10    A.   Yes.

11    Q.   Is Jaco still employed with the Village of

12 University Park?

13    A.   Yes.

14    Q.   Have you and Jaco had any conversations other

15 than what we discussed about the meeting with the mayor

16 regarding the claims in your complaint?

17    A.   No.

18    Q.   And I think I just want to go back.  You said

19 900,000 isn't a true number, that you're in fact owed

20 more?

21    A.   Yes.

22    Q.   Why and how?

23    A.   Again, because of my ability to gain employment

24 in the same financial sense, and you know, sense of

EDDIE RAY BRADLEY vs. Village of University Park
Bradley, Eddie on 08/16/2016

Page 146

1   integrity that I was employed before.  I was fired by the

2   Village of University Park.

3          Q.    But we don't know that number because you

4   haven't tried to gain employment.  Fair?

5          A.    No.

6          Q.    No, that's not fair; or no, that's incorrect?

7          A.    Both, to me.

8          Q.    I asked you if you've applied for any jobs.

9          A.    Right.

10         Q.    And you said "no".

11         A.    Okay.

12         Q.    That's still a true statement?

13         A.    Yes.

14         Q.    And --

15         A.    I have not filled out an application for a

16   police chief job.  No.

17         Q.    Other than talking to the two mayors, what

18   steps have you done to try to gain employment?

19         A.    After talking with them and other -- putting

20   out feelers for other police departments as I stated

21   before I retired.  I'm collecting social security now and

22   my pension because, you know, I was tired of explaining,

23   trying to explain what happened and the circumstances,

24   and knowing the feeling that people maybe did want to

EDDIE RAY BRADLEY vs. Village of University Park
Bradley, Eddie on 08/16/2016

Page 147

1   step out and give me an opportunity, but they really

2   didn't know what really truly happened.

3           I couldn't tell them why.  And the fact that

4   they didn't want to, you know, face any type of -- I got

5   to have this conversation with this mayor now, and I'm a

6   mayor.  And I hired the guy that she fired.  Obviously

7   there was a problem.  So I retired.

8       Q.   And I got that, but --

9       A.   And I feel like this only happened in my life

10  because I was fired by the Village of University Park for

11  what happened and the way that it happened.

12      Q.   But according to your testimony, you only

13  wanted to work for five or six more years?

14      A.   Right.

15      Q.   Assuming you did that, the Village of

16  University Park -- that 600,000 gross which is going to

17  turn into 450,000 net; and then you were going to retire

18  anyway based upon -- you said you wanted to work for 5 or

19  6 more years?  Correct?

20      A.   Yes.

21      Q.   And at 100,000 maybe 110, we're looking at 650,

22  670, gross.

23      A.   Yes.

24      Q.   Take out taxes, I'm going to assume 100 puts

EDDIE RAY BRADLEY vs. Village of University Park
Bradley, Eddie on 08/16/2016

Page 148

1    you in the 25% tax bracket; we're looking at like

2    $450,000, ballpark.  Fair?

3         A.   I'm not a, you know, a CPA or whatever.  But I

4    guess.  However, I'm saying in addition to, I lost that.

5         Q.   Sure.  But I'm trying to figure out how you get

6    from $650,000 to 1.1 million?

7         A.   That's how.  I don't know why you don't --

8    that's how.

9         Q.   So you believe your integrity was compromised

10   to the tune of $450,000?

11        A.   I think that I was not able to gainfully employ

12   because my character and my integrity was that badly

13   tarnished by Vivian Covington.

14        Q.   Sir, I understand your complaint.  But you

15   haven't done anything other than speak to two mayors to

16   gain employment.  I'm just trying to figure out how you

17   come to this number that you're going to ask the jury

18   for.

19        A.   That's it.  That's how I came to it.  I don't

20   know any other way to explain it to you.

21        Q.   But what I'm trying to say is, how do you know

22   what your ability to gain employment is when you haven't

23   tried to gain employment?  How can you value that as

24   you're the plaintiff in this suit?

EDDIE RAY BRADLEY vs. Village of University Park
Bradley, Eddie on 08/16/2016

Page 149

1      A.   Right.

2      Q.   How do you value it?  Because that's a question

3  I'm going to ask you at trial.

4      A.   I'll say what I'm saying now.

5      Q.   Okay.  It is your testimony here today that you

6  failed to take reasonable steps to mitigate the damages

7  that you've incurred in this matter.

8      MR. KELEHER:  Objection.  Calls for a legal

9  conclusion.

10  BY MR. WALL:

11     Q.   Correct?

12     A.   It's your opinion.  It's my answer.

13     Q.   Okay.  Name for me other than speaking to the

14  mayor, what factual evidentiary steps you've taken in an

15  ability to gain employment since being terminated by the

16  Village of University Park on May 29, 2015.

17     MR. KELEHER:  Objection.  Asked and answered.

18     MR. WALL:  Not that way.

19  BY MR. WALL:

20     Q.   And you've gone to job boards?  Have you gone

21  to a career counsellor?  Have you met with mentors in the

22  private sector?  What have you done other than talk to

23  those two mayors?

24     A.   I have talked to many people in the private

EDDIE RAY BRADLEY vs. Village of University Park
Bradley, Eddie on 08/16/2016

Page 150

1    sector, and that's one of the emotional and distressful

2    things about this is going over it and over it and over

3    it with some people who probably don't understand because

4    it's never happened to them.  And that's why I came to

5    the conclusion that just to retire and to try to move on

6    with my life.

7         Q.   So what's the difference in what you're making

8    in retirement versus what you would have made this year

9    had your employment contract continued?

10        A.   I never sat down and figured that out.

11        Q.   What do you make roughly on social security?

12        A.   I don't know.  18, 19 a month.

13        Q.   18 thousand?  18 hundred?

14        A.   Hundred.

15        Q.   Okay.  And any other sources of income right

16   now?

17        A.   My pension.

18        Q.   How much is your pension?

19        A.   That's approximately -- I forget with taxes and

20   all that, like 5,500 hundred a month.

21        Q.   So you're bringing in about the same you were

22   when you were making 100K?  It's got to be pretty close.

23        A.   No.

24        Q.   What was your take-home every two weeks?

EDDIE RAY BRADLEY vs. Village of University Park
Bradley, Eddie on 08/16/2016

Page 151

1    A.   I had my pension when I was working for the

2    Village of University Park, also.

3    Q.   Oh.  You've been getting the pension all along?

4    A.   Yes.

5    Q.   Okay.  So the difference in the social

6    security, that's just a mathmatical comparison to

7    whatever your paycheck was at the Village of University

8    Park, minus whatever you're making in disability?

9    A.   Roughly just sitting right here, $8,000 a

10   month.

11   Q.   Got it.  Okay.  Who did you talk to in the

12   private sector that could testify regarding --

13   A.   I don't know.  Like I said --

14   Q.   Can you name two or three people?

15   A.   No.

16   Q.   You don't remember or you just --

17   A.   No, I don't.

18   Q.   Any other factual steps you've taken other than

19   what we've just discussed?

20   A.   No.  I get e-mails and jobs sent to me every

21   day.  I mean even to today.

22   Q.   But you haven't applied for any of them?

23   A.   No.

24   Q.   You're hoping that this lawsuit provides a

EDDIE RAY BRADLEY vs. Village of University Park
Bradley, Eddie on 08/16/2016

Page 152

1  windfall.  Fair?

2       MR. KELEHER:  Objection.

3  BY MR. WALL:

4       Q.   No.  I mean, you're hoping to make -- as you

5  stated, you're looking to make seven figures as a result

6  of this lawsuit.

7       A.   I'm holding people accountable for their

8  actions.  That's what this is about.

9       Q.   Well, there's a portion -- holding them

10 accountable would be to find them guilty of something.

11 The financial is all about you.  Right?

12      A.   No.  It's so they'll stop doing this to people.

13 As you can see from all the lawsuits and all the people

14 that they fired, people with children, people with

15 handicapped people in their households, they need to stop

16 doing that.

17      Q.   Fine.  But, you want them to stop the practice.

18 Right?

19      A.   What I said.

20      Q.   No, but there's two parts to this.  If it was

21 really truly about finding them wrong for what they did,

22 you would be asking for just -- you wouldn't be asking

23 for money.  Fair?

24      MR. KELEHER:  Objection.  Argumentive.

EDDIE RAY BRADLEY vs. Village of University Park
Bradley, Eddie on 08/16/2016

Page 153

1  BY MR. WALL:

2      Q.   If it's about the principle, you wouldn't take

3  one dollar from this.  Right?

4      A.   You're wrong.  Because then they're not being

5  held accountable, and they'll continue doing it.

6      Q.   What's the number that you feel is appropriate?

7      A.   1.6 million.

8      Q.   And that's $650,000 loss of future income.

9  Right?  Roughly?

10     A.   Yes.

11     Q.   And then a million for their actions?

12     A.   Yes.

13     Q.   Okay.  But we can't quantify that million

14  dollars in any way; that's just the number you feel is

15  correct.  Right?

16     A.   I think I did.

17     Q.   Okay.  Well, you think that's the punishment.

18     A.   No.  Well, I mean, if you want to put it that

19  way, I was in the unique position that I was already

20  getting my pension.  I had the ability to draw social

21  security.  I wasn't one of these people that got fired

22  and my husband's debilitated, and I have four children

23  and that's all I had.  I wasn't one of these guys that

24  was the head of a household.  This is my job; this is all

EDDIE RAY BRADLEY vs. Village of University Park
Bradley, Eddie on 08/16/2016

Page 154

1    I have.

2         Q.   No, I understand.

3         A.   So, when they did that to me, I have the

4    ability to say, you know what?  I'm not going to just sit

5    down, roll over, and take this.  I can still live; but

6    this is going to stop.  When you talk about principles --

7         Q.   So the answer to my question is no, we can't

8    quantify it before we go in.  I know you want to talk

9    about other people; that's still on the record.  But the

10   million is just -- there's no breakdown, further

11   breakdown of that million.  It's just what you think

12   should -- the number to deter them from it happening in

13   the future.

14        A.   I think that the personal, the 500,000 and

15   things like that, I think it has been quantified.

16        Q.   Oh, you want 400,000 against the Board; 500,000

17   against Mayor Covington.

18        A.   Yeah.

19        Q.   Okay.  I don't have any further questions.

20        MR. KELEHER:  I have a few.

21                       EXAMINATION

22                       BY MR. KELEHER:

23        Q.   Mr. Bradley, just to clarify, did you discuss

24   your termination with Trustee Oscar Brown?

EDDIE RAY BRADLEY vs. Village of University Park
Bradley, Eddie on 08/16/2016

Page 155

1      A.   No.

2      Q.   Did Oscar Brown -- you mentioned earlier a

3  legal opinion that Oscar Brown wrote.  Do you remember

4  that?

5      A.   Yes.

6      Q.   Paraphrasing, what did that opinion say?

7      MR. WALL:  Objection to form, foundation.  You can

8  go ahead and answer.

9      THE WITNESS:  Okay.  My recollection, it was saying

10  that the meeting was -- the word I can use is "illegal".

11  They shouldn't be having that meeting.  He quoted several

12  State Statutes.  They should be hearings.  They should

13  give a hearing.  Different things like that, that they

14  were not going about this properly and that they

15  shouldn't be doing it.

16  BY MR. KELEHER:

17      Q.   Were you given a copy of that opinion?

18      A.   Yes, I was.

19      Q.   Who gave that to you?

20      A.   His brother.  I don't remember his first name.

21  Officer Brown, he was formerly an officer in University

22  Park.  He's now an officer in Markham, Illinois Police

23  Department.  He brought it to my house and gave it to me.

24      MR. WALL:  I don't want to clear that up now, but --

EDDIE RAY BRADLEY vs. Village of University Park
Bradley, Eddie on 08/16/2016

Page 156

1    BY MR. KELEHER:

2        Q.   When did he give that opinion to you?

3        A.   It was shortly, very shortly after the incident

4    happened.  The firing.

5        Q.   Did he give that opinion to you -- strike that.

6             What did Officer Brown tell you when he gave

7    you that opinion?

8        MR. WALL:  Trustee Brown?

9        MR. KELEHER:  No, Officer Brown, his brother.

10       THE WITNESS:  There really was no conversation.  He

11   came to the door and handed me a package and said, "Hey,

12   this is for you."  And I was like, "Oh, okay.  Thanks a

13   lot."  And he left.

14   BY MR. KELEHER:

15       Q.   Okay.  What else was in that packet?

16       A.   Just that.  Just that document.

17       Q.   Okay.  So it was in an envelope?

18       A.   I think it was.

19       Q.   You mentioned Felicia Frazier?

20       A.   Yes.

21       Q.   Who is she?

22       A.   She was an attorney for the village.

23       Q.   Okay.  And did you discuss your termination

24   with her?

EDDIE RAY BRADLEY vs. Village of University Park
Bradley, Eddie on 08/16/2016

Page 157

1    A.   Yes.  We had a vague conversation about it.

2    Q.   And what did she tell you?

3    A.   It was you know, "That's unfortunate."  You

4  know, "That shouldn't have happened.  There was no direct

5  you know, sue them, or do this or do that or anything

6  like that.

7         But we did have a conversation.  I don't

8  remember all of the conversation how it went, but we had

9  a conversation about it.  And she thought they were going

10 to be let go also.

11   Q.   Okay.  Mel Davis, he was the police chief

12 before you?

13   A.   When I came, he was the police chief before me,

14 yes.  When I got there, Darryl Stroud was acting chief

15 because they had fired Mel Davis.

16   Q.   Why was Mel Davis fired?

17   MR. WALL:  Objection.  Asked and answered.  You can

18 go ahead and answer.

19   THE WITNESS:  I don't know the specific reason.  I

20 never seen anything.  There was a change in power

21 structure, and -- but there were, you know, rumors that

22 his qualifications and everything that he brought were

23 not what he gave them.  He didn't have those

24 qualifications and everything.  He didn't have some of

EDDIE RAY BRADLEY vs. Village of University Park
Bradley, Eddie on 08/16/2016

Page 158

1    the education and everything that he told them about.

2           And there was, you know, just a lot of rumors

3    floating around and everything.

4    BY MR. KELEHER:

5      Q.   Now, do you know, was Mel Davis afforded any

6    sort of termination hearing?

7      A.   Yes.

8      MR. WALL:  Objection.  Relevance.

9      THE WITNESS:  My understanding was that he was given

10   a $25,000 severance check, and he was given a chance to

11   come before the Board and have a conversation.  I don't

12   know.  Ask some questions.  And you know, he wanted to

13   come back as chief and different things like that, but he

14   was not allowed to come back.

15   BY MR. KELEHER:

16     Q.   Okay.

17     A.   Even though he didn't have a contract, he was

18   given a $25,000 severance pay.

19     Q.   And obviously you were never given a severance?

20     A.   Absolutely not.

21     Q.   And you were also never given an opportunity to

22   talk to the Board?

23     A.   No.

24     Q.   Mr. Bradley, were you ever told by the mayor

EDDIE RAY BRADLEY vs. Village of University Park
Bradley, Eddie on 08/16/2016

Page 159

1    that you were doing a poor job as police chief?

2        MR. WALL:  Objection.  Asked and answered.

3        THE WITNESS:  No.

4    BY MR. KELEHER:

5        Q.   Were you ever told by the trustees, any of the

6    trustees, that you were doing poor job as the police

7    chief?

8        A.   No.

9        Q.   And you mentioned earlier that you filed for

10   unemployment?

11       A.   Yes.

12       Q.   And what was the outcome of that filing?

13       A.   They denied my unemployment, so I --

14       MR. WALL:  IDES did.

15       THE WITNESS:  No.  The village denied.  The village

16   denied my unemployment after I filed.  So when I got the

17   letter, I went and we had a hearing.  The lady called me,

18   and we had the telephone hearing and everything.

19            And then they said they were going to contact

20   the village.  They contacted the village, and then they

21   found in my favor.  And then when I went up to IDES to

22   get all the paperwork and get things sorted out and

23   everything, the girl there told me that they were trying

24   and trying and trying to get ahold of somebody over there

EDDIE RAY BRADLEY vs. Village of University Park
Bradley, Eddie on 08/16/2016

Page 160

1    and they couldn't get anybody.  And they weren't

2    answering any of their questionnaires or anything like

3    that.

4              But they had to put something in there, you

5    know, a reason why I was denied.  And what was put in

6    there was unsatisfactory work or something like that.

7    They weren't satisfied with my work or something like

8    that.

9         Q.   So when you say the village denied it, is that

10   what you mean that the village --

11        A.   Yes.  I don't know a specific person, because

12   again they said that they couldn't get in contact with

13   anybody.  Nobody would talk to them.  It was just denied

14   by the village.

15             I think that's what the paperwork told, that I

16   was denied by the village.

17        Q.   But ultimately, you were given unemployment?

18        A.   Oh, yeah.  They found in my favor.

19        Q.   And you mean IDES?

20        A.   IDES, yes.

21        Q.   You discussed earlier the picture with

22   Mr. Roudez that you were reprimanded for?

23        A.   Yes.

24        Q.   You were reprimanded by Lafayette Linear?

EDDIE RAY BRADLEY vs. Village of University Park
Bradley, Eddie on 08/16/2016

Page 161

 1       MR. WALL:  Objection.  Asked and answered.

 2       THE WITNESS:  I was reprimanded by Lafayette Linear,

 3   but I had taken pictures with Mayor Covington and other

 4   people in uniform just like Joe Roudez while on the job.

 5   BY MR. KELEHER:

 6       Q.   Approximately when were you reprimanded?

 7       MR. WALL:  Objection.  Asked and answered.

 8       THE WITNESS:  I believe it was -- I don't know.

 9   Approximately around election time.

10   BY MR. KELEHER:

11       Q.   Okay.

12       A.   Yeah.

13       Q.   So this was not -- this reprimand was not

14   proximate to your termination?

15       A.   No.

16       Q.   When you were terminated, did anyone mention

17   this picture incident as a reason for your termination?

18       A.   Nobody mentioned that picture as a reason.  I

19   ran for sheriff of Will County twice and came very close

20   to winning those elections and never was accosted for

21   running for Sheriff.  I mean, I'm talking deep politics,

22   not this petty stuff in University Park.  And this is

23   something that never came up to me.

24            So as far as taking a picture in uniform with

EDDIE RAY BRADLEY vs. Village of University Park
Bradley, Eddie on 08/16/2016

Page 162

1    the mayor or Joe or anybody else, that never even

2    crossed my mind, you know, as far as retribution or

3    anything.

4         MR. KELEHER:  Nothing further.

5                    EXAMINATION

6                    BY MR. WALL:

7         Q.   Trustee Brown gave this legal opinion.  Do you

8    know if that occurred before or after the meeting?

9         A.   I'm not sure.

10        Q.   Was he employed as a legal professional for

11   the Village of University Park when he issued that legal

12   opinion, or was he acting as a trustee?

13        A.   They get paid.

14        Q.   That wasn't my question.  Was he acting as a

15   lawyer?

16        A.   I don't know.  But all I can tell you, you

17   asked me about financial something when it was financial.

18   And they get paid, so I don't know how to answer you

19   otherwise.

20        Q.   I'm just trying to figure out if Oscar Brown

21   committed a disbarrable offense by sharing

22   attorney/client privileged documents or if he was acting

23   as a trustee?

24        A.   I don't know.

EDDIE RAY BRADLEY vs. Village of University Park
Bradley, Eddie on 08/16/2016

Page 163

1      MR. KELEHER:  Objection.  Calls for speculation.

2   BY MR. WALL:

3      Q.   Were you there when that legal opinion came

4   out?

5      A.   No.

6      Q.   Were you told that it was in his trustee

7   capacity or as an attorney licensed by the State of

8   Illinois.

9      A.   I wasn't told anything.

10      Q.   And he shared this document if he was an

11   attorney with someone who is not a client, which would

12   have been Officer Brown.  Right?

13      MR. KELEHER:  Objection.  Calls for speculation.

14      MR. WALL:  Your client said he got it from Officer

15   Brown, so it had to get to him somehow.  Fair?

16      THE WITNESS:  Yeah, he had -- yeah.

17   BY MR. WALL:

18      Q.   And he gave you a copy of this legal opinion?

19      A.   Yes.

20      Q.   When we depose Oscar Brown, I guess he'll be

21   in a better position to tell us if he was acting as

22   village counsel or if he was acting as a trustee.

23           You said you were a taxpayer and a former

24   employer.  Did you ever ask to address the Board post

EDDIE RAY BRADLEY vs. Village of University Park
Bradley, Eddie on 08/16/2016

Page 164

1   your termination?

2       A.   No.

3       Q.   Did you ever ask for a meeting?

4       A.   All that was done through my attorney.  All

5   that was done, but it was done -- are you asking me if I

6   specifically did it?  No.  But it was, you know, asked

7   for through my attorneys.

8       Q.   Why not go to the next meeting and ask why you

9   were terminated?

10      A.   Because I felt at that point I was going to

11  let my attorneys handle that.  I think the situation

12  called for that.

13      Q.   But you're a taxpayer?

14      A.   Absolutely.

15      Q.   And they could be on the hook for your -- you

16  effectively could be funding your own settlement?

17      A.   Yeah.

18      Q.   Or you will be?

19      A.   Yeah.  You're absolutely correct; but I'm

20  not going to go and question Donald Trump about some of

21  his idiotic stuff.  And I'm a taxpayer of the United

22  States.

23      Q.   Off the record.

24                   (Discussion off the record.)

EDDIE RAY BRADLEY vs. Village of University Park
Bradley, Eddie on 08/16/2016

Page 165

1  BY MR. WALL:

2       Q.   Back on the record.

3            You're a taxpayer.  It just seemed to me if

4  you were upset about this termination, why not yourself

5  ask to address the Board to determine why you were

6  terminated?

7       A.   Because I think anybody in their right mind at

8  that point would go and get an attorney that knows what

9  they're doing.  It's time for legal intervention, and let

10  them handle that at that point.  And that's what I did.

11      Q.   What were you making in unemployment?

12      A.   Approximately $1,400 a month.

13      Q.   So when you were getting unemployment, you

14  were getting about 10K in the door a month, roughly.

15  Pension, social security, unemployment.  Ballpark.

16      A.   Yeah, yeah.

17      Q.   You don't have any idea surrounding the

18  circumstances of Mel Davis' termination.  Correct?

19      A.   Not factually, no.

20      Q.   Your attorney just asked you.  You said he was

21  given a severance.  Right?

22      A.   Yes.

23      Q.   And you said you don't know why he was

24  terminated.  Right?

EDDIE RAY BRADLEY vs. Village of University Park
Bradley, Eddie on 08/16/2016

Page 166

1      A.   Yes.

2      Q.   So you don't know why he got the severance.

3   Correct?

4      A.   The mayor wanted him to have it.

5      Q.   That's your assumption again.  Correct?

6      A.   I think that's a fact.  He got it.

7      Q.   But you don't know why he got it.  You don't

8   know why he got it?

9      A.   No.

10     Q.   You don't know who was involved in the decision

11  to give it to him?

12     A.   Somebody on the board.

13     Q.   Again, you don't know specifics.  Fair?

14     A.   Right.  I don't have any evidence.

15     Q.   Okay.  I'm done.

16          So to clarify the record, Exhibit 1 is the

17  Ordinance and Employment Contract.  Exhibit 2 is his

18  Answers to Interrogatories.  And we agreed that Exhibit 3

19  is the complaint.

20     MR. KELEHER:  That's correct.

21     MR. WALL:  Fair?

22     MR. KELEHER:  Yes.

23          AND FURTHER AFFIANT SAITH NOT.

24               (Time noted:  5:00 p.m.)

EDDIE RAY BRADLEY vs. Village of University Park
Bradley, Eddie on 08/16/2016

Page 167

```
 1   STATE OF ILLINOIS   )
                         )   SS:
 2   COUNTY OF C O O K   )

 3

 4          I, LYNN MANGAN, a Notary Public within and

 5   for the County of Lake, State of Indiana, and a

 6   Certified Shorthand Reporter, CSR No. 84-001449, of

 7   the State of Illinois, do hereby certify:

 8          That previous to the commencement of the

 9   examination of the witness, the witness was duly

10   sworn to testify the whole truth concerning the

11   matters herein;

12          That the foregoing deposition transcript

13   was reported stenographically by me, and was thereafter

14   reduced to typewriting under my personal direction,

15   and constitutes a true record of the testimony

16   given and the proceedings had;

17          That the said deposition was taken before

18   me at the time and place specified;

19          That I am not a relative or employee or

20   attorney or counsel, nor a relative or employee of

21   such attorney or counsel for any of the parties

22   hereto, nor interested directly or indirectly in

23   the outcome of this action.

24
```

EDDIE RAY BRADLEY vs. Village of University Park
Bradley, Eddie on 08/16/2016

Page 168

1          IN WITNESS WHEREOF, I do hereunto set my

2    hand and affix my seal of office at Chicago, Illinois,

3    this 16th day of August, 2016.

4

5

6

7

8

9          Lynn Nancy Mangan, C.S.R.

10

11   LYNN NANCY MANGAN
     Notary Public - Seal
     State of Indiana
     Lake County
12   My Commission Expires Mar 9, 2023

13   _____

14   Notary Public-Lake County, Indiana.
     My commission expires March 9, 2023.

15

16

17

18

19

20

21

22

23

24

EDDIE RAY BRADLEY vs. Village of University Park
Bradley, Eddie on 08/16/2016

Index: $1,400..7th

### $

**$1,400** 165:12
**$1,700** 60:19
**$100,000** 43:14 110:24
**$2,000** 43:12
**$25,000** 110:23 158:10,18
**$30,000** 122:19
**$42,000** 130:13
**$450,000** 148:2,10
**$650,000** 148:6 153:8
**$8,000** 151:9
**$900,000** 59:23,24

### 0

**09** 128:7

### 1

**1** 17:18,21 36:15 41:22 104:20 166:16
**1.1** 148:6
**1.6** 153:7
**100** 147:24
**100,000** 147:21
**100K** 150:22
**10K** 165:14
**110** 147:21
**110/111** 128:23
**12** 12:12 14:1 88:24
**13** 13:24 14:1,2 88:22 101:3
**14** 101:3,4 129:22 135:4
**15** 5:10 16:7 28:12 40:7 129:22 135:7
**150** 60:11
**16** 14:9 40:7 48:17
**17** 7:23
**18** 33:18 150:12,13

**1892** 23:19 33:14,19
**19** 150:12
**1983** 36:16
**1996** 87:6 128:15
**1:07** 4:1
**1st** 40:11

### 2

**2** 49:16 94:5 126:7 166:17
**20** 113:6 117:8
**200,000** 60:8
**2009** 9:18 72:14 89:2 106:15 128:6,9
**2012** 11:14,15
**2013** 9:20 11:14 13:18 28:9 31:5 50:15,16 72:14 101:2 135:4
**2014** 28:9 101:7
**2015** 9:20 15:6 16:22 28:9 31:19 54:16 83:5 136:3,7,10 137:21 149:16
**2016** 16:22 63:14 111:9
**2017** 40:11
**22** 32:19
**23** 121:10
**25** 71:2
**25%** 148:1
**25K** 111:2
**27** 8:16
**29** 15:5 40:7 149:16
**29th** 23:9 45:13

### 3

**3** 114:12 166:18
**3/3** 22:7
**30** 117:8
**300** 34:7
**30th** 14:9

### 31st
**31st** 16:24 40:7 63:10 143:20

### 4

**4** 65:14 69:15 114:24
**4/2** 32:8
**4/3** 32:7
**400,000** 154:16
**42** 36:16
**450,000** 147:17
**4th** 116:24 117:4

### 5

**5** 82:21 147:18
**5,500** 150:20
**5/1** 32:7
**50%** 109:22
**500,000** 60:6 154:14,16
**5:00** 166:24

### 6

**6** 147:19
**6-1-53** 7:18
**600,000** 147:16
**60484** 7:21
**62** 82:21 84:22 85:18
**622** 7:20
**64** 86:14 88:3,9
**65** 92:11 94:4
**650** 147:21
**66** 95:3,7
**67** 98:21 99:2
**670** 147:22

### 7

**700,000** 62:24
**7th** 16:11

EDDIE RAY BRADLEY vs. Village of University Park
Bradley, Eddie on 08/16/2016

Index: 89..armored

**8**

**89** 9:18

**9**

**9-25-15** 126:7

**900,000** 145:19

**A**

**ability** 10:9 70:21 111:4
112:19 143:23 145:23 148:22
149:15 153:20 154:4

**absolutely** 17:15 20:13 21:1
75:20 88:12 100:10,14 105:4,
6 116:23 123:15 137:18 143:8
145:7 158:20 164:14,19

**access** 108:24

**accident** 10:18 122:3

**accosted** 161:20

**account** 83:1,4,10 84:3
125:4,15

**accountable** 143:6,10 152:7,
10 153:5

**accounts** 83:23 84:1,5

**accurately** 10:9

**Acme** 102:6 105:13

**Act** 36:21 82:20 110:2,18
111:2 141:8 144:4,10

**acted** 35:7 119:10,11

**acting** 49:9 81:16 85:11
105:16 106:2,5 108:12 122:9
129:11 132:21 157:14 162:12,
14,22 163:21,22

**action** 39:1

**actions** 27:13 38:9,22 44:5,7
61:3 62:2,8,10 81:24 100:13
119:20 120:16,18 152:8
153:11

**acts** 119:22

**actual** 54:16 119:9,10

**addition** 148:4

**additional** 114:19

**address** 163:24 165:5

**adjudication** 135:22

**administration** 20:1

**administrative** 25:9 88:15
136:17

**admire** 76:1

**admit** 23:8

**admitting** 74:12

**adult** 5:17 10:20

**advice** 120:14,15 141:13

**advised** 122:2

**advising** 35:4

**AFFIANT** 166:23

**affidavit** 90:13 102:8 105:9
128:20

**affidavits** 98:1 105:11

**afford** 117:3

**afforded** 158:5

**agree** 17:16 20:14 23:10 24:2,
6,16 33:1,15 38:15 40:11,16
42:1 52:8,9,22 54:12 56:14
118:21

**agreed** 15:16 32:24 166:18

**agreeing** 30:9

**agreement** 13:11,14,15,17
112:16 136:2

**ahead** 155:8 157:18

**ahold** 159:24

**aligned** 133:19

**allegation** 36:16 37:20 82:1
83:18 84:21 104:19 130:16

**allegations** 8:10 40:24 45:12
76:23 93:3 119:8 130:17
131:4 134:1,12 136:16 138:5

**allege** 44:20 51:6

**alleged** 25:5 107:1

**alleges** 36:16

**alleging** 140:2

**allowed** 158:14

**allowing** 131:17

**amassed** 60:14

**America** 75:2

**amok** 45:6

**amount** 42:20 110:20 130:7
133:6

**angry** 69:1

**anguish** 42:22 115:3,4,11
116:12 117:20 118:4,10,11,18

**announced** 47:7 48:2

**answering** 62:13 107:15
160:2

**answers** 47:19 65:10 118:20
166:18

**anticipate** 6:23

**appeal** 34:15 37:22

**applicable** 4:13

**application** 63:19 64:12,13,
14,20 66:5 69:8 146:15

**applications** 66:19 73:3

**applied** 63:17 69:17 70:3
72:19 114:22 146:8 151:22

**applies** 111:2

**apply** 65:18 68:13 71:1 75:1
76:15 82:14

**applying** 63:14

**appointed** 35:9,24

**appointment** 103:17

**appointments** 35:11

**approximately** 4:18 5:10
7:23 9:17 17:9 60:8 121:22
150:19 161:6,9 165:12

**Apps** 133:14 137:5

**April** 15:24 16:10,11

**area** 57:13 74:23

**arguing** 66:24

**argument** 37:7,10

**Argumentative** 152:24

**armed** 11:22

**armored** 43:15 117:8

EDDIE RAY BRADLEY vs. Village of University Park
Bradley, Eddie on 08/16/2016

Index: arrest..Bradley

**arrest** 36:5

**arrested** 35:21 36:8 87:1
129:6 130:12 131:13,22

**arrived** 60:2

**arrow** 74:23 75:17,22

**article** 13:12 46:6,8 55:23
56:2 59:19 81:1

**articles** 34:3 45:23 46:2,8,11

**ASA** 127:7

**asks** 59:24

**assistant** 14:14 88:15 100:17

**associates** 85:2

**assume** 6:21 21:8 26:7 28:1
45:5 51:14 53:7 72:21 74:18
76:11 147:24

**assumed** 27:24 32:1 66:10,
18 78:15

**assumes** 119:3

**assuming** 20:6 22:11 29:9
30:10,11 111:1 147:15

**assumption** 27:21 53:8
54:15 56:18 57:20 74:20 99:2
118:20 137:2 140:7 166:5

**atmosphere** 25:16

**attacked** 77:20

**attacking** 77:23

**attempted** 64:3

**attended** 9:5

**attorney** 18:16,22 19:2,6,9,
15 20:7 41:13,17 52:24 80:23
81:6 100:12,17 101:8 111:17
118:4 127:9,13 130:3,14,20
132:7,8,10 133:1 156:22
163:7,11 164:4 165:8,20

**Attorney's** 100:7 111:16

**attorney/client** 162:22

**attorneys** 18:13 20:8 143:5
164:7,11

**auto** 106:13

**avoidance** 112:12

**aware** 11:21 14:17 18:23 37:2
48:18 80:19 83:9 84:4,12

114:7 131:8

———————

**B**

———————

**B-r-a-d-l-e-y** 4:10

**back** 14:15 16:7 23:3 27:3,5,7
29:16 41:7 42:19 48:23 49:15
55:22 64:15 70:24 71:8,9
72:13,18 81:23 88:3 90:23
97:9 104:1 106:9 111:7 112:2,
8 115:16 120:1 122:8 132:5
138:23 139:8 141:18,22
142:14,17,18,23 143:16,18
145:18 158:13,14 165:2

**backing** 135:17

**bad** 11:9,11 19:24 30:11 56:7

**badge** 87:3 131:21

**badly** 63:6 148:12

**balances** 56:18

**bald** 121:19,23 122:20

**ballpark** 17:11,12 148:2
165:15

**bank** 83:1,18,20 85:22 86:16,
23,24 87:9,24 91:8 97:24
100:19 125:4 128:3

**bankruptcy** 10:5,7

**Barack** 139:23

**barbecue** 117:4

**based** 54:15,17 110:23 135:7
147:18

**Basically** 22:2

**basis** 13:21

**Bates** 128:23

**battery** 131:18

**beginning** 120:9 135:19

**behalf** 85:20

**behavior** 55:6

**belie** 113:3

**belief** 30:15 53:4 54:15 55:15
106:18 110:16 118:23 137:11

**believed** 90:5 98:10 101:20
111:12,23

**benefits** 39:7 40:19 41:4

**big** 63:7 70:6 132:19

**billboard** 44:13

**bills** 54:23

**binding** 14:18

**bio** 80:13

**birth** 7:17

**bit** 25:19 127:4

**bitch** 121:6

**bitterness** 36:4

**blah** 25:21,22 47:9,10

**block** 26:16

**blow** 115:16

**blower** 82:20 93:4 100:13
104:21 106:22 110:2,15 131:4
140:20 141:8 144:4,10

**blowing** 103:19 120:6,8
130:17

**board** 22:3,23 28:3,4,7,13
29:1,4 32:12 34:13 35:5,6
36:9,12,13 37:17 47:7 48:3,6,
8 49:1,7 58:18,19 59:1,3 61:1,
23 77:14,19 79:4 81:2,3,7,8,
18 86:9 87:1 93:1,12 101:21
102:19 103:1,2 109:10 126:13
132:11,18 133:21 135:12
140:16 142:9 154:16 158:11,
22 163:24 165:5 166:12

**boards** 149:20

**Bob** 105:21,22

**body** 49:9 115:6

**Bola** 126:9

**bottom** 107:17

**bought** 122:6,16,19 124:3,24

**bound** 38:17

**Bowers** 105:21,22

**box** 87:7 115:19 129:3,14
130:17,22 131:3,19 132:3,10,
23 133:14,20

**bracket** 148:1

**Bradley** 4:3,10,12,15 29:24
48:12 58:11 76:7 108:5

EDDIE RAY BRADLEY vs. Village of University Park
Bradley, Eddie on 08/16/2016

Index: Bradley's..citizens

154:23 158:24

**Bradley's** 126:8

**breach** 49:16

**break** 7:10,12 106:21 112:5
138:19 139:9

**breakdown** 154:10,11

**bring** 122:17

**bringing** 86:13 93:1 150:21

**broke** 92:15

**brother** 155:20 156:9

**brought** 25:13 86:10 122:18
130:20 134:10 155:23 157:22

**Brown** 22:2,16,17,24 31:9
81:10 92:22 107:19 110:9
127:13 154:24 155:2,3,21
156:6,8,9 162:7,20 163:12,15,
20

**Brown's** 87:6 128:15

**brushoff** 67:22

**buck** 57:12

**buddies** 90:12,21 133:22

**building** 139:19,21

**business** 123:2

**butt** 28:5 29:6,18,23 30:3,20
58:4 119:19

**butts** 29:8

**buy** 124:22

**buying** 124:1

― ― ― ― ― ― ―

**C**

― ― ― ― ― ― ―

**Cabal** 69:3

**cadet** 85:9

**cahoots** 133:15

**call** 13:6 26:5 64:22 66:7 72:4
74:22 92:17 98:7 107:6,11,22
121:6 133:11 139:5

**called** 4:4 98:8 111:11 122:11
127:10 159:17 164:12

**calls** 14:21 33:2 53:11 61:13
149:8 163:1,13

**capacity** 10:13,14,16 55:7
61:4,11 77:12 81:4 163:7

**car** 54:18

**card** 93:9,16

**care** 35:12 83:11,20 107:6
109:4 117:14

**career** 149:21

**carry** 93:16

**carrying** 87:3

**cars** 100:19 102:6,17 105:8,
12 121:19,21,22 122:7,20
123:6

**case** 5:21,23 23:22 38:20
41:8 51:20 53:19 65:9 90:20
103:1 143:23

**cases** 75:8 126:23

**cash** 90:15

**cashed** 60:18

**cast** 139:10

**caught** 109:2

**caused** 43:22 45:2 86:5 90:5
118:10 134:17

**cease** 98:20 99:16

**Center** 13:6 107:12

**ceremony** 13:6

**certainty** 136:20

**cetera** 71:11 86:24

**chairman** 35:18 36:1,3,9

**Champaign** 9:7

**chance** 66:15 158:10

**change** 30:8 53:4 157:20

**changed** 53:20

**character** 51:5,7,10 52:5
53:4,24 54:9 63:5 77:4,7,10
148:12

**charge** 28:4

**charges** 50:14 135:6,16

**chase** 22:14

**cheat** 44:14 48:23

**check** 34:9 49:24 60:16

107:12 113:23 128:2 158:10

**checking** 122:21

**cheer** 73:15 139:20

**Chicago** 43:8 51:17

**chief** 11:13 15:2 20:24 27:3,5
28:3 45:17 47:9,10 48:12
49:11,13 51:15,16 52:20 56:9,
10 57:24 58:2 59:15,21 63:6,
13 67:1 76:7 80:4,8 85:11,14
91:22 92:1,3,6,9 93:21
102:15,18 104:16 107:4,6,15,
20,21,22 108:1,6 112:19
113:12 114:6 122:9 123:14,
17,19,21 124:12 129:11
131:20 136:19 142:24 144:17
146:16 157:11,13,14 158:13
159:1,7

**chief's** 66:11

**chiefs** 34:15 43:6 67:17 92:9
117:12

**childhood** 103:22

**children** 42:24 74:8 152:14
153:22

**chilling** 104:12

**chin** 71:20

**choice** 133:18 137:15

**choose** 109:24

**Chris** 55:18 76:18 144:2

**Christmas** 43:12 79:24 117:9

**Christmases** 43:12

**Chuck** 128:10,11

**circle** 81:23 129:5 134:19
137:10

**circled** 85:4 90:20 130:18

**circling** 90:23 129:9

**circumstances** 146:23
165:18

**citations** 23:16

**citizen** 128:20

**citizenry** 73:23

**citizens** 11:23 13:3 48:8
54:19 58:15 72:1

EDDIE RAY BRADLEY vs. Village of University Park
Bradley, Eddie on 08/16/2016

Index: City..correct

**City** 45:22 46:19,23 48:1 56:3

**civil** 4:14 36:20 37:3 39:1,7 135:12

**claim** 39:7 47:12 56:17 76:10, 12,16 79:3 110:19

**claims** 32:20 41:24 82:5 106:22 120:8 140:20 144:5,10 145:16

**clap** 139:19

**clarified** 56:15

**clarify** 17:14 154:23 166:16

**clean** 7:2 113:3

**clear** 90:24 155:24

**clerk** 13:1 94:15,24 99:3,17 122:15

**client** 163:11,14

**clock** 21:12

**close** 55:23 84:1 85:2,3 97:1, 2 104:8 109:6,10 139:10,11 150:22 161:19

**closed** 84:5 119:1

**closely** 76:13,19

**cloud** 63:7

**clue** 89:6 136:4

**cohesive** 103:23

**cohorts** 117:17

**collecting** 146:21

**Collection** 110:18

**college** 9:3,4,6

**colleges** 9:5

**combined** 75:13

**commander** 104:7 133:7 134:3,4

**commanders** 121:18

**comment** 23:23

**commission** 33:21,22 34:21, 23 36:1,3 107:11

**commissioners** 34:13 135:13

**committed** 51:21 52:3 92:14 108:20 162:21

**Common** 32:19 33:5 74:24

**communications** 141:1

**communities** 43:7

**community** 56:23 117:12,13, 14 136:9

**company** 72:6

**comparable** 114:13

**comparison** 151:6

**compensate** 42:21

**Compensatory** 42:20

**complain** 96:10

**Complained** 98:15

**complaining** 98:9

**complaint** 8:11 20:22 36:15 59:24 82:21 94:5 95:3 126:7 128:21,24 131:2 134:1 135:10 138:5 145:16 148:14 166:19

**complete** 83:7

**completed** 84:8 99:24 100:2 123:16

**compliments** 76:3

**compromised** 148:9

**concern** 93:2,7

**concerns** 95:5 98:10

**conclusion** 14:22 18:5 33:3 37:15 53:12 61:14 149:9 150:5

**conduct** 43:22,24 44:20 60:7 87:19

**conducting** 83:1 87:15 88:4 90:6 99:10

**conference** 139:9

**conferences** 66:9,11

**confidential** 57:3

**confirm** 111:21

**confirmed** 30:15,16 85:14

**conflict** 131:6 133:10,11

**connected** 76:13 77:18

**connecting** 110:14

**connection** 107:1

**consequence** 112:11

**considered** 114:5

**constantly** 63:8

**construct** 57:17

**construction** 57:19 59:17

**contact** 18:13 159:19 160:12

**contacted** 19:2 159:20

**contentious** 93:12

**contesting** 120:15

**continue** 14:19 15:2 96:1 98:18 153:5

**continued** 96:3 136:18 150:9

**continuing** 99:15 135:19

**contract** 12:14 13:19 14:2,8, 11,17 15:1 17:5,20 18:2 20:16 24:4 31:5 32:21 39:17 40:6, 14,20 41:8 49:16,18 50:4 60:10 111:3 112:13 143:14,19 150:9 158:17 166:17

**contracted** 16:21

**contractual** 39:20 40:19

**control** 28:3 29:4 107:4 122:11

**conversation** 19:22 21:18, 22 35:19 45:7 65:5,20,23 66:21,22 67:10 68:5,16 70:17 96:19 98:16 99:5 101:7 102:18 121:20,24 122:1 139:4 140:1,10,12 142:5,8,12 147:5 156:10 157:1,7,8,9 158:11

**conversations** 11:18 19:14 26:13,22 27:1 32:13 35:3,4,16 36:10 48:16 60:24 66:10,13 68:1 76:4,14 78:20 95:12,15 132:2,4 138:4,7,9,11,24 139:2 140:13,16,21 141:8,11,20 142:1 144:8,21 145:14

**convicted** 8:3,5

**Cook** 111:16 126:21,22 127:3

**cop** 124:15

**copy** 97:23,24 155:17 163:18

**Corp** 9:15,22 72:16

**correct** 14:20 16:1,15 18:9 20:20,21 23:2,14 24:8,13

EDDIE RAY BRADLEY vs. Village of University Park
Bradley, Eddie on 08/16/2016

Index: correctly..deposition

30:1,20 33:11 36:17 37:5,8,
18,22 40:4,22 44:10 45:9,14,
17 48:14 49:19 50:5 54:13
55:13,14 58:21 61:4,18 62:12
68:15 72:24 78:3,12 79:7
81:12,18 82:12 91:9,10,13,14,
17,18 93:22 98:16 99:21,22
100:1,3 102:2 103:12,13
104:22 105:5 106:16 108:12
109:13 112:13,24 113:1,3
114:11,17,22,23 115:22
119:15 120:11,18,19 124:22
125:7 131:3,20 134:3 135:16
137:12 144:5 147:19 149:11
153:15 164:19 165:18 166:3,
5,20

**correctly** 129:2

**corrupt** 35:5 57:7,8

**corruption** 46:5 75:7 77:18
86:1 126:23 131:6

**corruptly** 35:7,8

**corruptness** 88:18

**cost** 43:15

**counsel** 6:24 26:8 163:22

**counsellor** 149:21

**count** 36:15 41:22 49:16 78:7
82:21 104:20

**county** 5:16 6:7,8 9:11,16,17,
18 10:12 37:1 80:24 92:17,18
111:17 126:21,22 127:3 133:4
161:19

**couple** 13:2 63:18 96:7,15
132:18 139:24

**court** 4:13 33:21 132:12,20

**courthouse** 80:24

**cover** 104:24

**covered** 82:12 114:6 115:1
118:5 142:2,5

**Covington** 16:7 23:9 24:19
44:24 45:8 46:15 47:5 51:9
52:1,7,13 54:12 55:13 62:3,
18,21 77:11,20 78:11 79:4
80:20 84:16 91:8,12,16 94:16,
19 97:22 110:9 117:17 118:24
120:17,23 121:3,4 125:20
126:1 132:3 138:10,24 139:20
140:11 141:1 148:13 154:17
161:3

**Covington's** 59:9

**CPA** 148:3

**crazy** 58:19

**crime** 11:10 51:22 52:3
108:20,24 109:1

**crimes** 107:1

**criminal** 43:9

**crook** 48:12

**cross** 104:9

**crossed** 102:3 104:23 162:2

**crossing** 75:3,5

**cry** 77:22

**curse** 57:6

**cut** 22:13 73:14

**CV** 9:8

**D**

**D.C.** 139:18

**damage** 56:21

**damages** 41:23 42:20 59:24
60:1,3 62:23,24 149:6

**damn** 141:13

**Dan** 124:9

**Daniel** 121:12 123:16 124:6

**Darryl** 83:11 157:14

**date** 7:17 12:6 15:7,8 28:8
91:21 106:11 135:3 143:2

**dates** 14:14 95:16 100:16

**Davis** 14:5 92:5 108:2 157:11,
15,16 158:5

**Davis'** 165:18

**day** 12:17 30:14 42:13 43:1
48:22 59:12 73:12 96:13 97:9
100:24 110:5,8 117:22 121:24
123:4 133:22,23 138:7,16
151:21

**deal** 68:24

**debilitated** 153:22

**Deborah** 134:16 137:1

**December** 14:10 16:24 40:7
63:10 143:20

**decide** 120:22

**decided** 57:18 58:8 93:21

**deciding** 41:9

**decision** 23:17,18 37:18
135:12 166:10

**decisions** 34:16

**deducted** 60:21

**Dee** 94:15,18 144:7 145:9

**Dee's** 101:24

**deep** 161:21

**defamation** 41:23 45:12
47:12 51:2 52:4 53:23 55:1
56:17 76:13,15,19,23 77:4
79:3 82:1,9,13 140:24

**defend** 32:10,11

**defendant** 5:20,22 15:5 37:1
87:19 89:13 98:20 99:9
110:14 119:11

**defendant's** 43:22 44:20
112:12 120:14,16

**Defendants** 119:9

**defending** 102:12,19 103:7

**Defense** 17:21

**defined** 41:5,22

**definition** 51:4 94:20

**Delano** 126:9

**delineate** 109:21

**denied** 33:24 34:1,2 159:13,
15,16 160:5,9,13,16

**deny** 24:18,20

**department** 9:14 11:11 12:1
27:4 63:3 66:12 92:16 112:20
131:6 142:18 155:23

**departments** 63:17,20 67:18
146:20

**depending** 23:6

**depose** 163:20

**deposition** 4:12,15 5:6,9
15:10 126:8

EDDIE RAY BRADLEY vs. Village of University Park
Bradley, Eddie on 08/16/2016

Index: depression..employer

**depression** 116:3

**deps** 4:20

**deputy** 10:13 51:16 129:11

**desire** 57:24

**detail** 92:12

**details** 82:24

**Detention** 5:17

**deter** 154:12

**determine** 165:5

**determined** 42:21

**difference** 150:7 151:5

**difficult** 47:12

**direct** 15:7 20:3 38:21 110:12 118:22 136:24 140:7 157:4

**direction** 57:19 58:8 85:21

**directly** 19:20 97:22

**disability** 151:8

**disappear** 105:9

**disbarrable** 162:21

**disbarred** 127:22

**disc** 115:16

**discharge** 23:10 50:9

**discipline** 38:7 137:6

**disclosed** 82:21

**disclosing** 83:3

**discover** 83:15,17

**discovered** 83:1

**discovery** 4:11 47:19

**discuss** 27:12 97:12,16 121:12 128:16 130:2 154:23 156:23

**discussed** 56:23 76:15,24 77:6,8,12 97:21 109:18 112:13 114:1,16 116:8 118:9 120:2,7 125:12 131:3 137:2 138:4,8,11,17,23 140:14,21, 24 141:4,8 142:9 144:5 145:15 151:19 160:21

**discussion** 6:10 8:1 19:13 29:14 42:17 164:24

**disgruntled** 65:4

**dishonesty** 8:6

**dismissal** 32:22

**dispute** 15:15 39:2 54:24 79:2

**disregard** 55:2,3

**distress** 42:22

**distressful** 150:1

**divorced** 8:15

**document** 34:5 45:11 156:16 163:10

**documented** 49:2

**documents** 47:15 77:17 84:13 95:19 133:14 162:22

**Doe** 108:17

**dog** 35:23

**dogs** 117:2

**dollar** 43:2 116:24 153:3

**dollar-wise** 17:10

**dollars** 130:9 153:14

**Dolton** 64:6 68:9,17 69:8 112:22 114:7

**domestic** 87:2,6 128:15 129:6 130:12 131:14,18,22

**Donald** 164:20

**door** 73:14 119:1 139:11 156:11 165:14

**doubt** 116:23

**draft** 41:15

**drafted** 41:16

**draining** 70:19 73:4 74:6

**draw** 153:20

**drive** 54:18

**driver** 86:7 102:5,10,16 103:3 105:10 125:9

**driving** 106:24

**drop** 27:5 98:23 142:14,23 143:11

**due** 4:12 37:12 39:8 112:12

**duly** 4:4

**duties** 20:23

**duty** 25:9

**dysfunctional** 35:6

---

**E**

**e-mails** 130:24 151:20

**earlier** 28:11 32:24 38:15 86:7 110:5 114:16 116:9 134:8,10 141:5,21 155:2 159:9 160:21

**early** 101:3 129:22

**Ed** 108:5

**Eddie** 4:3,10 126:8

**education** 9:2 158:1

**Edward** 4:12

**effect** 48:18

**effectively** 38:13 65:12 164:16

**elected** 35:7,10 42:11 139:23

**election** 21:21 28:10,12 31:3 161:9

**elections** 16:10 161:20

**email** 126:20,24

**embarrassing** 69:21 73:3,9, 12

**emotional** 42:22 70:10 72:20 73:9 150:1

**emotionally** 70:8,18 73:3 74:6

**employ** 148:11

**employability** 40:16 60:8 63:5

**employable** 65:13

**employed** 9:24 14:19 145:11 146:1 162:10

**employee** 5:2 12:15,21 20:15,20 38:16 42:5 65:4 121:5

**employees** 128:13

**employer** 163:24

EDDIE RAY BRADLEY vs. Village of University Park
Bradley, Eddie on 08/16/2016

Index: employers..feelers

**employers** 54:23

**employment** 6:14 10:2 11:4 12:14 17:20 18:2 20:16 31:5 40:20 50:4 55:7 68:7 70:21 83:4 91:22 102:14 111:4 129:19 145:23 146:4,18 148:16,22,23 149:15 150:9 166:17

**end** 13:23 14:11 15:24 41:8 60:10 101:3,4 123:18 129:22 143:20

**ended** 15:24 65:5 123:21,24

**ending** 16:14

**ends** 41:8

**enforcement** 56:22,24 71:2 74:24 113:7

**ensure** 37:12

**entered** 13:19

**entering** 108:23

**entire** 56:22 140:10

**entirety** 87:9,11 90:11 91:5

**entities** 100:7

**entitled** 38:4,12 39:13,16,19 110:20 111:1 120:23

**entity** 53:1

**envelope** 156:17

**equal** 17:6

**equipment** 122:12

**era** 104:11

**ERT** 5:13,14

**essential** 37:10

**essentially** 13:21 22:7 36:16 56:17

**Evanston** 9:7

**events** 54:16

**eventually** 11:12 12:2

**everybody's** 47:22 56:5

**evidence** 51:24 53:5 55:8 85:19 86:22 87:8,11,13 90:9 91:7,11,15 94:16 95:1,2 99:20 102:1 104:21 105:2 108:9,10, 15,18 109:5,9 110:12,14,17

118:22 119:6,17 120:3,7,19 130:21 131:12,19 136:24 137:4,11 140:8 166:14

**evidentiary** 149:14

**ex-deputies** 57:14

**exact** 28:7 88:21 100:16 106:11

**EXAMINATION** 4:6 154:21 162:5

**examined** 4:5

**examples** 52:5 77:8 118:8

**exchanged** 105:15

**Executive** 31:11,15,18

**exhibit** 17:18 94:5 126:7 166:16,17,18

**exists** 34:20

**expenses** 65:14

**experience** 67:21 71:3

**experienced** 116:12

**expired** 15:1

**expires** 14:11

**explain** 38:8,10 63:8 69:22, 23 70:8 71:5 73:10 74:9 76:6 146:23 148:20

**explained** 36:2 71:6 72:2 89:5 100:18 117:19 118:1

**explaining** 70:19 146:22

**exposed** 74:8

**eye** 115:18

**eyes** 96:23

---

**F**

**face** 147:4

**facilities** 125:20

**Facility** 5:18

**fact** 37:22 76:22 82:13 85:24 86:2,18 87:12 88:14 93:8,13, 15 99:23 134:20 145:1,19 147:3 166:6

**faction** 22:4,11,12

**factions** 23:4,5

**facts** 20:22 32:19 33:5 82:2 120:1

**factual** 56:8 149:14 151:18

**factually** 56:12 165:19

**failed** 149:6

**failure** 49:16 120:16

**fair** 6:21 14:12 15:2,3 16:19 20:17 23:8 24:3,16 29:13,20 30:4,12,15 31:19 33:1,5 36:13 37:13 38:18,22 39:2,9,13,14, 18 40:12 41:9 44:1,5 45:21 47:6 48:21,24 51:7 52:1,8,13, 17,21 53:8,10 54:11 55:5 56:19 57:21 58:9 59:4,15,18 62:3,5,7 67:15,16 68:18,19 69:15 71:15 75:22,23 76:8,9, 16 77:1 79:14 82:2 86:6 87:13,14 109:1 110:16 111:9 115:9,10 118:21 120:24 133:6,8 134:5 135:7 146:4,6 148:2 152:1,23 163:15 166:13,21

**faith** 36:12 118:13

**fall** 143:3

**falls** 143:23

**false** 8:6 41:23 52:16,20 55:1, 2 76:10,12,16,19,24 78:8 81:23 82:1,4,9,14 141:4

**familiar** 6:12 36:20

**families** 43:11 117:3,8

**family** 53:1 74:8

**fan** 22:17

**father** 35:19,21

**favor** 159:21 160:18

**federal** 4:13,14 38:17,24 39:1,6 98:11 101:17,22 102:2 103:10 111:13,23 131:9,19

**fee** 17:5

**feel** 58:16 70:20 104:11 112:18 116:20,21 117:11 147:9 153:6,14

**feeler** 66:7

**feelers** 146:20

EDDIE RAY BRADLEY vs. Village of University Park
Bradley, Eddie on 08/16/2016

Index: feeling..gray

**feeling** 6:1 146:24

**fees** 41:17

**Felicia** 19:18 132:24 156:19

**felony** 8:3 106:13 109:1

**felt** 44:4 67:22 68:13 104:12, 15 117:19 133:15 164:10

**Ferguson** 113:20,21

**field** 67:22

**figure** 4:23 26:11 43:21 44:17 47:14 52:4 55:2 60:1 65:10 79:3 118:3 138:19 148:5,16 162:20

**figured** 150:10

**figures** 152:5

**file** 19:3 50:7 100:11

**filed** 10:5,7,17,24 26:12 64:1 73:2 126:7 135:6 159:9,16

**files** 97:24

**filing** 34:24 142:13 159:12

**fill** 64:13 66:5 69:7

**filled** 63:19 146:15

**finally** 123:5

**finance** 90:19

**financial** 84:2 145:24 152:11 162:17

**find** 18:18 64:21 68:7 69:11 71:21 122:14 152:10

**finding** 135:23 152:21

**finds** 47:2

**fine** 7:10 8:17 22:20 30:22 152:17

**finger** 139:13

**finish** 7:1 55:10

**fire** 33:21 34:21 36:1,3 49:22 57:10 58:1 107:10

**fired** 43:8 51:15,23 52:24 53:2 66:2 68:24 69:22 72:22 85:23, 24 86:2,12,18 87:12 90:8,22 134:17,19,21 135:1,15 137:9, 12 138:1 146:1 147:6,10 152:14 153:21 157:15,16

**firing** 86:17 119:20 120:10 122:24 156:4

**firm** 70:24 133:2,3

**Fish** 126:19

**floating** 158:3

**floors** 85:7

**Florida** 57:1

**FOID** 93:9

**follow** 64:15 144:23

**fool** 116:17

**force** 106:24

**forget** 22:19,23 35:18 46:7 93:23 94:9,14 99:3 150:19

**forgot** 22:21 126:21 134:13

**form** 155:7

**formal** 142:20

**forms** 13:21

**Forty** 17:12

**forward** 95:8

**fought** 118:14

**found** 18:11,23 26:11 89:19 120:18 122:9 123:5 159:21 160:18

**foundation** 155:7

**four-month** 111:9

**four-year** 9:21

**Frazier** 19:18 156:19

**free** 117:2

**French** 106:6

**friend** 93:24 94:10,11

**friends** 85:2 90:21 133:20

**front** 41:11,12,14 42:3

**full** 126:23

**fully** 120:23

**function** 68:3

**fund** 88:8 97:8

**funding** 164:16

**funds** 83:19 84:17 85:13

**future** 153:8 154:13

**G**

**gain** 70:21 111:4 145:23 146:4,18 148:16,22,23 149:15

**gained** 28:3

**gainfully** 148:11

**game** 74:13

**gamut** 126:23

**gap** 9:21

**garbage** 79:23

**gas** 11:23 43:2 73:13 76:5 78:21

**gathered** 31:22

**gave** 5:8 20:4 34:3 65:22 97:23,24 98:2,3 106:1 108:20, 22 109:4 155:19,23 156:6 157:23 162:7 163:18

**general** 127:9

**generally** 66:6

**generate** 78:23

**get all** 159:22

**get along** 133:7

**gig** 71:21

**girl** 159:23

**give** 6:20 9:8 38:7 49:17,22, 23 96:12 98:7 117:1 147:1 155:13 156:2,5 166:11

**giving** 66:20 67:22 76:2 108:16 135:18

**glove** 104:17

**golf** 123:11 128:10,11,13

**good** 6:1 30:10,18 51:23 70:12,13 71:12 76:7,8 113:11 124:15 133:18 144:23 145:4

**government** 139:24

**Governors** 9:6

**grandchildren** 43:1

**grass** 73:14

**gray** 74:23

EDDIE RAY BRADLEY vs. Village of University Park
Bradley, Eddie on 08/16/2016

Index: greater..IDES

**greater** 118:14

**Greg** 129:3,14 131:3 132:3, 10,22

**grieve** 36:11

**Griffin** 22:16 26:23,24 27:12 32:6 111:20 112:2 142:22

**grocery** 54:18

**gross** 46:6 75:7 131:5 147:16,22

**ground** 6:12

**group** 20:12 86:6

**growing** 103:22

**grown** 8:21

**grudges** 36:4

**guard** 72:9

**guess** 30:9 45:6 56:23 103:15 144:1 148:4 163:20

**guest** 97:2,3

**guilty** 137:17 152:10

**gun** 87:3 93:1,16 131:22

**gut** 109:24 110:4

**guts** 110:4

**guy** 35:18 36:9 46:12 65:3 66:12 70:12,13 77:18,22 102:9,12,23,24 107:10 122:23 130:12 147:6

**guys** 20:11 25:23 32:10 57:13 59:2 132:18 133:10 138:16 153:23

**gym** 118:12

———————————— **H** ————————————

**H-i-c-k-o-c-k** 7:20

**half** 79:17 84:15 107:21 122:20

**half's** 39:17

**Hall** 61:22 139:7,8

**hand** 104:17

**handcuffs** 109:4

**handed** 25:23 81:1 156:11

**handicapped** 152:15

**handle** 164:11 165:10

**handled** 92:16,17,18,19

**handling** 76:1 87:16,23 88:5 130:3 133:3

**hands** 105:15 139:20

**hanging** 63:7

**happen** 11:20 27:19 63:9 75:11 88:19 90:18 93:14 104:4 107:23 143:16

**happened** 11:24 13:9 25:19 27:17 32:1,4 43:5 57:1 71:5 82:19 88:20 92:3,4 96:16 97:20 98:12 102:13,18 113:14 116:19 123:7,10 146:23 147:2,9,11 150:4 156:4 157:4

**happening** 72:17 100:19 123:23 154:12

**happy** 90:2

**harassment** 50:14

**hard** 70:8

**he'll** 163:20

**head** 63:7 153:24

**hear** 28:14 127:24

**heard** 49:17 56:24 57:5 66:2 68:20 96:22 128:1 136:6

**hearing** 37:8,12,21 38:2,5,8, 12 49:18,24 93:11 119:4 155:13 158:6 159:17,18

**hearings** 155:12

**heart** 115:7

**heat** 109:5,9

**heehawing** 66:1

**held** 16:10 36:4 153:5

**hell** 66:15

**helped** 36:8 86:8 139:22

**Hey** 25:17,23 70:12 83:24 107:11 123:4 142:17 156:11

**Hickock** 7:20

**highest** 9:2

**hire** 63:6 65:24 67:7,19 112:23

**hired** 12:18 66:16 67:12,15, 17 68:14 69:1 75:6 122:7 126:12 139:7 144:2 147:6

**hiring** 67:1,18 68:18 113:8

**hold** 34:12 46:18 65:13 143:5, 10

**holding** 152:7,9

**holiday** 60:13 111:8

**home** 25:8,12

**homicides** 108:16

**honest** 41:20

**honestly** 41:15

**hook** 164:15

**hope** 17:15 118:13

**hoping** 151:24 152:4

**hot** 63:24 64:18 117:1

**hours** 138:20 139:24

**house** 8:23 36:7 155:23

**household** 153:24

**households** 152:15

**How's** 54:4

**humiliated** 44:4 116:8

**humiliating** 43:18,19

**humiliation** 42:22,23 43:22 45:2 117:19

**humvee** 43:16

**humvees** 117:8

**hundred** 150:13,14,20

**hundreds** 130:8

**hurt** 40:16 63:5 115:6 117:24

**hurts** 117:23 118:11

**husband's** 153:22

**hypothetically** 59:11

———————————— **I** ————————————

**idea** 94:24 165:17

**identify** 116:11

**IDES** 34:8 159:14,21 160:19, 20

EDDIE RAY BRADLEY vs. Village of University Park
Bradley, Eddie on 08/16/2016

Index: idiotic..Keith

idiotic 164:21

ignoring 120:14

illegal 155:10

Illinois 7:21 9:7,15 20:17 34:14 38:17 46:1 75:1 80:23 82:5 110:18 127:14,19 155:22 163:8

impact 10:9

implication 30:4 57:20

implied-ness 56:18

imply 32:7

impossible 138:18 144:20

impropriety 87:22

imputing 99:4

in-house 92:19

in-sum 86:4

inability 68:6

incident 31:13 93:24 94:10, 14 99:3 118:9 129:12 156:3 161:17

included 75:13 78:18

includes 120:13

income 112:11,15,18 114:1 150:15 153:8

incorrect 94:12 146:6

incurred 149:7

individual 84:6 119:11 121:20

Individually 5:2

influence 10:8

info 132:5

informal 67:14

information 126:9

informed 96:2 121:10 125:11

injuries 10:22 112:10

injury 10:21

Inmate 5:12

innocent 59:17

innocently 57:18

inquired 114:14

instance 49:3 122:19

instituting 135:16,17

insurance 133:2

integrity 60:7 63:5 71:17 146:1 148:9,12

intention 63:2

interacting 72:21

interaction 52:7 61:17

interactions 61:20 65:6

interested 97:10

interim 100:1

intermediary 98:13

Internet 64:12,13,21 65:19 66:4,19

Interrogatories 65:11 112:9, 10 118:21 166:18

intervention 165:9

interview 113:5

introduced 80:8 119:3

investigate 88:7,8,9

investigated 121:11

investigating 144:15

investigation 82:24 83:3,7, 22 84:7,8,20,24 85:21 87:15, 18,20 88:4 89:12 91:16 93:10, 17,19 95:17,19 96:1 98:23 103:5,11 106:19 123:8,17,20, 24 124:6 126:23 134:2,4,16 135:19 137:1,3

investigations 75:15 86:5 90:6 95:10,17 96:18 98:21 99:10,24 100:2,20 107:18 127:1

invited 68:13

involved 31:18 70:14 72:4 102:6,11 103:7 144:7 166:10

involvement 106:16 125:14

involving 8:6

IPMG 133:1

issue 14:2,3 86:16 122:2 128:3 133:23

issued 162:11

issues 23:4,5 49:1,2 107:17

_____

J

Jaco 96:19 145:11,14

jail 73:24

jammed 122:3

January 16:7 40:11 135:6

jaw 92:15

job 9:15,22 25:24 43:11,21 51:23 57:21 63:12 69:18 71:5, 24 72:3,15 104:9 112:19 113:15,23 116:18 130:10 133:13 142:14 146:16 149:20 153:24 159:1,6 161:4

jobs 63:15 70:4 72:19 146:8 151:20

Joe 21:6 22:16 26:23 111:19 142:22 161:4 162:1

John 34:10 41:16,19 48:13 56:9 80:4,13 100:17 101:22 108:17 111:11,21 136:1,4

Johnna 142:21

Johnson 128:21

Joliet 9:15,22

Jones 94:15,18

Joseph 22:11

judge 120:22

July 14:9 117:1,4

June 83:5

junk 123:6

jury 148:17

justice 118:15

juvenile 85:5

_____

K

Kankakee 45:22 46:1,18,19, 24 48:1 56:3 105:13

keeping 130:5

Keith 22:16 26:23 111:19

EDDIE RAY BRADLEY vs. Village of University Park
Bradley, Eddie on 08/16/2016

Index: Keleher..loss

142:22

**Keleher** 14:21 18:4,19,24
19:9 33:2 34:9 37:14,23
41:15,19 53:11 55:19 61:13
62:4 76:17,20 94:7,11 124:10
127:7,11 149:8,17 152:2,24
154:20,22 155:16 156:1,9,14
158:4,15 159:4 161:5,10
162:4 163:1,13 166:20,22

**key** 108:20 109:4

**keys** 108:9,10,16

**kick** 28:5 29:5,8,23 30:3,19
58:4 119:19

**kicking** 29:17

**kid** 85:8

**kids** 8:17 43:13 117:2

**killed** 35:24

**kind** 19:22 22:7 23:3,6 25:15
26:2 35:20 56:17 57:12 65:5
70:8,11 107:9 119:4 127:3
132:12 141:14

**knew** 27:18,19 29:7 30:13
58:18 74:11,12 75:6 93:9,10
96:20 104:15 131:7,13

**knowing** 146:24

**knowledge** 48:5 79:16,18
137:23 138:3

———————————

**L**

———————————

**lack** 22:10 25:15 67:23 71:14
76:2

**lady** 57:4 159:17

**Lafayette** 15:16 82:22 84:3
95:22 98:16 106:7,8 160:24
161:2

**Laquan** 51:18

**Larry** 22:2,17,23 92:22
107:19 110:9 128:15

**laughing** 133:22

**law** 20:12,17 23:19,22 32:20
33:14 38:17,18,20,24 53:14,
20 56:22,24 67:21 71:2 74:23
82:6 95:11 98:11 101:18,22
102:2 103:10 104:22 105:1,3
106:12 108:12 111:6,13,23

113:6 131:9,15,20,23

**lawfully** 108:21

**lawn** 35:23

**laws** 75:1 106:13

**lawsuit** 5:12 10:6,17,21 13:22
19:3 20:14 26:12 27:5,13
34:24 126:10 130:4 142:13,23
143:11 151:24 152:6

**lawsuits** 4:21 10:12,24
152:13

**lawyer** 53:1 143:15 162:15

**lead** 102:11

**leadership** 12:1

**leading** 103:6

**leap** 29:19

**leave** 63:11 129:19 136:17

**leaves** 45:4,5

**leaving** 51:21

**lectern** 48:22

**led** 84:20 86:17

**left** 14:5 51:13 72:10,16 83:8
84:7 129:21 156:13

**leg** 115:18

**legal** 14:21 18:4,14 26:8 33:2
37:14 53:12 61:14 81:14
120:14 141:12 149:8 155:3
162:7,10,11 163:3,18 165:9

**legally** 120:19,23

**legislative** 49:9 81:4,17

**length** 11:20 13:16

**letter** 15:5 18:8 23:8,13,24
24:7 25:2,5,13,23 33:9 45:3,9,
14 47:16 51:11 52:8,9,10,11,
16 53:6,13 61:7 62:17 77:13
78:11 79:6,13 80:20 81:11
119:18 159:17

**letters** 120:15

**letting** 130:6

**level** 9:2

**leveled** 50:14

**liability** 40:12 130:10

**license** 88:16 89:4,5 127:21

**licensed** 127:13,18 163:7

**lieutenant** 104:6

**life** 118:14 147:9 150:6

**lifelong** 85:1 90:12

**light** 41:23 76:10,12,16,19
77:1 78:8 81:23 82:1,4,9,14
86:13 141:4

**lights** 107:13

**liking** 103:20 106:24

**limitation** 120:13

**Linear** 13:10 15:16 18:20,23
20:6 21:18 25:20 27:22 29:24
32:17 35:4 50:12 82:22 84:3,
12 85:14 95:13 121:11 126:12
160:24 161:2

**Linear's** 15:10 22:6 139:9

**lines** 22:7 27:17 32:8 33:22
34:17 38:21 61:24 71:21

**linking** 87:8 110:12

**list** 9:9 20:4 24:1 125:3

**listed** 23:9 33:10

**listening** 28:22

**literally** 85:1

**litigating** 119:13

**litigation** 119:14

**live** 11:6,21 26:15,16 27:8
42:24 43:1 117:13 154:5

**lived** 48:17

**Liz** 22:22

**lock** 125:19

**long** 5:6 7:22 13:14 31:3
58:14 74:18 100:17 101:1,22
111:11,22

**longer** 56:8 105:8 113:13

**longstanding** 134:18

**looked** 34:5 121:21 127:3

**loop** 55:24

**lose** 115:18

**loss** 114:1,4 153:8

EDDIE RAY BRADLEY vs. Village of University Park
Bradley, Eddie on 08/16/2016

**losses** 65:15

**lost** 112:11,15,18 148:4

**lot** 6:23 28:16 36:4 60:3 71:22 75:9,12 82:19 85:1,3 106:13 108:15 116:14 117:3,12 118:11 125:2 156:13 158:2

**low** 71:16

**lower** 59:2,8 73:18

**lunch** 67:9

**Lynn** 57:5

---

**M**

---

**mad** 132:13

**made** 34:16 47:12 48:23 55:1,3 60:9 76:12 82:5 83:9 84:12 116:17 129:10 135:22 136:16 150:8

**mail** 79:23

**mailbox** 47:22 80:15

**mailboxes** 56:6 78:13,15

**mailer** 21:8

**majority** 128:9

**make** 7:1 37:17 58:19 100:11 107:12 118:5 134:12 150:11 152:4,5

**makes** 103:19

**making** 82:7 150:7,22 151:8 165:11

**males** 59:1

**malice** 119:9,10,22 120:1,8, 13,18,20

**man** 35:23 71:12 76:2,7,8 77:3 104:14 106:1 142:18

**manager** 13:11 50:12 82:22 83:23 84:12 88:15 90:13,19 95:4,9,13 98:15 105:16 106:3, 5 113:8,17 117:1 121:11,24 142:22 144:9

**mark** 17:20 94:4

**marked** 17:18

**Markham** 155:22

**married** 8:8,10,13

**mathmatical** 151:6

**matter** 30:7 85:22 118:3 149:7

**mayor** 15:5,11,17,21 16:7,18 18:9,13 22:2,17,24 23:4,8 24:19 25:18 28:2 29:2 31:4,21 42:14 44:23 45:8 46:15 47:5 51:9,24 52:7,13 54:12 55:4,13 57:23 58:19 59:8 60:6 61:1,3, 4,11,18,23 62:3,10,18,21 64:5,6,10 65:23 66:9,14 68:2, 6,9,17,24 70:16 73:20 77:7, 11,20 78:11 79:4 80:20 81:2 83:9,12 84:10,16 85:19 87:19 89:13 90:4,10 91:11,15 93:24 94:10,12,16,19 95:4,9 96:10 97:1,4,10,21,22 98:2,4,6,9,20 99:4,9,20 101:17 102:8,20 103:1 107:19 109:6 110:9,12 112:22 118:24 119:3 120:22 121:2,4 124:21 125:19 126:1 130:21 132:3,16 133:19 138:10,24 139:5,6,17 140:10, 22 141:1,9 145:15 147:5,6 149:14 154:17 158:24 161:3 162:1 166:4

**mayor's** 22:3,4 66:8 70:16 110:15

**mayors** 63:18,23 64:4 65:12, 15 69:5,14 95:1 114:24 146:17 148:15 149:23

**Mcdonald** 51:18

**meaning** 29:17

**means** 41:11

**meant** 29:10,20,21

**mechanic** 105:24

**mechanism** 111:7

**medications** 116:5

**medicine** 10:9

**meet** 67:9 73:12 90:1 97:11, 15

**meeting** 28:4,7,15,23 29:1 30:23 32:4 47:7 48:3,6,9 49:7 58:24 59:1,3 61:23 70:16 77:20 81:2,3,7,8 86:9 89:21, 22 102:19 103:2 107:5 119:1 126:13 132:8 142:20 145:15 155:10,11 162:8 164:3,8

**meetings** 28:24 31:19 49:1 58:18,20 61:1 66:8 77:15 93:2,12 129:23 140:16

**Mel** 14:5 92:5 108:2 157:11, 15,16 158:5 165:18

**member** 134:18 137:10

**mental** 115:3,11,21 116:12 117:20 118:4,10,11,18

**mention** 80:10,12 126:22 161:16

**mentioned** 46:16 48:2 62:21 100:6 107:5 111:17,18 141:21 155:2 156:19 159:9 161:18

**mentors** 149:21

**mess** 70:14 72:5

**messed** 27:7 142:18

**met** 97:23 149:21

**middle** 103:11

**military** 11:2

**million** 148:6 153:7,11,13 154:10,11

**mind** 106:23 115:7 116:15 162:2 165:7

**mine** 22:17 93:2,7

**minions** 104:24 105:2

**minor** 10:19

**minus** 151:8

**mirror** 116:22 117:10

**misdemeanor** 8:5

**mismanagement** 46:6 75:7 86:1 131:5

**misquote** 94:2

**missing** 89:6 105:9

**Missouri** 113:12

**mitigate** 149:6

**mode** 58:14

**money** 60:9 84:1 105:15,18 106:3 152:23

**monies** 85:13

**month** 84:14 96:14 100:24 150:12,20 151:10 165:12,14

*EUNICE SACHS & ASSOCIATES*
*218 Shea Drive, Flossmoor, IL  60422   (708) 709-0500*

EDDIE RAY BRADLEY vs. Village of University Park
Bradley, Eddie on 08/16/2016

Index: Month-wise..opportunities

**Month-wise** 12:10

**months** 7:8 17:6,24 39:13,23 40:3,4 49:19,23 50:1 96:15

**moral** 109:1

**morale** 29:18

**Moran** 18:18,24 20:12

**morning** 34:6

**mother** 85:8

**motion** 119:3

**motions** 136:23

**motorcycle** 106:3

**Motorola** 71:1

**mountaintop** 54:10

**mouth** 36:5

**move** 57:18 71:9 150:5

**moved** 59:11

**moving** 88:1

**Municipal** 20:16

**municipality** 5:3,15 38:17 72:7

**murder** 35:21

**Murphy** 121:12 123:16 124:9 125:11

**Murphy's** 124:6

**N**

**name-clearing** 37:21 38:12

**names** 7:15 20:4 64:6 125:2

**naming** 90:14

**narcotics** 10:8

**narrow** 96:14

**nature** 56:11 77:9

**needed** 100:21 121:19

**needy** 43:11

**negative** 27:4 65:16,22 66:24 67:1 68:12 70:11

**neighbors** 104:4

**net** 147:17

**news** 45:22 46:18,19,23 48:1 56:3

**newsletter** 45:17 47:16,17, 18,20 52:19 53:6 58:7 59:13, 14 62:20 77:13 78:12 79:22 80:7,20 119:18

**newsletters** 78:16

**newspaper** 47:4 79:14

**nice** 68:22

**night** 142:9

**nights** 116:14 117:18

**non-eventful** 78:24

**north** 20:9

**Northwestern** 9:7

**noted** 4:1 166:24

**notice** 4:12 24:19 25:4 33:17 49:17 119:2

**notifications** 32:22

**notified** 21:15

**notify** 18:1

**notwithstanding** 71:18 131:18

**number** 17:8,14 39:20 40:20 41:5,7,23 65:14 69:15 74:20 95:3 111:1 114:12,24 121:10 145:19 146:3 148:17 153:6,14 154:12

**numerous** 86:8

**nuts** 59:2,8 73:18

**O**

**Obama** 139:23

**obfuscate** 145:6

**object** 18:4 33:2 37:14 53:11 61:13 124:10

**objection** 14:21 37:23 62:4 76:17 149:8,17 152:2,24 155:7 157:17 158:8 159:2 161:1,7 163:1,13

**objectively** 30:14

**obstinate** 103:4

**obtain** 11:4 114:13

**obvious** 134:20

**occasion** 11:7

**occasions** 107:3

**occur** 123:14

**occurred** 30:23 54:16 112:1 132:3 162:8

**occurring** 111:13,24 112:1

**October** 11:15 12:11 14:2 106:15

**offense** 162:21

**offer** 130:6 142:14

**offered** 130:13

**office** 21:6 25:21 35:19 36:6 42:11 84:2 90:1 97:18 98:7 100:7 101:11 111:16 139:9

**officer** 9:9 20:19 36:23 38:16 66:12 74:23 85:9 87:5 96:19 113:11 129:8 137:5 155:21,22 156:6,9 163:12,14

**officers** 25:12,14 34:15 56:24 57:14 65:8 87:3 92:15 107:11, 21 129:1

**official** 13:12 61:4,11 77:12

**officially** 16:19

**officials** 11:8 26:14,17 138:10

**oldest** 5:5,7

**ongoing** 93:18

**open** 45:5 48:8 51:13,21 65:16 95:17 114:5

**opened** 108:19

**opening** 75:8

**operate** 12:15 38:6

**operated** 14:1

**operating** 20:15 35:13

**opinion** 30:7 51:13,14 59:4,9 78:17 80:22 81:1,12,14 149:12 155:3,6,17 156:2,5,7 162:7,12 163:3,18

**opportunities** 112:17

EDDIE RAY BRADLEY vs. Village of University Park
Bradley, Eddie on 08/16/2016

Index: opportunity..police

**opportunity** 37:21 49:17 137:13 147:1 158:21

**opposed** 103:20

**orders** 105:10

**Ordinance** 166:17

**Oscar** 22:16 81:10 127:13 154:24 155:2,3 162:20 163:20

**outbreaks** 103:24

**outcome** 21:16 159:12

**owed** 60:22 111:8 112:16 145:19

---

**P**

---

**p.m.** 4:1 166:24

**package** 84:15 156:11

**packet** 156:15

**pages** 34:7

**paid** 12:16 42:4 162:13,18

**pain** 115:12,13

**paper** 46:9

**paperwork** 159:22 160:15

**paragraph** 18:2 32:19 84:22 85:18 86:14 88:3 92:11 94:4 95:7 98:21 121:10

**Paraphrasing** 155:6

**Pardon** 61:2 143:22

**Park** 6:14 7:20 9:11,19 10:3 11:5,7,8 16:2 34:22 35:22 42:14 44:13,24 45:8 46:5 48:17 50:19 58:6 59:12 61:12 63:3 70:15 72:5 74:3,17 81:17 83:11 90:19 101:17,21 108:19 111:14,24 112:24 113:19 121:5 123:3 125:15,21 145:12 146:2 147:10,16 149:16 151:2,8 155:22 161:22 162:11

**part** 22:3 29:4 31:1 65:20 70:5,6 72:9 73:4 88:18 94:7 96:23 105:1 106:18,20 118:14 131:5 134:6,16 136:3

**participate** 31:11

**parts** 152:20

**party** 79:9,12

**passed** 126:5

**passing** 126:4

**past** 67:15 72:10

**Pate** 48:13 56:9 80:4,13 136:1,4,19

**paths** 39:11

**pay** 17:24 41:7,11,12,14 42:3 54:23 60:13,15 111:8 117:6 130:7,14 158:18

**paycheck** 151:7

**Payment** 110:18

**payroll** 17:13

**pays** 17:5

**Payton** 22:2,18,23 31:9 49:3 77:20 102:8,20,22 107:5,19 110:9

**pending** 7:11

**penny** 43:15

**pension** 146:22 150:17,18 151:1,3 153:20 165:15

**people** 4:23 13:2 29:11,12 35:5,12 43:3 46:13 48:6,11 51:23 53:3 54:19 67:17 69:24 70:10 71:22,23 73:14 75:9,24 76:5 78:22 81:2 83:23 85:1,3 86:10 87:1 103:21 108:9 123:11 128:5,12 132:18 142:13 143:5,10 146:24 149:24 150:3 151:14 152:7, 12,13,14,15 153:21 154:9 161:4

**people's** 37:2 118:15

**perform** 53:7

**performed** 20:23

**period** 123:11

**permission** 83:19

**person** 22:21 26:21 32:3 58:15 71:16 72:3 83:3,10 87:4 122:11 142:21 145:8 160:11

**person's** 54:9

**personal** 10:21 154:14

**personally** 4:22

**persons** 90:14

**petty** 161:22

**phone** 68:10 72:4 139:5

**phonetic** 126:19 128:10 142:21

**phrase** 73:18

**physical** 110:17 115:3,4 120:3 137:3

**pickup** 79:23

**picture** 21:6,13 80:13 160:21 161:17,18,24

**pictures** 161:3

**pistol** 86:24 91:17 92:11,14 98:24 125:11 128:18 144:7

**place** 34:22 57:24 76:4 122:22 123:1,12

**places** 100:8

**plaintiff** 32:21 39:8 42:21 82:21 87:15 88:4 93:23 94:9 95:4 98:10 99:9 112:10 113:10 119:2 125:11 148:24

**plaintiff's** 94:5 119:8

**Plasbat** 127:8

**plate** 88:16

**plates** 88:16 89:4,5

**plead** 103:1

**pleadings** 135:7

**pocket** 43:13 90:16 105:18 106:4

**pocket along** 117:6

**point** 13:18 16:18 20:11 26:7 54:11 101:24 103:9 104:8 164:10 165:8,10

**pointing** 139:13

**police** 9:9,11,12,14,16 11:10, 24 15:2 20:19,24 33:21 34:13, 14,15,21 36:1,3,11,12,23 38:16 43:6 45:17 49:12,13 51:14 52:20 56:9 59:15,20 63:3,17,20 65:8 67:1 74:23 80:4 85:9 87:2,5 92:15 107:10,11 112:19 113:11,12 114:6 123:17 124:12 129:8 131:20 142:23 146:16,20

EDDIE RAY BRADLEY vs. Village of University Park
Bradley, Eddie on 08/16/2016

155:22 157:11,13 159:1,6

**policy** 98:12 108:11

**political** 21:8 71:9 74:14,19 104:1 113:8

**politics** 71:14,16 74:22 161:21

**poop** 51:5,6,9 52:5 53:24 54:2,9 77:4

**poops** 77:6,10

**poor** 159:1,6

**portion** 152:9

**position** 20:23 42:8 49:12 52:16 67:4 72:11 114:13 153:19 163:21

**positions** 24:16 65:16 113:7 114:6,21

**positive** 65:24

**possibly** 20:7,8 103:7

**post** 38:11 163:24

**post-termination** 50:5

**power** 28:13 102:9 157:20

**powerfully** 102:12

**practice** 108:11 152:17

**practices** 108:13

**practicing** 80:23 81:5

**Prayer** 39:6

**pre-** 50:4

**pre-disciplinary** 38:8

**pre-termination** 37:8 38:5

**preconceived** 62:9

**present** 76:23,24 126:17,18

**presided** 118:24

**president** 42:12

**press** 80:18

**pretty** 21:23 27:15,18 68:10 74:22 113:11 150:22

**previous** 108:1

**principle** 153:2

**principled** 104:13

**principles** 154:6

**printed** 46:24

**prior** 31:13 34:24 72:11 78:2 83:22 84:11 88:14,22,24 89:2 91:22 93:10 106:15 107:21 135:10 137:2

**private** 70:24 71:1 72:6 114:21 149:22,24 151:12

**privileged** 162:22

**problem** 22:22 90:3 115:20 132:12,19 147:7

**procedurally** 24:24

**Procedure** 4:14

**procedures** 141:12

**proceedings** 21:16 39:4 46:22 55:20 81:21 112:6 138:21

**process** 25:15 37:13 39:8 112:12 122:24

**produce** 34:5

**profanity** 121:2

**profession** 53:7

**professional** 162:10

**prompt** 7:6

**proof** 120:13,20

**proper** 35:11 38:22 124:6

**properly** 39:14 124:4 143:24 155:14

**protects** 37:2

**proud** 116:21 117:10

**proven** 120:17

**provide** 38:24 49:17

**proximate** 161:14

**psychiatrist** 116:1

**psychologist** 115:24

**public** 48:18 105:24

**publication** 45:20 79:4

**publications** 76:14 80:18

**publish** 79:13

**published** 45:16 47:6,15

**punishment** 153:17

**punitive** 59:24 60:1

**purchased** 122:10

**purposes** 76:11 126:6

**pursuant** 4:12,13

**put** 56:5 66:7 73:24 75:4 90:15 106:3 107:10 136:17 153:18 160:4,5

**puts** 147:24

**putting** 105:18 146:19

**Q**

**quagmire** 88:17

**qualifications** 157:22,24

**quantified** 154:15

**quantify** 153:13 154:8

**question** 6:17,20 7:11 8:24 19:11 34:19 37:24 49:15 55:10 62:13 65:13 69:15 70:23 72:9 82:3,10 93:6 107:15 109:14 140:17 141:16 149:2 154:7 162:14 164:20

**questionnaires** 160:2

**questions** 6:13,24 27:10 28:17 49:11 134:8 154:19 158:12

**quote** 23:19

**quoted** 46:10,13,14,15,17 155:11

**quotes** 47:4 81:13

**R**

**radioactive** 68:17

**raggedy** 123:6

**ran** 9:14 161:19

**range** 84:17 85:13 88:8 97:8

**ranting** 139:16

**raving** 139:16

**RAY** 4:3

**read** 25:23 59:13 80:5 88:2

EDDIE RAY BRADLEY vs. Village of University Park
Bradley, Eddie on 08/16/2016

Index: reading..rises

95:6,7 98:3,4 109:14,16
141:18,19

**reading** 18:2 99:7

**ready** 132:14

**real** 139:4 140:1

**reason** 14:18 15:15 39:1 43:4
51:12,19,20 53:2 69:22 70:5
72:19 73:2 75:16 91:1 106:18
137:8 157:19 160:5 161:17,18

**reasonable** 149:6

**reasons** 14:7 23:9 24:2,10
32:22 33:10 35:13 43:18
51:17 58:12 69:21 70:6 71:5
104:1,3 108:5

**recall** 11:1 13:16 69:5,6,15,16
77:15,16 114:9,20 142:11
144:20

**receive** 23:13 24:21,22 37:8
42:3

**received** 18:8 24:18 32:21
33:17 39:8 45:19 119:2 139:5

**recess** 39:4 46:22 55:20
81:21 112:6 138:21

**reckless** 55:2,3,6,15 60:7

**recollection** 9:10 101:6
155:9

**recommended** 130:6

**record** 4:9,11 6:9,10 7:2,24
8:1 19:12,13 29:13,14,16
42:16,17,19 55:22 56:15
57:23 60:4 90:24 109:16
112:8 113:2,3,13 117:20
126:7 127:7 138:23 141:19
154:9 164:23,24 165:2 166:16

**records** 17:13

**recovered** 84:14

**reelection** 15:11,17 16:8

**reference** 20:2 45:10 65:9

**References** 20:2

**referencing** 41:19

**referred** 18:16 46:6,7

**referring** 53:21 98:22,24
99:18 100:5 113:20 115:14

**reflect** 4:11

**reflects** 57:23

**regained** 28:13

**regular** 12:21

**reinstatement** 42:7

**related** 76:19

**relates** 76:10 83:18 85:18
104:20 130:17 140:20 144:4

**relatives** 122:24

**releases** 80:19

**Relevance** 158:8

**relevant** 128:24 139:2

**relief** 33:21,23 34:23 39:6

**remain** 76:7

**remaining** 111:3 141:11

**remember** 12:6 22:24 23:1
29:5 36:6,7 46:13,17 64:6,9
66:23 82:15,17 134:9 140:19,
23 141:3,10 151:16 155:3,20
157:8

**remembering** 134:9

**removal** 23:10 24:10

**repercussions** 104:16

**replaced** 113:14

**report** 83:14 99:23

**reported** 87:18 89:12

**reporting** 90:6 99:10

**reports** 51:19 100:1,11

**reprimand** 21:16 50:11
161:13

**reprimanded** 21:2,5 160:22,
24 161:2,6

**reputation** 56:21 112:11
114:2,4

**require** 49:18

**required** 15:1 17:17,23
32:20,21 49:23

**requires** 52:4 53:24 55:1
79:3

**researching** 56:4

**reside** 7:19

**resided** 7:22

**resident** 58:6 121:4 126:20

**residents** 74:3

**resign** 137:13,15,19

**resigned** 51:17 83:4 137:13,
14 138:1

**resolution** 135:9

**resolve** 5:23

**respect** 54:6 119:8

**responds** 71:8

**response** 18:11 45:11 65:16,
22 69:14 70:11

**responses** 66:2

**rest** 61:22 66:21,22 70:7

**restaurant** 142:21

**result** 75:15 85:20 91:8,12,16
112:23 115:17 116:5,12,19
119:21 134:2 136:15 152:5

**resulted** 114:4 119:1

**results** 68:11

**resume** 67:10

**retaliate** 90:5

**retaliated** 99:9

**retire** 147:17 150:5

**retired** 12:3 64:1 130:10
146:21 147:7

**retirement** 150:8

**retribution** 74:15 162:2

**reviewing** 16:21

**rhyme** 51:12,20

**Richton** 90:19

**rid** 62:11 77:17 102:23 106:23
129:9 130:11,15

**rigamarole** 103:2

**righteousness** 118:15

**rights** 36:20 37:3,13 39:1,7
112:13

**rises** 143:23

EDDIE RAY BRADLEY vs. Village of University Park
Bradley, Eddie on 08/16/2016

Index: road..speaking

**road** 7:8

**robbed** 11:23,24

**robberies** 11:22

**roll** 154:5

**rooftops** 54:13

**room** 57:4 108:9,10,18,24 109:3 139:9,10

**Roudez** 21:6 22:11,16 26:23 32:6 111:19 112:2 142:22 160:22 161:4

**roughly** 150:11 151:9 153:9 165:14

**rug** 135:20

**ruined** 55:7

**rules** 4:13,14 6:12

**rumor** 122:23 126:11

**rumors** 27:9 45:6 85:12 92:24 157:21 158:2

**run** 11:7 20:1 26:18 39:16 40:6 42:12,14 45:6 62:10

**running** 16:8 43:2 161:21

**runs** 14:8,17

———————————————

**S**

———————————————

**safety** 122:2

**SAITH** 166:23

**salary** 17:6

**sat** 101:11 150:10

**satisfactorily** 20:24

**satisfied** 160:7

**Saturday** 12:8,22,23 13:9 110:8

**Sauk** 64:5,10,24 65:1,6,18,21 66:14 68:2,6 112:22 114:7

**scam** 121:11,14,17 123:9,18, 22 124:21 125:6

**scams** 77:19

**screaming** 54:10

**Sean** 105:24

**seat** 29:2

**seats** 29:2

**Seaway** 83:1,18 85:22 86:16, 23,24 87:9,24 91:8 125:4 128:2

**secret** 27:20

**secretary** 88:14 89:4 105:20 122:15

**section** 33:5

**sector** 149:22 150:1 151:12

**security** 9:15 64:1 70:24 71:2 72:8 146:21 150:11 151:6 153:21 165:15

**seek** 33:20 34:23

**seeking** 62:23

**sell** 106:3

**selling** 105:17

**send** 45:3 51:10 90:16 101:10,13

**sense** 74:24 145:24

**sentence** 94:4,8

**separate** 41:24 82:5

**September** 26:13

**sergeant** 104:6 129:10

**served** 11:2

**Services** 135:13

**serving** 25:15

**session** 31:11,16,19 81:18

**settlement** 164:16

**severance** 49:19 111:9 158:10,18,19 165:21 166:2

**sexual** 50:14

**shape** 11:11

**shared** 163:10

**sharing** 132:5,16,17 162:21

**sheriff** 161:19,21

**Sheriff's** 9:11,16 10:13

**shook** 131:1 132:21

**shortly** 139:6 156:3

**shouted** 54:13

**show** 95:19 110:10 130:22

**showed** 84:13

**showing** 130:22,24

**shuffle** 107:23

**shut** 97:13

**signed** 13:11 18:3 51:18 62:17

**Similar** 76:20

**simply** 43:24 44:2 111:7

**sir** 4:8 31:10,14 91:6 148:14

**sit** 16:3 63:15 72:2 90:2 95:18 97:17,18 98:5,8 112:21 114:9 142:6 154:4

**sitting** 28:18 29:1 36:5 77:16 139:10 151:9

**situation** 87:10,11 164:11

**sleepless** 116:14 117:18

**small** 78:24

**smallest** 130:7

**smells** 49:4,6

**snake's** 59:2,8

**snakes** 73:18

**snowball's** 66:15

**social** 61:20 64:1 146:21 150:11 151:5 153:20 165:15

**softened** 132:13

**sold** 90:14

**sole** 78:7

**son** 10:18,22 92:15

**sort** 158:6

**sorted** 159:22

**sound** 55:4

**sounds** 71:7 73:15 74:2

**sources** 150:15

**south** 9:5 43:7

**Spain** 59:12

**speak** 104:12,13 148:15

**speaking** 13:13 72:15 105:20 149:13

EDDIE RAY BRADLEY vs. Village of University Park
Bradley, Eddie on 08/16/2016                                   Index: special..swearing

**special** 97:2,3 129:23

**specific** 14:7 38:20 52:4 55:8 68:16 84:21 86:22 87:8 90:9 91:7,21 95:15,16 96:12,13 100:16 102:4 104:21 135:3 143:2 157:19 160:11

**specifically** 96:11 97:7 164:6

**specificity** 119:9

**specifics** 166:13

**speculation** 51:21 163:1,13

**spell** 4:9

**spelled** 39:21

**spelling** 126:19 128:10 142:21

**spent** 43:12

**spin** 27:4

**split** 22:7

**spoke** 65:15 114:24

**squad** 121:22

**staff** 72:17

**stain** 53:3

**stake** 117:14

**stand** 139:19

**standing** 90:18

**start** 5:5 103:16 110:6

**started** 11:19 12:6 16:18 85:4,24 89:11 93:8,13,15 102:13 122:8,15,21 123:3,19 127:1

**starting** 92:24 93:10

**starts** 139:13,15

**state** 4:8 9:6 32:20 33:21,24 34:14 38:24 43:21 65:11 75:1 80:23 81:13 95:11 98:11 101:18,22 102:2 103:10 111:13,23 114:12 119:9 127:13,18 131:3,9,20 155:12 163:7

**State's** 100:7,12,17 101:7 111:16,17

**stated** 38:15 63:4 86:7 95:4 98:10,21 110:11 146:20 152:5

**statement** 30:11 48:18 52:15 54:10 55:1,5,9 56:8 59:20 71:15 90:17 98:9 101:24 106:2 133:8 146:12

**statements** 8:6 32:22 33:10 45:20 48:11 54:2,20 55:3,12, 24 56:12 57:12 58:19 81:20 105:12 112:3

**States** 56:22 75:2 164:22

**station** 43:2 73:13 76:5

**stations** 11:24 78:22

**Statute** 37:2 81:13

**Statutes** 155:12

**Statutory** 110:20

**stay** 14:19 130:1

**stayed** 130:3

**steal** 86:8

**stellar** 113:2,13

**step** 147:1

**stepfather** 35:20

**Stephanie** 128:21

**stepped** 35:23 48:22

**steps** 18:14 25:9 52:13 146:18 149:6,14 151:18

**stinks** 49:5 86:10 102:24

**stipulate** 94:6,7 126:6

**stolen** 86:15,24 87:16,23 88:5,19 90:7,10 91:12,19 121:14 125:6

**stonewalling** 89:9

**stop** 73:14 89:17 99:21 144:14,18 145:6,8 152:12,15, 17 154:6

**stopped** 63:14 123:22,23

**stops** 139:19

**storage** 87:16 88:5

**store** 43:2 54:18 73:13 116:24

**stores** 78:22 138:17

**straight** 22:14 74:22 75:17,22

**straighten** 11:13

**street** 11:23 54:19

**strike** 40:1 62:23 65:13 76:11 83:12 110:13,24 156:5

**strong** 118:13

**Stroud** 83:11 85:6 157:14

**structure** 157:21

**stubs** 128:2

**stuff** 27:9 77:23 78:22 79:24 98:1 120:6 125:16 130:23 132:16 141:14 161:22 164:21

**subdivision** 113:8

**subject** 20:16

**subpoena** 64:8

**Suburban** 9:6

**suburbs** 20:9 43:7

**sucks** 141:13

**sue** 19:21 57:10 157:5

**sued** 4:22 5:1 10:14,16 44:23

**sues** 122:4

**suffer** 42:23

**suffering** 115:12,13

**suicidal** 115:21

**suing** 4:22 133:4

**suit** 5:11 6:7 78:7 128:24 140:18 148:24

**suits** 6:8 119:14

**sum** 91:5 109:23 137:2

**support** 74:3

**supported** 120:19

**supposed** 131:21

**surprised** 132:22

**surrounded** 124:21

**surrounding** 165:17

**suspend** 135:2

**suspended** 127:22 134:22 136:1,6,15

**suspension** 136:2

**swearing** 13:6

EDDIE RAY BRADLEY vs. Village of University Park
Bradley, Eddie on 08/16/2016

Index: sweeping..told

**sweeping** 135:20

**sworn** 4:2,4 12:23 15:24 110:8 128:20

**symptoms** 117:20 118:18

———————————

**T**

———————————

**tables** 85:7

**take-home** 150:24

**taking** 21:6 24:11 29:19 52:5, 13 54:8 76:2 77:4 102:5 161:24

**talk** 11:9 12:1 27:8 41:13 43:3 55:18 65:3 66:8,11 67:8 70:10 78:22 89:21 90:3 97:5,17,18 98:6,8 139:6 143:4 145:3 149:22 151:11 154:6,8 158:22 160:13

**talked** 20:6 26:7,20 28:11 63:18 65:3,11 68:4,10 71:19 81:11 86:15 97:6,10 100:12, 17 101:12 125:4,6,9 126:1,4, 22 127:10 145:2,5 149:24

**talking** 6:18 12:17 21:20 23:19 29:3 47:17 49:12 54:19 58:24 63:23 65:24 71:23 74:7 78:5,14 79:21 82:13 86:16 104:20 105:23 107:17 144:19 146:17,19 161:21

**taped** 28:15 59:3

**tarnished** 148:13

**tax** 148:1

**taxes** 147:24 150:19

**taxpayer** 27:10 163:23 164:13,21 165:3

**technical** 28:17

**technically** 40:19

**telephone** 159:18

**telling** 25:5,21 87:4 93:5 130:23 139:14 140:4,14

**term** 22:10 25:15 67:23 71:14 76:2 110:6

**termed** 115:11

**terminate** 17:23 29:24 31:22 40:3 44:8 49:18 55:16 110:7

119:3 142:10 143:24

**terminated** 14:6 15:4 17:4 18:1,12 23:18 24:24 25:3,6 26:12 27:22,23 29:12 32:17 39:12 43:18,19 45:4,6 47:8 57:21 68:21 69:18 73:11 75:14 76:6 80:3,6 85:19 86:6 91:8,12,16 95:22 96:5 99:13 106:19 109:7,11,19 112:24 119:15 129:17 131:10 134:4 138:10 141:12 143:21 149:15 161:16 164:9 165:6,24

**terminating** 18:9 24:2 33:13 47:16 78:8 81:24 119:23

**termination** 17:5,24 26:14 30:16 32:12,23 33:20 43:24 44:2,18 51:10 56:1 61:7 78:2, 5,11 84:11,15,21 86:23 87:9 96:3,16 100:23 106:24 110:12,15 111:5 113:7,10 115:17 116:13 119:1,18,24 126:2 134:7 135:10 137:1 139:3 140:15 141:15 154:24 156:23 158:6 161:14,17 164:1 165:4,18

**terms** 15:9,23 16:1,13,14,17 24:23 41:22 42:10

**terrible** 19:24

**testified** 4:5

**testify** 10:10 111:11,12 112:22 151:12

**testimony** 22:6 52:6 147:12 149:5

**testing** 63:24

**theft** 106:13

**theoretically** 60:22

**thief** 44:13 48:12,23

**thing** 19:23 70:18 72:20 74:9 75:10 77:21 78:10 79:21 80:15 91:3,19 126:20

**things** 11:10,13,24 12:2 19:24 43:9,17 53:8 54:20 56:5,11 60:8,13 61:7 63:7 66:6 67:11 69:24 70:10 72:16 75:13 77:8,14,24 78:13,15 85:3,12 87:5 89:7 93:13 96:22 97:5 100:20 104:4 105:19 107:9,18 108:6 109:18 116:15 117:7 124:18,19 137:18

143:16 150:2 154:15 155:13 158:13 159:22

**Thomas** 126:19

**thought** 79:21 87:22,24 103:15 110:5 113:17 157:9

**thousand** 17:12 150:13

**thousands** 130:9

**throw** 132:14

**thumb** 107:16

**ticket** 107:6

**tie** 136:24

**ties** 86:23

**TIF** 125:15,16

**time** 4:1 5:8,14 7:6,10 8:10 11:20 12:15 13:16 15:8 16:6 19:15 21:3,12 23:7 26:11,19 28:10 32:17 50:22,24 52:1 54:18 69:18 73:12,13 81:11 90:2,13 92:7,10 95:20,24 96:13 97:16 98:7 101:14 105:17 106:5 107:3 111:19 117:9,11 121:3,6,22 122:24 125:23 136:2 140:19,23 141:3,10 142:11 144:14 161:9 165:9 166:24

**times** 4:18,24 26:19 27:2 48:2 97:19 118:12 141:22

**tire** 121:11,14,17 123:9,18,22 124:21

**tired** 146:22

**tires** 121:19 122:6,10,12,13, 14,16,19,21,22 123:4,5,12,13 124:2,3,22,24 128:4,6,14

**title** 105:17

**today** 6:20 7:8 10:10 16:4 63:15 67:8 71:19 114:10 120:2 149:5 151:21

**toes** 75:4

**told** 19:20 21:2 25:19 27:3 31:24 32:3 36:5,8 48:19 59:2 64:20 65:12,18 66:3 82:14 85:16 90:1 93:23 94:9,14,16, 18,24 95:9 96:2,21 97:3,9,11, 16,19 98:2,5,6,18,23 99:3,21 100:21 107:21 111:12,21 118:24 121:18,23 122:1,15

EDDIE RAY BRADLEY vs. Village of University Park
Bradley, Eddie on 08/16/2016

Index: toning..village

123:3 127:23 130:9 132:11
139:5 143:4,9 145:3 158:1,24
159:5,23 160:15 163:6,9

**toning** 57:11

**top** 122:5

**total** 109:23

**touch** 68:21

**tow** 77:17 86:7 102:5,9,16
103:3 105:10 125:9

**towing** 102:6,7 105:13

**town** 13:5 107:12

**toys** 117:2,8

**transcript** 57:3

**treasurer** 105:16

**treating** 116:3

**trial** 42:21 118:3 134:13 149:3

**truck** 77:17 86:7 102:5,10,16
103:3 105:10 125:9

**true** 52:6 54:2 56:12 113:15
145:19 146:12

**Trump** 164:20

**trust** 57:5

**trustee** 26:24 32:2,6 46:12
49:3 77:20 80:22 81:2,5,9,16
86:9 92:14 93:24 94:10,11
102:8,20 110:9 111:19 112:2
154:24 156:8 162:7,12,23
163:6,22

**trustees** 11:6 13:1 15:10,16
16:8,18 23:3 26:17 31:9 35:3
92:20 94:22 95:1 102:1,4
104:5 120:15 124:24 138:5
140:14,22 141:9 144:11,24
145:5 159:5,6

**truthfully** 10:10

**tune** 148:10

**turn** 84:1 103:24 104:1
139:14 140:3 147:17

**turned** 84:5,6 85:13 107:13

**type** 25:16 147:4

**types** 77:24 108:6

**U**

**uh-huh** 6:15,22 7:3,7 15:22
16:12,16 17:1 23:15 25:7 26:9
33:18 36:24 37:4 39:22 41:1
44:19,22 45:1 54:3 56:5 71:13
78:9 99:12,14 114:15 125:5
136:13

**uh-uh** 7:7

**ultimately** 160:17

**unable** 53:7

**unbelievable** 70:1,2

**underling** 124:13

**understand** 14:8 15:4,9,23
17:4,22 19:11 20:14,22 22:6
23:2,24 28:16,18 29:9,19,22
33:6 34:19 37:10,23 39:11
43:20 44:4,17 45:11 47:11
48:10 52:6 53:5,18 54:5 57:16
58:3,11 65:21 71:7 74:11 82:3
86:14 99:2 111:6 118:17
119:24 136:1,14 141:16
148:14 150:3 154:2

**understanding** 14:6 16:9
24:23 31:21 32:16,18 48:11
83:21 84:5 103:15 158:9

**understood** 6:21 24:1
110:11

**unemployment** 33:24
159:10,13,16 160:17 165:11,
13,15

**unethical** 72:16

**unfortunate** 157:3

**uniform** 21:10 161:4,24

**unique** 153:19

**United** 56:22 75:1 164:21

**University** 6:14 7:20 9:6,11,
19 10:3 11:5,7,8 16:2 34:22
35:22 42:14 44:13,24 45:8
46:5 48:17 50:18 58:6 59:12
61:12 63:3 70:15 72:5 74:3,17
81:17 83:11 101:17,21 108:19
111:14,24 112:24 113:19
121:5 123:3 125:15,21 145:12
146:2 147:10,16 149:16
151:2,7 155:21 161:22 162:11

**unsatisfactory** 34:4 160:6

**untrue** 53:10

**updating** 144:12

**upheld** 136:19

**upset** 21:20 44:18 165:4

**USC** 36:16

**Ustad** 96:19

**V**

**vacation** 60:13,15 111:8

**vague** 157:1

**Valencia** 59:12

**vehicle** 91:19 121:15 125:6

**vehicles** 43:14 86:8,15,24
87:16,23 88:5,17,19 89:6
90:7,10,15 91:13 105:8,15,18

**verbal** 50:11

**verbatim** 29:3,5 66:23 142:6

**versus** 150:8

**village** 6:14 10:2 11:5,6,8,9
13:5,10 14:18 15:1 16:2
17:16,23 18:13 19:2,6,9,15
20:1,15,20 24:11 26:5,14,16
27:3,8 29:18 31:15 33:10 34:1
37:11,17 40:2,12 42:4,10,24
43:1,10,13,15 44:5,24 45:8,13
46:10 47:5,7,17,20,23 48:3,17
50:11,18 52:12 53:9 54:12,21,
22,23 55:4,12,24 57:7,15,17
58:8,14,16,17 59:12 61:22
64:5,10,22,23,24 65:1,7,11,
18,22 66:14 67:2 68:2,6
69:12,18 74:2 77:7,11,19
78:15 79:4,22 81:17 82:22
83:4,12,23 84:6,10,12 85:20
86:8 87:17 88:6,15 90:10,13
92:24 93:1,11 94:15 95:4,9,12
98:11,15 101:17,21 105:16
106:3,5 108:19 111:1,24
112:22,24 113:17 114:7
120:15 121:11,23 122:4
125:20 129:20 130:4 132:8,10
133:5,21 138:10 139:7,8,17
140:14 141:1 142:22 144:9
145:11 146:2 147:10,15
149:16 151:2,7 156:22
159:15,20 160:9,10,14,16

EDDIE RAY BRADLEY vs. Village of University Park
Bradley, Eddie on 08/16/2016

Index: village's..years

162:11 163:22

**village's** 23:18 24:1 52:16

**villages** 43:7 64:7

**vindictive** 119:22

**vindictively** 119:11

**vindictiveness** 119:17

**violate** 106:12

**violated** 105:3 116:20

**violates** 106:14

**violating** 101:17,22 102:2 105:1 131:8,15,19

**violation** 98:11 103:10 108:12

**violations** 39:9 82:20 95:11 104:22 111:13,23

**violence** 87:2,6 128:15 129:6 130:12 131:14,22

**visit** 111:22

**Vivian** 62:3 117:17 139:20 148:13

**void** 24:4

**vote** 27:16,18 32:7

**voted** 31:8,22 103:17

**votes** 31:22

_____

**W**

_____

**Wage** 110:18

**wages** 39:7,18 40:19 41:4 111:7

**wagons** 85:4 90:21 129:10 130:19

**waiting** 110:6

**walk** 139:8,18

**walking** 11:23 108:14

**WALL** 4:7 6:11 8:2 14:23 17:19 18:7 19:12,16 29:15 33:4 34:11 37:16 38:3 39:5 41:21 42:18 47:1 53:17 55:21 61:16 62:6 76:18,21 81:22 94:9,13 109:20 112:7 124:11 127:12 138:22 141:23 149:10, 18,19 152:3 153:1 155:7,24

156:8 157:17 158:8 159:2,14 161:1,7 162:6 163:2,14,17 165:1 166:21

**wanted** 13:7 28:2 75:10 89:20 96:20 97:14 103:3,5 104:16,18 107:9,15 129:9 130:11 147:13,18 158:12 166:4

**warn** 98:20

**warned** 99:15

**warning** 99:16

**Washington** 139:18

**watch** 104:7

**waters** 63:24 64:17

**ways** 54:8 57:17 74:9

**wedding** 97:2,3

**week** 11:22 12:16 13:10 26:19 100:24 118:12

**weeks** 42:4 96:7 150:24

**well-aware** 57:15

**well-maintained** 113:6

**well-qualified** 124:17

**whine** 77:22

**whip** 144:8

**whipping** 86:24 91:17 92:11, 14 98:24 125:12 128:18

**whistle** 82:20 93:4 100:12 103:19 104:20 106:22 110:2, 15 120:6,8 130:17 131:4 140:20 141:7 144:4,10

**wholesale** 112:12

**willful** 120:14

**Wilson** 133:7,20 134:3,5,10, 17

**Wilson's** 137:1

**win** 6:4 62:10

**windfall** 152:1

**window** 65:4

**winning** 161:20

**winter** 143:4

**Wiping** 85:7

**Withstanding** 111:4

**witnesses** 90:17 98:1 105:11

**won** 5:24 6:6

**wondering** 53:1

**word** 62:9 155:10

**words** 28:14 29:19 30:19 48:3 58:4 59:18 67:3 82:8 101:23 133:18

**work** 16:2 34:4 54:21,22 63:2 75:3 117:13 118:12 131:17 139:23 143:18 144:23 145:4 147:13,18 160:6,7

**worked** 9:9,22 50:18 57:13, 14 60:9 85:8,10 96:21 103:21 104:5

**working** 5:17 9:16 107:2 128:12 129:18 131:7,14 151:1

**works** 105:24 113:13 125:16

**world** 51:14

**worse** 57:5

**worth** 39:18 43:14 122:19

**Wow** 26:20

**write** 44:12 46:4

**writing** 99:7 101:10,13

**written** 13:12 55:24 80:22

**wrong** 14:15 21:15 23:3 43:9 49:5,21 51:22 59:9 71:11 124:7 139:15 140:6 152:21 153:4

**wrongdoing** 83:15,17

**wrote** 13:11 45:22 46:8 80:24 155:3

_____

**Y**

_____

**yard** 123:6

**year** 14:12 15:11,12 39:17 63:10 79:16 88:21 96:8 122:20 123:11 136:12 143:20 150:8

**years** 5:10 7:23 8:16 9:17 48:17 63:4 71:2 85:10 88:20 89:9 92:8 100:19 106:9,15 107:2 113:6 122:17 128:7

EDDIE RAY BRADLEY vs. Village of University Park
Bradley, Eddie on 08/16/2016

Index: yesterday..Zach

147:13,19

**yesterday** 51:17

---

**Z**

---

**Zach** 105:23 106:1